Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Hyungjoon Kim*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>                   Defendants. | Case No. 5:25-cv-09410-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER ACCEPTING SERVICE, SETTING SCHEDULE FOR FURTHER PROCEEDINGS, AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge Eumi K. Lee<br><br>**FIRST REQUEST FOR EXTENSION** |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 5:25-cv-09410-EKL

WHEREAS, on October 31, 2025, Plaintiff Hyungjoon Kim ("Plaintiff") commenced the above-captioned action against Defendants Synopsys, Inc., Sassine Ghazi, and Shelagh Glaser, (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on November 3, 2025, the Court issued an Order scheduling a Case Management Statement to be due January 28, 2026, and setting an Initial Case Management Conference for February 11, 2026 at 1:30 p.m. (*see* ECF No. 7);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel must be filed no later than December 30, 2025, which is sixty (60) days after the initial notice to putative class members was published;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint and to vacate Initial Case Management Conference and related deadlines, including for the Case Management Statement, to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss; and

WHEREAS, there have been no prior requests for adjournment or extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1.    The undersigned counsel for Defendants hereby accepts service of the summons and complaint in this action without waiving any rights or defenses, except as to sufficiency of service.

2.    The Parties agree that Defendants need not respond to the complaint (ECF No. 1).

3.    Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

4.    The Initial Case Management Conference set for February 11, 2026 at 1:30 p.m., and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

DATED:  November 12, 2025          **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Pavithra Rajesh*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email: clinehan@glancylaw.com
          prajesh@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Hyungjoon Kim*

DATED:  November 12, 2025          **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Edward Han*
James N. Kramer
Edward Han
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Email:  jkramer@orrick.com
          edward.han@orrick.com

*Counsel for Defendants*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: November 12, 2025

/s/ Pavithra Rajesh
Pavithra Rajesh

*                    *                    *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 13, 2025

HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE
Case No. 5:25-cv-09410-EKL                                                                    3