**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Mehdi Vazeen, as Trustee*
*on behalf of the Mehdi Vazeen Family Trust*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>Defendants. | Case No.: 5:25-cv-09410-EKL<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF MEHDI VAZEEN, AS TRUSTEE ON BEHALF OF THE MEHDI VAZEEN FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:     April 29, 2026<br>Time:     10:00 a.m.<br>Courtroom: 7-4th Floor<br>Judge:   Hon. Eumi K. Lee |

DECLARATION OF ADAM M. APTON IN SUPPORT OF MEHDI VAZEEN, AS TRUSTEE ON BEHALF OF THE MEHDI VAZEEN FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>Defendants. | Case No.: 3:25-cv-10201-JD |

2

DECLARATION OF ADAM M. APTON IN SUPPORT OF MEHDI VAZEEN, AS TRUSTEE ON BEHALF OF THE MEHDI VAZEEN FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.      I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Mehdi Vazeen, as Trustee on behalf of the Mehdi Vazeen Family Trust ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the above-captioned actions (the "Actions"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in Synopsys, Inc.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on October 31, 2025 on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 30th day of December, 2025.


                                        */s/ Adam M. Apton*
                                        Adam M. Apton

3