# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Mehdi Vazeen, as Trustee on behalf of the Mehdi Vazeen Family Trust (the "Trust"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I am duly authorized to act on behalf of the Trust as Trustee.

2. I have reviewed a complaint filed in the action.

3. Neither I nor the Trust purchased the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. On behalf of the Trust, I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transactions through the Trust in Synopsys, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, neither I nor the Trust have sought to serve or have served as a class representative in any federal securities fraud case.

7. Neither I nor the Trust will accept any payment for serving as a representative party on behalf of the class beyond our pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this


Date : 12/4/25

Name : Mehdi Vazeen

Signature :

| Case Name | Synopsys, Inc. |
|---|---|
| Ticker | SNPS |
| Class Period | 12-04-2024 to 09-09-2025 |

**Client Name**

Mehdi Vazeen, as Trustee on behalf of the Mehdi Vazeen Family Trust

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-05-2025 | P | 1000 | $ 598.3400 |
| 09-09-2025 | P | 5003 | $ 605.6600 |