# EXHIBIT B

| Client Name | Mehdi Vazeen, as Trustee on behalf of the Mehdi Vazeen Family Trust |
|---|---|
| Company Name | Synopsys, Inc. |
| Ticker Symbol | SNPS |
| Security Type | |
| Class Period Start | 12-04-2024 |
| Class Period End | 09-09-2025 |
| 90-DAY Lookback Period Start | 09-10-2025 |
| 90-DAY Lookback Period End | 12-02-2025 |
| 90-DAY Lookback Average | $ 442.12 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $980,297.44 |
| DURA LIFO* Total | $980,297.44 |
| Gross Shares Purchased | 6,003 |
| Net Shares Retained | 6,003 |
| Net Funds Expended | $3,628,456.98 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-05-2025 | 1000 | 598.34 | $ 598,340.00 | | | | | | - | 1000 | 1000 | $ 442.12 | $ 442,120.16 | $ 156,219.84 | $ 156,219.84 |
| 09-09-2025 | 1003 | 605.66 | $ 607,476.98 | 09-12-2025 | | 1003 | $ 436.25 | | $ 437,558.75 | 1003 | - | $ 442.12 | | $ 169,918.23 | $ 169,918.23 |
| 09-09-2025 | 4000 | 605.66 | $ 2,422,640.00 | | | | | | - | 4000 | 4000 | $ 442.12 | $ 1,768,480.63 | $ 654,159.37 | $ 654,159.37 |
| Total: | 6,003 | | $3,628,456.98 | | | 1003 | | | $437,558.75 | 6,003 | 5,000 | | $2,210,600.79 | $980,297.44 | $980,297.44 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.