# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Mehdi Vazeen,*
*as Trustee on behalf of the Mehdi Vazeen*
*Family Trust*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>Defendants. | Case No.: 5:25-cv-09410-EKL<br><br>**DECLARATION OF MEHDI VAZEEN**<br><br>Date:          April 29, 2026<br>Time:          10:00 a.m.<br>Courtroom:  7-4th Floor<br>Judge:        Hon. Eumi K. Lee |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>Defendants. | Case No.: 3:25-cv-10201-JD |

DECLARATION OF MEHDI VAZEEN

I, Mehdi Vazeen, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff as Trustee on behalf of the Mehdi Vazeen Family Trust (the "Trust") in the above-captioned securities class action (the "Action") against Synopsys, Inc. ("Synopsys" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am the trustee of the Mehdi Vazeen Family Trust. As trustee, I am individually authorized to act on behalf of the Trust in all respects, including this lawsuit. All transactions in Synopsys made in the Trust's account that are the subject of this Action were executed by me.

3.      I reside in Washoe Valley, Nevada. I possess a medical degree. I am the part owner and medical director of the Center for Advanced Eye Care in Carson City, Nevada. I have been investing in securities for approximately 20 years. Further, I have experience hiring and overseeing attorneys for business-related matters.

4.      I, on behalf of the Trust, am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of the Trust's significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for the Trust and the Class it seeks to represent.

5.      Prior to seeking appointment as lead plaintiff in the Action, I, on behalf of the Trust, communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.      I understand that the Trust was not required to seek appointment as lead plaintiff in order to recover. Rather, based on the Trust's financial interest, I decided to seek lead plaintiff appointment on behalf of the Trust than remain an absent class member.

DECLARATION OF MEHDI VAZEEN

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I negotiated a competitive fee agreement with counsel for the benefit of the Class. I then signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on the Trust's behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on the Trust's behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 12/5/25



Signed:

Name: Mehdi Vazeen

Trustee, the Mehdi Vazeen Family Trust

DECLARATION OF MEHDI VAZEEN