ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
swilliams@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>SYNOPSYS, INC. et al.,<br><br>              Defendants. | Case No. 5:25-cv-09410-EKL<br><br>DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:     April 29, 2026<br>TIME:     10 a.m.<br>CTRM:   7, 4th Floor<br>JUDGE:   Hon. Eumi K. Lee |

4933-6807-5397.v1

I, MICHAEL ALBERT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Ohio Carpenters Pension Fund, UA Local 13 Pension Fund, and Sheet Metal Workers' Local No. 80 Pension Trust Fund (the "Pension Funds"), and proposed lead counsel for the class. I make this declaration in support of the Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed *Kim* action published on *Business Wire*, a national business-oriented wire service, on October 31, 2025;

Exhibit B:     The Pension Funds' Sworn Certifications;

Exhibit C:     The Pension Funds' estimated losses, prepared by counsel; and

Exhibit D:     The Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December, 2025.

_____

s/ Michael Albert

MICHAEL ALBERT

DECL OF MICHAEL ALBERT IN SUPPORT OF MOT FOR CONSOL OF RELATED ACTIONS, APPOINT AS LEAD PLAINTIFF, & APPROVAL OF LEAD PLTF'S SELECTION OF LEAD COUNSEL - 5:25-cv-09410-EKL                                                          - 1 -

4933-6807-5397.v1