# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Ohio Carpenters Pension Fund ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint filed and adopts its allegations.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Ohio Carpenters Pension Fund v. Norfolk Southern Corporation*, No. 1:23-cv-04068 (S.D.N.Y.)
*In re Integra LifeSciences Holdings Corporation Securities Litigation*, No. 3:23-cv-20321 (D.N.J.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___TL___ day of December, 2025.

Ohio Carpenters Pension Fund

By: _Jim Linville_____
Tim Linville, Secretary

By: _____
Troy Woodyard, Chairman

SYNOPSYS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/13/2025 | 9 | $512.97 |
| 07/18/2025 (merger) | 511.8894 | $584.76 |
| 07/18/2025 (merger) | 979.9317 | $584.76 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/09/2024 | 179 | $514.47 |
| 07/22/2025 | 0.8894 | $615.13 |
| 07/22/2025 | 0.9317 | $615.13 |

Prices listed are rounded up to two decimal places.

*Opening position of 392 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

UA Local 13 Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __23__ day of December, 2025.

UA Local 13 Pension Fund

By: _____
Nate Burdick, Administrator

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/27/2025 | 986 | $525.95 |
| 06/18/2025 | 282 | $472.83 |
| 07/17/2025 | 292 | $578.46 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/11/2025 | 848 | $411.18 |

Prices listed are rounded up to two decimal places.

*Opening position of 848 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Sheet Metal Workers' Local No. 80 Pension Trust Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Kempen International Funds (Kempen International Funds - MercLin Global Equity) v. Syneos Health, Inc.*, No. 1:23-cv-08848 (S.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of December, 2025.

Sheet Metal Workers' Local No. 80 Pension Trust Fund

By: _Nick Cole_

Its: _TRUSTEE_

SYNOPSYS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/27/2025 | 452 | $512.10 |
| 02/20/2025 | 61 | $496.21 |
| 02/27/2025 | 65 | $463.05 |
| 03/04/2025 | 90 | $442.34 |
| 06/05/2025 | 130 | $483.28 |
| 7/18/2025 (merger) | 467 | $584.76 |
| 7/18/2025 (merger) | 1,001 | $584.76 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/09/2024 | 65 | $514.47 |
| 05/23/2025 | 145 | $501.37 |
| 09/05/2025 | 119 | $597.99 |
| 09/05/2025 | 160 | $597.88 |
| 09/05/2025 | 183 | $597.97 |

*Opening position of 148 shares for common stock.

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 03/17/2025 | 5.0% due 04/01/2032 | 41,000 | $99.76 |
| 04/10/2025 | 5.0% due 04/01/2032 | 51,000 | $99.61 |
| 03/17/2025 | 5.15% due 04/01/2035 | 38,000 | $99.78 |

| Date Disposed | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 08/15/2025 | 5.0% due 04/01/2032 | 16,000 | $103.94 |
| 08/20/2025 | 5.0% due 04/01/2032 | 4,000 | $103.82 |
| 08/20/2025 | 5.0% due 04/01/2032 | 19,000 | $103.75 |
| 08/25/2025 | 5.0% due 04/01/2032 | 9,000 | $104.04 |
| 04/09/2025 | 5.15% due 04/01/2035 | 38,000 | $99.20 |

Prices listed are rounded up to two decimal places.