# EXHIBIT C

Pension Funds' Purchases and Losses

Class Period: 12/04/2024 - 09/09/2025

Synopsys

| Fund Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Ohio Carpenters Pension Fund** | 05/13/2025 | 9 | $512.97 | $4,616.73 | 09/11/2025 | 10.8211 | $416.47 | $4,506.67 | |
| | 07/18/2025 (merger) | 511.8894 | $584.76 | $299,332.45 | held | 1,490 | $442.10 | $658,731.84 | |
| | 07/18/2025 (merger) | 979.9317 | $584.76 | $573,024.86 | | | | | |
| | | **1,500.8211** | | **$876,974.04** | | **1,500.8211** | | **$663,238.51** | **($213,735.53)** |
| **UA Local 13 Pension Fund** | 01/27/2025 | 986 | $525.95 | $518,586.70 | 09/11/2025 | 1,560 | $414.03 | $645,886.80 | |
| | 06/18/2025 | 282 | $472.83 | $133,338.06 | | | | | |
| | 07/17/2025 | 292 | $578.46 | $168,910.32 | | | | | |
| | | **1,560** | | **$820,835.08** | | **1,560** | | **$645,886.80** | **($174,948.28)** |
| **Sheet Metal Workers' Local No. 80 Pension Trust Fund** | 01/27/2025 | 452 | $512.10 | $231,469.20 | 05/23/2025 | 62.02 | $501.37 | $31,094.97 | |
| | 02/20/2025 | 61 | $496.21 | $30,268.81 | 09/05/2025 | 119 | $597.99 | $71,160.81 | |
| | 02/27/2025 | 65 | $463.05 | $30,098.25 | 09/05/2025 | 160 | $597.88 | $95,660.80 | |
| | 03/04/2025 | 90 | $442.34 | $39,810.60 | 09/05/2025 | 183 | $597.97 | $109,428.51 | |
| | 06/05/2025 | 130 | $483.28 | $62,826.40 | 09/11/2025 | 82.684 | $416.47 | $34,435.41 | |
| | 7/18/2025 (merger) | 467 | $584.76 | $273,082.92 | 09/15/2025 | 0.296 | $418.22 | $123.79 | |
| | 7/18/2025 (merger) | 1,001 | $584.76 | $585,344.76 | held | 1,659 | $442.10 | $733,447.06 | |
| | | **2,266** | | **$1,252,900.94** | | **2,266** | | **$1,075,351.35** | **($177,549.59)** |

| Fund Name | Date | Face Amount Acquired | Price | Total Cost | Date** | Face Amount Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Sheet Metal Workers' Local No. 80 Pension Trust Fund (5.15%-04/01/2035, 871607AE7)** | 03/17/2025 | 38,000 | $99.78 | $37,916.40 | 04/09/2025 | 38,000 | $99.20 | $37,694.37 | |
| | | **38,000** | | **$37,916.40** | | **38,000** | | **$37,694.37** | **($222.03)** |
| **Sheet Metal Workers' Local No. 80 Pension Trust Fund (5.0%-04/01/2032, 871607AD9)** | 03/17/2025 | 41,000 | $99.76 | $40,900.37 | 08/15/2025 | 16,000 | $103.94 | $16,630.97 | |
| | 04/10/2025 | 51,000 | $99.61 | $50,800.36 | 08/20/2025 | 4,000 | $103.82 | $4,152.80 | |
| | | | | | 08/20/2025 | 19,000 | $103.75 | $19,712.12 | |
| | | | | | 08/25/2025 | 9,000 | $104.04 | $9,363.37 | |
| | | | | | 09/19/2025 | 44,000 | $105.25 | $46,312.10 | |
| | | **92,000** | | **$91,700.73** | | **92,000** | | **$96,171.36** | **$4,470.63** |
| **Pension Funds Total** | | **135,326.8211** | | **$3,080,327.19** | | **135,326.8211** | | **$2,518,342.39** | **($561,984.80)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $442.10 as of December 08, 2025 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.