# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, Troy Woodyard, Nathan Burdick, and Nick Colone, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. We respectfully submit this Joint Declaration in support of the motion of Ohio Carpenters Pension Fund ("Ohio Carpenters"), UA Local 13 Pension Fund ("UA Local 13"), and Sheet Metal Workers' Local No. 80 Pension Trust Fund ("Sheet Metal 80") (collectively, the "Pension Funds"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for consolidation of the related actions, appointment as lead plaintiff, and approval of the Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class. With regard to the information in this Joint Declaration, each of us has personal knowledge relating to the entity with which we are respectively associated.

2. I, Troy Woodyard, am the Chairman of Ohio Carpenters and am authorized to make this Joint Declaration on its behalf. Ohio Carpenters is a multi-employer defined benefit fund managing more than $2 billion in assets for the benefit of more than 30,000 participants and beneficiaries. As reflected in its Certification, Ohio Carpenters purchased Synopsys, Inc. securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Ohio Carpenters has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. Ohio Carpenters has, moreover, previously served as lead plaintiff as part of a small group of sophisticated investors and thus has experience coordinating with other institutions to fulfill those fiduciary responsibilities.

3. I, Nathan Burdick, am the Fund Administrator of UA Local 13 and am authorized to make this Joint Declaration on its behalf. UA Local 13 is the primary retirement plan for plumbers and pipefitters in the Rochester, New York region, managing more than $100 million in

assets for the benefit of thousands of plan participants. As reflected in its Certification, UA Local 13 purchased Synopsys securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws. UA Local 13 has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. UA Local 13 has served as lead plaintiff as part of a small group and thus has experience coordinating with another institution to fulfill those fiduciary responsibilities.

4.    I, Nick Colone, am Trustee of Sheet Metal 80 and am authorized to make this Joint Declaration on its behalf. Sheet Metal 80 is a multi-employer defined benefit fund managing more than $400 million in assets for the benefit of more than 3,000 participants and beneficiaries. As reflected in its Certification, Sheet Metal 80 purchased Synopsys securities during the Class Period alleged and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Sheet Metal 80 has prior experience serving as lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class.

5.    We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action. We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class. We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed class. We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors and effectively prosecuted to achieve the best possible recovery for the class.

6.      In exploring their potential leadership of this action, the Pension Funds expressed an interest in collaborating with other sophisticated institutional investors in seeking joint lead plaintiff appointment.  Ohio Carpenters, UA Local 13, and Sheet Metal 80 each determined that they could maximize the class's recovery by combining their experience and jointly seeking appointment as lead plaintiff.  After reviewing the allegations pleaded in the complaints and consulting with their counsel, the Pension Funds each independently determined to seek joint appointment as lead plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as lead plaintiff.

7.      Our decision to seek appointment as lead plaintiff together was informed by our comprehensive and complementary purchasing patterns, our comparable six-figure losses, and our positive experiences serving as representative parties in securities and shareholder litigation as part of small groups.  As our funds are sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can provide broad representation to the proposed class, we determined that our joint appointment would advance the interests of the proposed class.

8.      Before filing our lead plaintiff motion, we conferred about our leadership and oversight of this litigation.  We considered, among other things, the status of our proposed lead counsel's investigation, the lead plaintiff process, and our strategy to jointly prosecute this case in order to maximize the recovery for the class.  Likewise, we exchanged contact information with each other so that we can continue to coordinate to exercise joint decision-making on matters pertaining to this litigation as appropriate.  In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophisticated institutional investors and

managers of pension funds, and – if appointed – our shared fiduciary responsibilities to the proposed class, we anticipate arriving at joint decisions consensually.

9.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class.  We have selected Robbins Geller to serve as Lead Counsel because of the Firm's securities litigation experience and its history successfully prosecuting securities class actions as lead counsel.  We have directed the Firm to prosecute this case in the most efficient manner possible and without any duplication of services.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to Ohio Carpenters Pension Fund are true and correct.

Executed this __TW__ day of December, 2025.

> Signed by:
> 2ABDD3F080C9415...

Ohio Carpenters Pension Fund
By: Troy Woodyard, Chairman

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to UA Local 13 Pension Fund are true and correct.

Executed this __30__ day of December, 2025.

> Signed by:
> Nathan Burdick
> 3A34C084B5C0485...

UA Local 13 Pension Fund
By: Nathan Burdick, Fund Administrator

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements relating to Sheet Metal Workers' Local No. 80 Pension Trust Fund are true and correct.

Executed this __30__ day of December, 2025.

> DocuSigned by:
> Nick Colone
> 73BFCFB7FC6C4B1...

Sheet Metal Workers' Local No. 80 Pension Trust Fund
By: Nick Colone, Trustee

- 4 -