UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     vs.<br><br>SYNOPSYS, INC. et al.,<br><br>                    Defendants. | Case No. 5:25-cv-09410-EKL<br><br>[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4926-6756-1093.v1

Having considered Ohio Carpenters Pension Fund, UA Local 13 Pension Fund, and Sheet Metal Workers' Local No. 80 Pension Trust Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Kim v. Synopsys, Inc.*, No. 5:25-cv-09410 and *New England Teamsters Pension Fund v. Synopsys, Inc.*, No. 5:25-cv-10201 are consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re SYNOPSYS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 5:25-cv-09410-EKL |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

(a) The file in Case No. 5:25-cv-09410-EKL shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. All securities class actions arising out of the same facts and claims on behalf of purchasers of Synopsys, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B) and 15 U.S.C. §77z-1(a)(3)(B), hereby appoints Ohio Carpenters Pension Fund, UA Local 13 Pension Fund, and Sheet Metal Workers' Local No. 80 Pension Trust Fund as Lead Plaintiff;

4.      Ohio Carpenters Pension Fund, UA Local 13 Pension Fund, and Sheet Metal Workers' Local No. 80 Pension Trust Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) and 15 U.S.C. §77z-1(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     the preparation and filing of all pleadings;

(b)     the briefing and argument of all motions;

(c)     the conduct of all discovery proceedings and depositions;

(d)     settlement negotiations;

(e)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)     the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE EUMI K. LEE
                                    UNITED STATES DISTRICT JUDGE