# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:25-cv-09410-EKL |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER, | |
| Defendants. | |

Having considered the Motion of Ron Hirji for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Ron Hirji as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____     _____
                                  HON. EUMI K. LEE
                                  UNITED STATES DISTRICT JUDGE