# EXHIBIT C

Financial Interest Analysis

**Company Name:** Synopsys, Inc.
**Ticker:** SNPS
**Class Period:** 12/04/2024 - 09/09/2025
**Name:** Ron Hirji

### Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/3/2025 | 500 | $548.8214 | -$274,410.7000 | | $0.0000 | -$274,410.70 |
| 7/9/2025 | 200 | $549.0000 | -$109,800.0000 | | $0.0000 | -$109,800.00 |
| 7/9/2025 | 100 | $549.7244 | -$54,972.4400 | | $0.0000 | -$54,972.44 |
| 7/11/2025 | 200 | $570.0000 | -$114,000.0000 | | $0.0000 | -$114,000.00 |
| 7/15/2025 | 200 | $561.0000 | -$112,200.0000 | | $0.0000 | -$112,200.00 |
| 7/15/2025 | -200 | | $0.0000 | $568.0000 | $113,600.0000 | $113,600.00 |
| 8/13/2025 | 100 | $620.0000 | -$62,000.0000 | | $0.0000 | -$62,000.00 |
| 8/19/2025 | 400 | $614.9900 | -$245,996.0000 | | $0.0000 | -$245,996.00 |
| 9/10/2025 | -1,500 | | $0.0000 | $401.3200 | $601,980.0000 | $601,980.00 |
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$257,799.14** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $0.00 |
| | | | $442.1201 | | **Common Stock Total:** | **-$257,799.14** |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/8/2025 | Sell to Open | Call | 7/18/2025 / $580 | -5 | $2.0000 | $1,000.00 |
| 7/9/2025 | Sell to Open | Call | 7/18/2025 / $580 | -3 | $2.1000 | $630.00 |
| 7/11/2025 | Buy to Close | Call | 7/18/2025 / $580 | 8 | $6.0000 | -$4,800.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$3,170.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/16/2025 | Buy to Open | Call | 7/18/2025 / $560 | 5 | $5.0000 | -$2,500.00 |
| 7/16/2025 | Sell to Close | Call | 7/18/2025 / $560 | -5 | $9.0000 | $4,500.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$2,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/18/2025 | Buy to Open | Call | 8/15/2025 / $600 | 5 | $12.5000 | -$6,250.00 |
| 7/22/2025 | Sell to Close | Call | 8/15/2025 / $600 | -5 | $20.3800 | $10,190.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$3,940.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/21/2025 | Sell to Open | Call | 8/15/2025 / $620 | -10 | $10.0000 | $10,000.00 |
| 7/28/2025 | Buy to Close | Call | 8/15/2025 / $620 | 10 | $5.3000 | -$5,300.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$4,700.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/4/2025 | Sell to Open | Call | 8/8/2025 / $650 | -10 | $1.8000 | $1,800.00 |
| 8/7/2025 | Expired | Call | 8/8/2025 / $650 | 1 | $0.0000 | $0.00 |
| 8/9/2025 | Expired | Call | 8/8/2025 / $650 | 9 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/18/2025 | Sell to Open | Call | 8/22/2025 / $650 | -11 | $1.0836 | $1,191.96 |
| 8/20/2025 | Buy to Close | Call | 8/22/2025 / $650 | 11 | $0.1500 | -$165.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,026.96** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/19/2025 | Sell to Open | Call | 8/22/2025 / $630 | -4 | $2.1000 | $840.00 |
| 8/23/2025 | Expired | Call | 8/22/2025 / $630 | 4 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$840.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/20/2025 | Sell to Open | Call | 8/22/2025 / $620 | -11 | $1.8000 | $1,980.00 |
| 8/23/2025 | Expired | Call | 8/22/2025 / $620 | 11 | $0.0000 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,980.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/26/2025 | Sell to Open | Call | 8/29/2025 / $610 | -15 | $2.7600 | $4,140.00 |
| 8/28/2025 | Buy to Close | Call | 8/29/2025 / $610 | 15 | $5.8826 | -$8,823.90 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$4,683.90** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/28/2025 | Sell to Open | Call | 8/29/2025 / $615 | -10 | $3.1839 | $3,183.90 |
| 8/30/2025 | Expired | Call | 8/29/2025 / $615 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,183.90** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/3/2025 | Sell to Open | Call | 9/5/2025 / $615 | -15 | $0.7000 | $1,050.00 |
| 9/6/2025 | Expired | Call | 9/5/2025 / $615 | 15 | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,050.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/8/2025 | Sell to Open | Call | 9/12/2025 / $650 | -15 | $5.6800 | $8,520.00 |
| 9/10/2025 | Buy to Close | Call | 9/12/2025 / $650 | 15 | $0.0500 | -$75.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$8,445.00** |

|  |  |
|---|---|
| **Options Total:** | **$21,111.96** |
| **Combined Total:** | **-$236,687.18** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 10, 2025, and December 8, 2025.  Transactions on September 10, 2025, occurred after the corrective disclosure alleged in the complaint.  Shares sold after the end of the Class Period are valued using the greater of: (i) the average closing price between the end of the Class Period and the sale date, or (ii) the actual sales price.