**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*pro hac vice* forthcoming)
Connor C. Boehme (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>Defendants. | Case No. 5:25-cv-09410-EKL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**Date:** April 29, 2026<br>**Time:** 10:00 a.m.<br>**Courtroom:** 7 – 4th Floor<br>**Judge:** Eumi K. Lee |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>Defendants. | Case No. 3:25-cv-10201-JD<br><br><br>**Date:** February 5th, 2026<br>**Time:** 10:00 a.m.<br>**Courtroom:** 11 – 19th Floor<br>**Judge:** James Donato |

DECLARATION OF LUCAS E. GILMORE
CASE NOS. 3:25-cv-09410-EKL, 3:25-cv-10201-JD; 3:25-cv-11059-JD

| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>               Defendants. | Case No. 3:25-cv-11059-JD<br><br>**Date:** February 5th, 2026<br>**Time:** 10:00 a.m.<br>**Courtroom:** 11 – 19th Floor<br>**Judge:** James Donato |
| --- | --- |

DECLARATION OF LUCAS E. GILMORE
CASE NOS. 5:25-cv-09410-EKL, 3:25-cv-10201-JD; 3:25-cv-11059-JD

I, Lucas E. Gilmore, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner at Hagens Berman Sobol Shapiro LLP, proposed liaison counsel for proposed Lead Plaintiff movants Boston Retirement System and New England Teamsters Pension Fund (collectively, the "Pension Funds").  I make this declaration in support of the Pension Funds' Motion for consolidation, appointment as Lead Plaintiff, and approval of Lead Plaintiff's selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Signed Certifications of the Pension Funds, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u–4(a)(2); |
| EXHIBIT B: | A chart reflecting the calculation of the Pension Funds' losses as a result of their transactions in Synopsys, Inc. securities; |
| EXHIBIT C: | Notices of pendency of the actions; |
| EXHIBIT D: | Joint Declaration of the Pension Funds; |
| EXHIBIT E: | Firm resume of Labaton Keller Sucharow LLP |
| EXHIBIT F: | Firm resume of Hagens Berman Sobol Shapiro LLP. |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 30, 2025

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore