**Exhibit A**

## CERTIFICATION

I, Timothy J. Smyth, as Executive Officer of Boston Retirement System ("Boston"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Boston.  I have reviewed a complaint filed against Synopsys, Inc. ("Synopsys") alleging violations of the federal securities laws, generally adopt the allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this motion for lead plaintiff appointment;

2.      Boston did not purchase securities of Synopsys at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Boston is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Boston's transactions in Synopsys securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Boston sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Vazquez v. Masimo Corporation*, No. 3:23-cv-1546 (S.D. Cal.)
*Lemm, Jr. v. New York Community Bancorp, Inc.*, No. 1:24-cv-0903 (E.D.N.Y.)
*Baxter v. PDD Holdings Inc. f/k/a Pinduoduo Inc.*, No. 1:24-cv-5653 (E.D.N.Y.)
*Long v. Stellantis N.V.*, No. 1:24-cv-6196 (S.D.N.Y.)
*Shannahan v. FTAI Aviation Ltd.*, No. 1:25-cv-0541 (S.D.N.Y.)
*In re e.l.f. Beauty, Inc. Securities Litigation*, No. 5:25-cv-2316 (N.D. Cal.)
*Laborers District Council and Contractors Pension Fund of Ohio v. James Hardie Industries, plc*, No. 1:25-cv-13018 (N.D. Ill)

6.      Boston sought to serve as a lead plaintiff or representative party in the following class action under the federal securities laws filed during the last three years.  The decision for lead plaintiff appointment is still pending.

*Boston Retirement System v. DexCom, Inc.*, No. 25-cv-03284 (S.D. Cal.)

7.      Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 29 day of December, 2025.

Timothy J. Smyth
Executive Officer
Boston Retirement System

## EXHIBIT A

## TRANSACTIONS IN SYNOPSYS, INC.

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 05/23/25 | 128 | $499.5259 | ($63,939) |
| Purchases | 05/27/25 | 501 | $511.3453 | ($256,184) |
| Purchases | 05/28/25 | 531 | $493.6748 | ($262,141) |
| Purchases | 05/29/25 | 824 | $454.4141 | ($374,437) |
| Purchases | 05/30/25 | 817 | $460.6425 | ($376,345) |
| Purchases | 06/02/25 | 354 | $462.7827 | ($163,825) |
| Purchases | 06/03/25 | 696 | $466.0559 | ($324,375) |
| Purchases | 06/04/25 | 244 | $471.1015 | ($114,949) |
| Purchases | 06/05/25 | 511 | $484.5864 | ($247,624) |
| Purchases | 06/06/25 | 176 | $486.3284 | ($85,594) |
| Purchases | 06/09/25 | 298 | $498.2201 | ($148,470) |
| Purchases | 06/10/25 | 266 | $502.0999 | ($133,559) |
| Purchases | 06/11/25 | 564 | $501.8912 | ($283,067) |
| Purchases | 06/12/25 | 170 | $496.9946 | ($84,489) |
| Purchases | 06/13/25 | 252 | $482.1857 | ($121,511) |
| Purchases | 06/16/25 | 287 | $478.0151 | ($137,190) |
| Purchases | 06/17/25 | 295 | $475.8947 | ($140,389) |
| Purchases | 06/18/25 | 200 | $474.2528 | ($94,851) |
| Purchases | 06/20/25 | 494 | $470.9083 | ($232,629) |
| Purchases | 06/23/25 | 181 | $470.6885 | ($85,195) |
| Purchases | 06/24/25 | 142 | $478.4292 | ($67,937) |
| Purchases | 06/25/25 | 166 | $484.2408 | ($80,384) |
| Purchases | 06/26/25 | 188 | $494.3748 | ($92,942) |
| Purchases | 06/27/25 | 740 | $505.4762 | ($374,052) |
| Purchases | 06/30/25 | 449 | $512.6436 | ($230,177) |
| Purchases | 07/01/25 | 463 | $519.3992 | ($240,482) |

## CERTIFICATION

I, Daniel J. Greene, as Executive Director of New England Teamsters Pension Fund ("New England Teamsters"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of New England Teamsters.  I have reviewed a complaint prepared against Synopsys, Inc. ("Synopsys") alleging violations of the federal securities laws, generally adopt the allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this pleading and any subsequent motion for lead plaintiff appointment as needed;

2.      New England Teamsters did not purchase Synopsys securities at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      New England Teamsters is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  New England Teamsters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      New England Teamsters' transactions in Synopsys securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      New England Teamsters sought to serve as a lead plaintiff or representative party in the following class actions filed under the federal securities laws during the last three years:

*Erie County Employees' Retirement System v. Cutera, Inc.*, No. 5:23-cv-02560 (N.D. Cal.)
*New England Teamsters Pension Fund v. RTX Corporation*, No. 3:23-cv-1274 (D. Conn.)
*In re Agilon Health, Inc. Securities Litigation*, No. 1:24-cv-0297 (W.D. Tex.)
*New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-1936 (C.D. Cal.)
*New England Teamsters Pension Fund v. West Pharmaceutical Services, Inc.*, No. 2:25-cv-2285 (E.D. Pa.)
*Khan v. Lockheed Martin Corporation*, No. 1:25-cv-6197 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, New England Teamsters will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the

reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 21st day of November, 2025.

Daniel J. Greene
Executive Director
New England Teamsters Pension Fund

2

## EXHIBIT A

### TRANSACTIONS IN SYNOPSYS, INC.

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 01/03/2025 | 45 | $493.7100 | ($22,216.95) |
| Purchases | 01/30/2025 | 100 | $526.3600 | ($52,636.00) |
| Purchases | 03/28/2025 | 100 | $437.9500 | ($43,795.00) |
| Purchases | 03/28/2025 | 100 | $437.9500 | ($43,795.00) |
| Purchases | 04/29/2025 | 100 | $460.7700 | ($46,077.00) |
| Acquisitions[1] | 07/18/2025 | 398 | $584.7600 | ($232,734.48) |
| Purchases | 08/28/2025 | 200 | $612.1700 | ($122,434.00) |

---

[1] Shares of Synopsys common stock were acquired in exchange for shares of Ansys, Inc. common stock.

3