# Exhibit B

**LOSS ANALYSIS**
**Filed Class Period: 12/04/24 - 09/09/25**

**Synopsys, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| SNPS | 871607107 | US8716071076 | 2867719 | $442.1201 |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 05/23/25 | 128.00 | $499.5259 | ($63,939.32) |
| Purchases | 05/27/25 | 501.00 | $511.3453 | ($256,184.00) |
| Purchases | 05/28/25 | 531.00 | $493.6748 | ($262,141.32) |
| Purchases | 05/29/25 | 824.00 | $454.4141 | ($374,437.22) |
| Purchases | 05/30/25 | 817.00 | $460.6425 | ($376,344.92) |
| Purchases | 06/02/25 | 354.00 | $462.7827 | ($163,825.08) |
| Purchases | 06/03/25 | 696.00 | $466.0559 | ($324,374.91) |
| Purchases | 06/04/25 | 244.00 | $471.1015 | ($114,948.77) |
| Purchases | 06/05/25 | 511.00 | $484.5864 | ($247,623.65) |
| Purchases | 06/06/25 | 176.00 | $486.3284 | ($85,593.80) |
| Purchases | 06/09/25 | 298.00 | $498.2201 | ($148,469.59) |
| Purchases | 06/10/25 | 266.00 | $502.0999 | ($133,558.57) |
| Purchases | 06/11/25 | 564.00 | $501.8912 | ($283,066.64) |
| Purchases | 06/12/25 | 170.00 | $496.9946 | ($84,489.08) |
| Purchases | 06/13/25 | 252.00 | $482.1857 | ($121,510.80) |
| Purchases | 06/16/25 | 287.00 | $478.0151 | ($137,190.33) |
| Purchases | 06/17/25 | 295.00 | $475.8947 | ($140,388.94) |
| Purchases | 06/18/25 | 200.00 | $474.2528 | ($94,850.56) |
| Purchases | 06/20/25 | 494.00 | $470.9083 | ($232,628.70) |
| Purchases | 06/23/25 | 181.00 | $470.6885 | ($85,194.62) |
| Purchases | 06/24/25 | 142.00 | $478.4292 | ($67,936.95) |
| Purchases | 06/25/25 | 166.00 | $484.2408 | ($80,383.97) |
| Purchases | 06/26/25 | 188.00 | $494.3748 | ($92,942.46) |
| Purchases | 06/27/25 | 740.00 | $505.4762 | ($374,052.39) |
| Purchases | 06/30/25 | 449.00 | $512.6436 | ($230,176.98) |
| Purchases | 07/01/25 | 463.00 | $519.3992 | ($240,481.83) |
| *Class Period Purchases:* | | *9,937.00* | | *($4,816,735.37)* |
| *Class Period Sales that match to Class Period Purchases:* | | *0.00* | | *0.00* |
| Shares Held: | | 9,937.00 | $442.1201 | $4,393,347.43 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($423,387.94)** |

| | |
|---|---|
| Total Shares Bought: | 9,937.00 |
| Total Net Shares: | 9,937.00 |
| Total Net Expenditures: | ($4,816,735.37) |

[1] *Value of shares held is the mean trading price from 09/10/25 - 12/08/25.*

**LOSS ANALYSIS**

**Filed Class Period: 12/04/24 - 09/09/25**

**Synopsys, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| SNPS | 871607107 | US8716071076 | 2867719 | $442.1201 |

**New England Teamsters Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 01/03/25 | 45.00 | $493.7100 | **($22,216.95)** |
| Purchases | 01/30/25 | 100.00 | $526.3600 | **($52,636.00)** |
| Purchases | 03/28/25 | 100.00 | $437.9500 | **($43,795.00)** |
| Purchases | 03/28/25 | 100.00 | $437.9500 | **($43,795.00)** |
| Purchases | 04/29/25 | 100.00 | $460.7700 | **($46,077.00)** |
| Acquisitions | 07/18/25 | 398.00 | $584.7600 | **($232,734.48)** [2] |
| Purchases | 08/28/25 | 200.00 | $612.1700 | **($122,434.00)** |
| *Class Period Purchases:* | | *1,043.00* | | *($563,688.43)* |
| *Class Period Sales that match to Class Period Purchases:* | | *0.00* | *04/30/01* | *0.00* |
| | Shares Held: | 1,043.00 | $442.1201 | $461,131.26 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($102,557.17)** |

| | |
|---|---|
| Total Shares Bought: | 1,043.00 |
| Total Net Shares: | 1,043.00 |
| Total Net Expenditures: | ($563,688.43) |

| | |
|---|---|
| **AGGREGATE (ALL SECURITIES) TOTAL LIFO (LOSS):** | **($525,945.10)** |

*1 Value of shares held is the mean trading price from 09/10/25 - 12/08/25.*

*2 Shares of Synopsys common stock were acquired in exchange for 1,173 shares of Ansys, Inc. common stock (0.3399 stock conversion). The transaction has been valued at the closing price on 7/18/25, the date the shares were received.*