# Exhibit C

Oct 31, 2025 5:38 PM Eastern Daylight Time

## SNPS CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Synopsys, Inc. Shareholders

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Kim v. Synopsis, Inc., et al.,* Case No. 3:25-cv-09410, on behalf of persons and entities that purchased or otherwise acquired Synopsys, Inc. ("Synopsys" or the "Company") (NASDAQ: SNPS) securities between **December 4, 2024 and September 9, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

IF YOU SUFFERED A LOSS ON YOUR SYNOPSYS INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

**What Happened?**

On September 9, 2025, after market hours, Synopsys released its third quarter 2025 financial results, revealing the Company's "IP business underperformed expectations." The Company reported quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for third quarter 2024. Moreover, the Company reported its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year. Finally, management provided guidance which implied that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, Synopsys's stock price fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the extent to which the Company's increased focus on artificial intelligence customers, which require additional customization, was deteriorating the economics of its Design IP business; (2) that, as a result, "certain road map and resource decisions" were unlikely to "yield their intended results;" (3) that the foregoing had a material negative impact on financial results; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Synopsys securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts
**Contact Us:**
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

**Industry:**     Class Action Lawsuit    Professional Services    Legal



**Fidelity**.com

# Labaton Keller Sucharow LLP Files Securities Class Action Against Synopsys, Inc. and Certain of Its Executives

BUSINESS WIRE -  35 MINUTES AGO

TECHNOLOGY

    

NEW YORK--(BUSINESS WIRE)-- Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Complaint") on behalf of its client the New England Teamsters Pension Fund ("New England Teamsters") against Synopsys, Inc. ( SNPS ) ("Synopsys" or the "Company") and certain of its executives (collectively, "Defendants"). The Action, which is captioned *New England Teamsters Pension Fund v. Synopsys, Inc. ( SNPS )*, No. 25-cv-10201 (N.D. Cal. Nov. 25, 2025), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons and entities that purchased or otherwise acquired Synopsys ( SNPS ) securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period"). The action also asserts claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Securities Act") on behalf of all persons and entities that purchased or otherwise acquired Synopsys ( SNPS ) common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in connection with the Company's acquisition of Ansys on July 17, 2025 (the "Acquisition").

The Complaint is related to a previously filed action against Synopsys ( SNPS ) captioned *Kim v. Synopsis, Inc.,* No. 25-cv-09410 (N.D. Cal.) (the "Initial Action"). The Initial Action was filed on October 31, 2025 on behalf of all persons and entities who purchased or otherwise acquired Synopsys ( SNPS ) securities during the Class Period. The Complaint expands upon the Initial Action by adding the claims under the Securities Act in connection with the Acquisition. Pursuant to the notice published on October 31, 2025 in connection with the filing of the Initial Action, investors wishing to serve as Lead Plaintiff in the Initial Action pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **December 30, 2025**, as required by the Private Securities Litigation Reform Act of 1995.

Synopsys ( SNPS ) is a Mountain View, California-based technology company that provides software, intellectual property, and services used to design and verify advanced semiconductor chips. The Company's products include electronic design automation tools, pre-designed semiconductor components known as Design IP, and software security and quality testing solutions. Synopsys' customers, which include major semiconductor and electronics manufacturers, rely on its tools to manage complex chip design processes and accelerate time to market.

The Action alleges that Defendants misled investors by failing to disclose that: (1) the Company's growing emphasis on artificial intelligence customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that were made during the Class Period or contained in the Acquisition materials filed with the Securities and Exchange Commission were materially false and/or misleading, and/or lacked a reasonable basis.

The truth about Defendants' misconduct was disclosed on September 9, 2025, when Synopsys ( SNPS ) reported weak third quarter 2025 financial results and revealed that the Company's "IP business underperformed expectations." On this news, Synopsys' stock price fell by 35.8 percent, dropping from $604.37 to $387.78 per share on September 10, 2025.

If you purchased or otherwise acquired Synopsys ( SNPS ) securities during the Class Period or purchased or otherwise acquired Synopsys ( SNPS ) common stock in exchange for shares of Ansys common stock in connection with the Acquisition, and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **December 30, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at +1 (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

New England Teamsters is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

View source version on businesswire.com: https://www.businesswire.com/news/home/20251125254383/en/

Source: Labaton Keller Sucharow LLP

Feedback