**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>                                    Defendants. | Case No. 5:25-cv-09410-EKL<br><br>[PROPOSED] ORDER GRANTING DIMITRIOS TSELEPIDAKIS'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>                                    Defendants. | Case No. 3:25-cv-10201-JD |

[Proposed] Order Granting Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel – Case No. 5:25-cv-09410-EKL

Having considered Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), the Memorandum of Law, the Declaration of Brian O. O'Mara in support thereof, and all other pleadings and argument submitted to this Court, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is **GRANTED**;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Kim v. Synopsys, Inc., et al.*, 5:25-CV-09410-EKL (N.D. Cal., filed Oct. 31, 2025) and *New England Teamsters Pen. Fund v. Synopsys, Inc., et al.*, No. 3:25-CV-10201-JD (N.D. Cal., filed Nov. 25, 2025) are **CONSOLIDATED** as:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SYNOPSYS, INC. SECURITIES LITIGATION, | Master File No.: 5:25-cv-09410-EKL |
|---|---|
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | |

(a) The file in Case No. 5:25-cv-09410 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions on behalf of all persons who either (i) purchased or otherwise acquired Synopsys, Inc. ("Synopsys") securities during the Class Period (as alleged in the operative complaint in this consolidated action), and/or (ii) purchased or acquired Synopsys common stock in exchange for their shares of Ansys, Inc. common stock pursuant to the

- 1 -

[Proposed] Order Granting Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel – Case No. 5:25-cv-09410-EKL

registration statement and prospectus dated March 14, 2024 and April 17, 2024, subsequently filed in, or transferred to, this District shall be consolidated into this action;

    (c)    This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten (10) days after any such action is consolidated into this action; and

    (d)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Dimitrios Tselepidakis is **APPOINTED** as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), DiCello Levitt LLP is **APPROVED** as Lead Counsel for the Class. Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    (a)    to brief and argue motions;

    (b)    to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    (c)    to direct and coordinate the examination of witnesses in depositions;

    (d)    to act as spokesperson at pretrial conferences;

    (e)    to consult with and employ experts;

    (f)    to receive and review periodic time reports of all attorneys on behalf of Lead Plaintiffs and the proposed Class, to determine if the time is being spent appropriately and for the

- 2 -

benefit of Lead Plaintiffs and the proposed Class, and to determine and distribute any attorneys' fees;

(g)    to initiate and conduct any settlement negotiations with Defendants' counsel; and

(h)    to perform such other duties as may be expressly authorized by further order of this Court.

*    *    *

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

- 3 -

[Proposed] Order Granting Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel – Case No. 5:25-cv-09410-EKL