DıCELLO LEVITT LLP
HENRY ROSEN (Bar No. 156963)
BRIAN O. O'MARA (Bar No. 229737)
RUBEN PEÑA (Bar No. 328106)
4747 Executive Dr., Suite 240
San Diego, CA 92121
Tel. (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
rpena@dicellolevitt.com

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>        Defendants. | Case No. 5:25-cv-09410-EKL<br><br>DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF DIMITRIOS TSELEPIDAKIS'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,<br><br>        Defendants. | Case No. 3:25-cv-10201-JD |

Declaration of Brian O. O'Mara in Support of Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel – Case No. 5:25-cv-09410-EKL

I, Brian O. O'Mara, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a partner at DiCello Levitt LLP, counsel for Dimitrios Tselepidakis and proposed lead counsel for the proposed Class. I make this declaration in support of Mr. Tselepidakis's motion for: (i) consolidation of the Related Actions; (ii) appointment as Lead Plaintiff; and (iii) approval of his selection of DiCello Levitt LLP as Lead Counsel. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of Pendency of the first-filed action, *Kim v. Synopsys, Inc., et al.*, Case No. 5:25-cv-09410 (N.D. Cal.), published on *Business Wire* on October 31, 2025;

Exhibit B:      Dimitrios Tselepidakis's Sworn Certification;

Exhibit C:      Chart of Dimitrios Tselepidakis's estimated losses, prepared by counsel;

Exhibit D:      DiCello Levitt LLP firm résumé; and

Exhibit E:      *Saleh v. AstraZeneca PLC, et al.*, No. 2:24-cv-11021-JFW-AS, Minute Order, ECF No. 40 (C.D. Cal. Mar. 21, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December 2025, at San Diego, California.

*s/ Brian O. O'Mara*
BRIAN O. O'MARA

- 1 -

Declaration of Brian O. O'Mara in Support of Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel – Case No. 5:25-cv-09410-EKL