# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Dimitrios Tselepidakis, ("Plaintiff") declares as follows:

1.      Plaintiff has reviewed a copy of the complaint in this matter and authorizes the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff made the following transaction(s) during the Class Period in the securities that are the subject of this action.  See attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: *None*.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on _____12/24/2025_____.

Signed:    Dimitrios Tselepidakis
           Dimitrios Tselepidakis

Synopsys, Inc.

- 1 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

Synopsys, Inc.
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 7/18/2025 | 36.567 | $571.20 |
| 7/18/2025 | 27.532 | $571.20 |
| 7/18/2025 | 28.212 | $571.20 |
| 7/18/2025 | 35.689 | $571.20 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|

Synopsys, Inc.

- 2 -