# EXHIBIT C

**Dimitrios Tselepidakis Tod - LIFO Loss**

**Synopsys,Inc.**

Class Period: 12/04/2024 to 09/09/2025

Lookback Price: $442.1201 (09/10/25 - 12/08/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/18/25 | 37 | $571.20 | $20,887.07 | | | | | |
| Purchase | 07/18/25 | 28 | $571.20 | $15,726.28 | | | | | |
| Purchase | 07/18/25 | 28 | $571.20 | $16,114.69 | | | | | |
| Purchase | 07/18/25 | 36 | $571.20 | $20,385.56 | Retained | | 128 | $442.120 | $56,591.37 |
| | | **128** | | **$73,113.60** | | | **128** | | **$56,591.37** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($16,522.23)** |