**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HYUNGJOON KIM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER, <br><br> Defendants. | Case No. 25-cv-9410-EKL <br><br> [PROPOSED] ORDER GRANTING STERLING HEIGHTS PFRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL <br><br> <u>CLASS ACTION</u> |

Having considered (I) the motion of Sterling Heights Police & Fire Retirement System's ("Sterling Heights PFRS") for and Order (i) either (a) directing that a new notice be issued, limited to the claims asserted under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Securities Act") (the "Securities Act Claims"), and providing a new deadline for class members to move for appointment as lead plaintiff, in light of a conflict of interest between investors who purchased Synopsys, Inc. ("Synopsys") common stock in the open market and those who acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in connection with Synopsys's acquisition of Ansys (the "Acquisition"), or (b) appointing Sterling Heights PFRS as lead plaintiff for a subclass consisting of all persons and entities who acquired Synopsys common stock in exchange for Ansys common stock in connection with the Acquisition (the "Securities Act Class"); (iii) approving Sterling Heights PFRS's selection of Grant & Eisenhofer P.A. as lead counsel for the Securities Act Class; (II) the memorandum of points and authorities in support of the Motion; and (III) the Declaration of M. Elizabeth Graham and attached exhibits in support of the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

2. Sterling Heights PFRS shall publish a new PSLRA notice limited to the Securities Act Claims, providing a new deadline for members of the Securities Act Class to move for appointment as lead plaintiff.

**OR, IN THE ALTERNATIVE:**

1. The Motion is GRANTED;

2. Sterling Heights PFRS is hereby APPOINTED as Lead Plaintiff of the Securities Act Class pursuant to Section 27 of the Securities Act; and

3. The law firm Grant & Eisenhofer P.A. is hereby APPOINTED as Lead Counsel for the Securities Act Class.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER GRANTING STERLING HEIGHTS PFRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL – No. 25-cv-9410-EKL