M. Elizabeth Graham (SBN 143085)
GRANT & EISENHOFER P.A.
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

[Additional counsel appear below]

*Counsel for City of Sterling Heights Police &
Fire Retirement System*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HYUNGJOON KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>Defendants | Case No. 25-cv-9410-EKL<br><br>DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF STERLING HEIGHTS PFRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date: April 29, 2026<br>Time: 10:00 a.m.<br>Courtroom: 7, 4th Floor<br>Judge: Hon. Eumi K. Lee |

I, M. ELIZABETH GRAHAM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a principal of the law firm Grant & Eisenhofer P.A., counsel of record for Sterling Heights Police & Fire Retirement System ("Sterling Heights PFRS").

2. I submit this declaration in support of Sterling Heights PFRS's motion, pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995, for an order (i) either (a) directing that a new notice be issued, limited to the claims asserted under Sections 11, 12(a)(2), and 15 of the Securities Act (the "Securities Act Claims"), and providing a new 60-day period for class members to move for appointment as lead plaintiff, in light of a fundamental conflict of interest between investors who purchased Synopsys, Inc. ("Synopsys") common stock in the open market and those who acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in connection with Synopsys's acquisition of Ansys (the "Acquisition"), or (b) appointing Sterling Heights PFRS as lead plaintiff for a subclass consisting of all persons and entities who acquired Synopsys common stock in exchange for Ansys common stock in connection with the Acquisition (the "Securities Act Class"); (iii) approving Sterling Heights PFRS's selection of Grant & Eisenhofer P.A. as lead counsel for the Securities Act Class; and (iv) granting any further relief that the Court may deem just and proper. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached as Exhibit A are true and correct copies of the PSLRA notices published on October 31, 2025 and November 25, 2025.

4. Attached as Exhibit B is a true and correct copy of Sterling Heights PFRS's estimated losses, prepared by counsel.

5. Attached as Exhibit C is a resume of the background and prior cases of Grant & Eisenhofer P.A.

DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF STERLING HEIGHTS PFRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL – No. 25-cv-9410-EKL

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 30th day of December 2025 in San Francisco, CA.


By: */s/ M. Elizabeth Graham*
M. Elizabeth Graham

---

2

DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF STERLING HEIGHTS PFRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL – No. 25-cv-9410-EKL