# EXHIBIT B

**Synopsys, Inc.**
**City of Sterling Heights Police & Fire Retirement System**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Acquisition | 7/17/2025 | 525.000 | 589.0100 | $309,230.25 | | | | | |
| | | | | | Retained | | 525.000 | 401.6100 | $210,845.25 |
| | | 525.000 | | $309,230.25 | | | 525.000 | | $210,845.25 |

**($98,385.00)**