# EXHIBIT C

## FIRM BIOGRAPHY

Grant & Eisenhofer P.A. ("G&E") concentrates on federal securities and corporate governance litigation and other complex class litigation. With approximately 90 attorneys, G&E primarily represents domestic and foreign institutional investors, both public and private, who have been damaged by corporate fraud, greed and mismanagement.  The Firm was named to The National Law Journal's "Plaintiffs' Hot List" for more than a decade and is listed as one of America's Leading Business Law Firms by Chambers & Partners, who reported that G&E "commanded respect for its representation of institutional investors in shareholder and derivative actions, and in federal securities fraud litigation."  Based in Delaware, New York, Chicago, Baltimore, and San Francisco, G&E routinely represents clients in federal and state courts throughout the country. G&E's clients include the California Public Employees' Retirement System, New York State Common Retirement Fund, Ohio Public Employees' Retirement System, State of Wisconsin Investment Board, Teachers' Retirement System of Louisiana, PIMCO, Trust Company of the West, The Capital Guardian Group and many other public and private U.S. and international institutions.

G&E was founded in 1997 by Jay W. Eisenhofer and Stuart M. Grant, former litigators in the Wilmington office of the nationally prominent firm of Skadden, Arps, Slate, Meagher & Flom LLP. Over the years, the Firm's principals have gained national reputations in securities and corporate litigation. In fact, G&E was the first law firm in the country to argue the provisions of the Private Securities Litigation Reform Act ("PSLRA") allowing an institutional investor to be appointed as lead plaintiff in a securities class action.  The Firm has gone on to build a national and international reputation as a leader in securities litigation.  In both class action and "opt-out" cases, G&E has attracted widespread recognition for protecting investors' rights and recovering their damages. RiskMetrics Group has twice recognized G&E for securing the highest average investor recovery in securities class actions.

**G&E has served as lead counsel in many of the largest securities class action recoveries, including:**

- $3.2 billion settlement from Tyco International Ltd. and related defendants
- $486 million settlement from Pfizer
- $448 million settlement in Global Crossing Ltd. securities litigation
- $422 million total class recovery for investors in the stock and bonds of Refco
- $400 million recovery from Marsh & McLennan
- $325 million from Delphi Corp.
- $303 million settlement from General Motors
- $300 million settlement from DaimlerChrysler Corporation
- $300 million recovery from Oxford Health Plans
- $276 million judgment & settlement for Safety-Kleen bond investors

**G&E's legacy as a leader in corporate governance and derivative litigation spans over a quarter of a century.** We have achieved numerous settlements and landmark decisions on behalf of some of the country's largest state and municipal retirement systems, including:



1

- *In re UnitedHealth Group Inc. Shareholder Derivative Litigation* ($922 million settlement, the largest settlement in the history of derivative litigation in any jurisdiction)
- *In re Digex, Inc. Shareholders Litigation* ($420 million settlement, one of the largest settlements in the history of the Delaware Chancery Court)
- *In re Renren, Inc. Derivative Litigation* ($300 million settlement)
- *In re McKesson Corp Stockholder Derivative Litigation* ($175 million settlement and significant corporate governance reform)
- *In re CBS Corporation Stockholder Class Action and Derivative Litigation* ($167.5 million settlement)
- *In re Freeport-McMoRan Copper & Gold, Inc. Derivative Litigation* ($153.75 million settlement and corporate governance enhancements)
- *In re Dole Food Company, Inc. Stockholder Litigation/ In re Appraisal of Dole Food Company, Inc.* ($148 million in damages in post-trial decision)
- *City of Monroe Employees' Retirement System derivatively on behalf of Twenty-First Century Fox Inc. v. Rupert Murdoch et al* ($90 million settlement plus corporate governance reforms)
- *In re Del Monte Foods Company Shareholders Litigation* ($89.4 million settlement and immediate lending reform)
- *In re Facebook Class C Reclassification Litigation* (case mooted on eve of trial)
- *Louisiana Municipal Police Employees' Retirement System and the R.W. Grand Lodge of Free and Accepted Masons of Pennsylvania v. Edwin M. Crawford, et al. ("Caremark/CVS Merger Litigation")* ($3.19 billion in cash consideration)
- *The Williams Companies Stockholder Litigation* (decision at trial declaring that all directors of The Williams Companies breached their fiduciary duties by adopting a poison pill rights plan that prevented shareholders from communicating among themselves and with management)
- *AFSCME v. AIG* (historic federal appeals court ruling in favor of G&E's client established the right, under the then-existing proxy rules, for shareholders to place the names of director candidates nominated by shareholders on corporate proxy materials – reversing over 20 years of adverse rulings from the SEC's Division of Corporate Finance and achieving what had long been considered the "holy grail" for investor activists)
- *Unisuper Ltd. v. News Corp., et al.* (G&E forced News Corp. to rescind the extension of its poison pill on the grounds that it was obtained without proper shareholder approval)
- *Carmody v. Toll Brothers* (action initiated by G&E resulted in the seminal ruling that "dead-hand" poison pills are illegal)

In addition, G&E's lawyers are often called upon to testify on behalf of institutional investors before the SEC and various judicial commissions, and they frequently write and speak on securities and corporate governance issues. G&E Managing Director Jay Eisenhofer and Principal Michael Barry are co-authors of the *Shareholder Activism Handbook*.

G&E is proud of its success in fighting for institutional investors in courts and other forums across the country and throughout the world.



Grant & Eisenhofer

2

**<u>G&E's Attorneys</u>**

**Jay W. Eisenhofer**

Jay Eisenhofer, co-founder and managing principal of Grant & Eisenhofer P.A., has been counsel in more multi-hundred million dollar cases than any other securities litigator, including the $3.2 billion settlement in the Tyco case, the $922 million UnitedHealth Group settlement, the $486 million settlement with Pfizer, the $450 million settlement in the Global Crossing case,  a $400 million settlement with Marsh & McLennan, a $303 million settlement with General Motors and a $300 million settlement with DaimlerChrysler. Internationally, Mr. Eisenhofer has organized cases on behalf of investors leading to substantial recoveries, including the $1.5 billion settlement with Fortis in the Netherlands, the $1 billion recovery against Royal Bank of Scotland in the United Kingdom, and the historic $450 million pan-European settlement in the Royal Dutch Shell case in the Netherlands. Mr. Eisenhofer was also the lead attorney in the seminal cases of *American Federation of State, County & Municipal Employees, Employees Pension Plan v. American International Group, Inc.*, where the U.S. Court of Appeals required shareholder proxy access reversing years of SEC no-action letters, and *Carmody v. Toll Brothers*, wherein the Delaware Court of Chancery first ruled that so-called "dead-hand" poison pills violated Delaware law.

Mr. Eisenhofer has served as litigation counsel to many public and private institutional investors, including, among others, Amalgamated Bank, APG Asset Management, California Public Employees Retirement System, California State Teachers Retirement System, Colorado Public Employees Retirement Association, the Florida State Board of Administration, John Hancock, Louisiana State Employees Retirement System, New York City Retirement Funds, Inc., and Service Employees International Union.

Mr. Eisenhofer is consistently ranked as a leading securities and corporate governance litigator and he has been named by Lawdragon to its annual list of the top 500 lawyers in America for several consecutive years. He is also recognized by Benchmark Litigation as one of the Top 100 Trial Lawyers. *The National Law Journal* has selected Grant & Eisenhofer to its "Plaintiffs' Hot List" as one of the top plaintiffs' law firms in the country since the List's inception, earning the firm a place in *The National Law Journal's* "Plaintiffs' Hot List Hall Of Fame" in 2008, as well as to its list of "Elite Trial Lawyers: The 50 Leading Plaintiffs Firms in America" since commencement of the list. The firm has been selected as a "Most Feared Plaintiffs Firm" by *Law360* as "one of the most high-profile shareholder and whistleblower advocates in the country, securing record-high cash settlements." *U.S. News & World Report* has also repeatedly named Grant & Eisenhofer to its list of "Best Law Firms" in the fields of Securities Litigation, Commercial Litigation, and Corporate Law. Mr. Eisenhofer is rated AV by Martindale-Hubbell.

Mr. Eisenhofer has written and lectured widely on securities fraud and insurance coverage litigation, business and employment torts, directors' and officers' liability coverage, and the Delaware law of shareholder rights and directorial responsibilities. Among the publications he has authored: "The Shareholders Activism Handbook" Aspen Publishers; "Proxy Access Takes Center Stage – The Second Circuit's Decision in *AFSCME Employees Pension Plan v. American International Group, Inc.*" *Bloomberg Law Reports*, Vol. 1, No. 5; "Investor Litigation in the

 Grant & Eisenhofer

U.S. - The System is Working" *Securities Reform Act Litigation Reporter*, Vol. 22, #5; "*In re Walt Disney Co. Deriv. Litig.* and the Duty of Good Faith Under Delaware Corporate Law" *Bank & Corporate Governance Law Reporter*, Vol. 37, #1; "Institutional Investors As Trend-Setters In Post-PSLRA Securities Litigation" *Practising Law Institute*; "*In re Cox Communications, Inc.*: A Suggested Step in the Wrong Direction," *Bank and Corporate Governance Law Reporter,* Vol. 35, #1; "Does Corporate Governance Matter to Investment Returns?" *Corporate Accountability Report*, Vol. 3, No. 37; "Loss Causation in Light of Dura: Who is Getting it Wrong?" *Securities Reform Act Litigation Reporter*, Vol. 20, #1; "Giving Substance to the Right to Vote: An Initiative to Amend Delaware Law to Require a Majority Vote in Director Elections," *Corporate Governance Advisor*, Vol. 13, #1; "An Invaluable Tool in Corporate Reform: Pension Fund Leadership Improves Securities Litigation Process," *Pensions & Investments*; and "Securities Fraud, Stock Price Valuation, and Loss Causation: Toward a Corporate Finance-Based Theory of Loss Causation," *Business Lawyer*. Mr. Eisenhofer has also authored a number of articles on illiquid and rogue hedge funds, including "Time for Hedge Funds to Become Accountable to Fiduciary Investors," *Pensions & Investments*; and "Hedge Funds of the Living Dead," *New York Times Dealbook*.

Mr. Eisenhofer serves as a member of the NYU Law School Advisory Board for the Center on Civil Justice. He is a graduate of the University of Pittsburgh, and a 1986 *magna cum laude* graduate of Villanova University School of Law, Order of the Coif. He was a law clerk to the Honorable Vincent A. Cirillo, President Judge of the Pennsylvania Superior Court and thereafter joined the Wilmington office of Skadden Arps Slate Meagher & Flom. Mr. Eisenhofer was a partner in the Wilmington office of Blank Rome Comisky & McCauley until forming Grant & Eisenhofer P.A. in 1997.

**Abe Alexander**

Abe Alexander is a principal at Grant & Eisenhofer, where he focuses on securities fraud litigation.

Prior to joining G&E, as a principal member of the trial team prosecuting *In re Merck Vioxx Securities Litigation,* Mr. Alexander helped recover over $1.06 billion on behalf of injured investors. The case, which asserted claims arising out of the Defendants' alleged misrepresentations concerning the safety profile of Merck's pain-killer, VIOXX, was settled shortly before trial and after more than 10 years of litigation, during which time plaintiffs achieved a unanimous and groundbreaking victory for investors at the U.S. Supreme Court. The settlement is the largest securities recovery ever achieved against a pharmaceutical company.

Mr. Alexander was a principal member of the trial team that prosecuted *In re Schering-Plough Corp./ENHANCE Securities Litigation* and *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,* which settled on the eve of trial for a combined $688 million. This $688 million settlement represents the second largest securities class action recovery against a pharmaceutical company in history.

He has obtained several additional significant recoveries on behalf of investors in pharmaceutical and life sciences companies, including:



Grant & Eisenhofer

- a $142 million recovery in *Medina v. Clovis Oncology, Inc.,* a securities fraud class action arising from Defendants' alleged misstatements about the efficacy and safety of its most important drug;
- a $77.5 million recovery in *In re Myriad Genetics, Inc. Securities Litigation,* a case arising from alleged misstatements concerning genetic testing products;
- a $55 million recovery in *In re HeartWare International, Inc. Securities Litigation,* a case arising from Defendants' alleged misstatements about the device-maker's compliance with FDA regulations and the performance of its key heart pump;
- a $44 million recovery in *In re Adeptus Health Inc. Securities Litigation,* a case arising from alleged misstatements concerning the liquidity and cash flow of the country's largest operator of freestanding emergency rooms; and
- a $39 million recovery in *In re BioMarin Pharmaceutical Inc. Securities Litigation,* a case arising from alleged misstatements concerning FDA review of a biologic.

Mr. Alexander secured a $450 million recovery in *In re Kraft Heinz Securities Litigation,* a case arising from alleged misstatements concerning the sustainability of Kraft Heinz's cost-cutting measures and its brand investment and operations. Mr. Alexander secured a $149 million recovery on behalf of investors in Equifax, Inc., helping to lead a securities class action arising from one of the largest data breaches in American history. He also played a lead role in securing a $150 million settlement of investors' claims against JPMorgan Chase arising from alleged misrepresentations concerning the trading activities of the so-called "London Whale." Mr. Alexander additionally secured a $95 million recovery on behalf of investors in Cognizant Technology Solutions dealing with alleged false statements and illegal payments to Indian governmental officials to secure favorable permits.

Mr. Alexander was named to the 2022 list of "Rising Stars of the Plaintiff's Bar" by the *National Law Journal,* recognized in the 2021 list of "Risings Stars" by *Law360,* and chosen by *Benchmark Litigation* for its "40 & Under Hot List." *Super Lawyers* has also regularly selected Mr. Alexander to its list of New York "Rising Stars" in recognition of his accomplishments.

Prior to joining G&E,  Mr. Alexander was a partner at a New York firm representing institutional investors in securities and corporate governance litigation

Mr. Alexander served as a judicial clerk to Chief Justice Michael L. Bender of the Colorado Supreme Court. He earned his J.D. from University of Colorado Law School, and his B.A. from New York University in Analytic Philosophy.

**Jeff A. Almeida**

Jeff Almeida is a principal at Grant & Eisenhofer practicing in the areas of Delaware corporate litigation and both domestic and international securities litigation.

Mr. Almeida has a wide breadth of complex commercial litigation experience, with over 22 years of practice. He has primarily represented domestic and foreign institutional investors in prominent securities fraud class actions and opt-out cases, including *In re JPMorgan Chase & Co. Securities Litigation (London Whale)* (S.D.N.Y.); *In re Medtronic Securities Litigation* (D.

 Grant & Eisenhofer

Minn.); *In re Refco Inc. Securities Litigation* (S.D.N.Y.); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation* (D.N.J.); *In re Bank of America/Merrill Lynch Securities Litigation* (S.D.N.Y.); *In re Pfizer Inc. Securities Litigation* (S.D.N.Y.); *In re Global Cash Access Holdings Securities Litigation* (D. Nev.); and *In re Career Education Corp. Securities Litigation* (S.D. Ill.).  In addition, Mr. Almeida has played prominent roles in international securities cases involving RBS (U.K.), Volkswagen (Germany), and Danske Bank (Denmark).

Mr. Almeida has also been actively engaged in derivative, class, and appraisal litigation in the Delaware Court of Chancery, including the matters *In re Tyson Foods, Inc. Consolidated Shareholder Litigation*, which resulted in historic rulings clarifying the fiduciary duties of corporate directors in connection with the administration of stock option plans; *Louisiana Municipal Police Employees' Retirement System v. Crawford* (*Caremark*), a well-publicized derivative action challenging the terms of the Caremark and CVS merger that resulted in a $3.2 billion settlement; and *In re Genentech Inc. Shareholder Litigation*, where he successfully represented Genentech minority stockholders in controlling stockholder Roche's attempt to squeeze out the minority to seize full control of Genentech.

Grant & Eisenhofer currently leverages Mr. Almeida's broad experience and success in stockholder litigation to manage the firm's investigation and development of new cases.  In this role, Mr. Almeida conducts in-depth investigations into dozens of potential securities fraud claims, and other derivative and corporate governance matters, in order to develop the legal theories that support Grant & Eisenhofer's litigation efforts.

Prior to joining Grant & Eisenhofer in August 2004, Mr. Almeida was affiliated for six years as an attorney with a major Philadelphia defense firm, where he practiced in the areas of complex commercial litigation and class action defense.

Mr. Almeida is a 1994 graduate of Trinity College in Hartford, Connecticut, where he captained the varsity basketball team and achieved election to Phi Beta Kappa, and a 1997 graduate of William and Mary Law School in Williamsburg, Virginia. Mr. Almeida is admitted to practice in Delaware, Pennsylvania, and New Jersey, along with several federal courts.

**Edward J. Aucoin**

Edward Aucoin is a principal at Grant & Eisenhofer, where his primary area of practice is representing families and children in birth injury and birth trauma litigation. Prior to joining G&E, Mr. Aucoin worked at several medical negligence defense firms in the Chicago area, focusing on medical malpractice and professional liability as well as commercial litigation. He also was a senior trial attorney at a national insurance company.

Mr. Aucoin has successfully litigated hundreds of cases and has served as first and second chair trial attorney. He has handled every aspect of medical negligence cases, from pleadings and discovery to experts and trial. Mr. Aucoin has litigated birth injury cases in Illinois, Louisiana, Wisconsin, Missouri, Florida, Georgia, South Carolina, North Carolina, Texas, Mississippi, Kentucky, Maryland, New York, North Dakota, South Dakota, Arkansas, Nevada, Michigan, Ohio and Indiana.

 Grant & Eisenhofer

In 2023, Mr. Aucoin was selected as one of the "Top 100 - Civil Plaintiff" by the National Trial Lawyers for the second year in a row. Mr. Aucoin previously served as co-chair of the American Association for Justice Medical Negligence Information Exchange Group and is currently a Co-editor of the Journal for the American Association for Justice Birth Trauma Litigation Group. He previously authored an article for that Journal, titled *Helping to Improve Your Client's Life Outside the Courtroom*, which focused on governmental and private programs in education, nutrition, finance, health insurance, and housing that are available to persons with disabilities.

Mr. Aucoin received his J.D. from Loyola University New Orleans School of Law and his B.A. in Broadcast Journalism and Political Science from Loyola University of New Orleans. He is licensed in Illinois, Louisiana and North Carolina, and is admitted to numerous Federal District Courts in the United States.

**Elizabeth A. Bailey**

Elizabeth Bailey is a principal at Grant & Eisenhofer where she focuses on complex and mass tort litigation as well as catastrophic injury litigation.

Prior to joining G&E, Ms. Bailey was a partner in the Philadelphia office of a national catastrophic personal injury law firm. Many of her clients sustained life-altering physical and/or emotional injuries from corporate negligence, defective consumer and industrial products, and workplace injuries. She has also represented student sexual assault survivors and student-survivor organizations in cases of alleged sexual discrimination, harassment, and violence on campuses.

While in college, Ms. Bailey worked summers as a member of the local United Automobile Workers Union (UAW), on the third shift in an auto parts plant. This experience provides her a unique perspective—one few lawyers have—when representing workers injured in the workplace.

In 2025, Ms. Bailey was voted in to the Board of Governors of Attorneys Information Exchange Group, a national organization dedicated to sharing information, experiences and effective litigation practices among its member attorneys to benefit clients who are the victims of dangerous and defective products. Ms. Bailey has been recognized on the Pennsylvania *Super Lawyers* Rising Stars list every year since 2017. She was also named one of the top ten female personal injury attorneys in Pennsylvania by the American Institute of Personal Injury Attorneys.

Ms. Bailey earned her LLM in trial advocacy and J.D. from Temple University James E. Beasley School of Law, and her B.S. from Penn State University. She is a member of the American Association for Justice (Vice Chair, Product Liability Section), the Pennsylvania Association for Justice, and Philadelphia Trial Lawyers.



**Michael J. Barry**

Michael Barry is a principal at Grant & Eisenhofer focusing on corporate governance and securities litigation. For over thirteen years, he has represented institutional investors in litigation relating to securities fraud, corporate fiduciary responsibilities, shareholder proposals under SEC Rule 14a-8, and corporate governance generally.  As a foremost practitioner in these areas, Mr. Barry has been significantly involved in groundbreaking class action recoveries, corporate governance reforms and shareholders rights litigation.

He has been instrumental in landmark corporate governance cases, including *AFSCME v. AIG*, which recognized shareholders' right to introduce proxy access proposals; *Bebchuk v. CA, Inc.,* which allowed shareholders to introduce proposals restricting a board's ability to enact poison pills; and *CA, Inc. v. AFSCME*, a historic decision of the Delaware Supreme Court regarding the authority of shareholders to adopt corporate bylaws. His casework includes the Genentech Shareholder Litigation, resulting in an increase of $3 billion in value for shareholders arising from a corporate merger; a $922 million settlement in the UnitedHealth Group derivative litigation, resolving one of the most egregious examples of options backdating; an $89.4 million recovery for stockholders of Del Monte Foods Co. in a case that exposed significant conflicts of interest in staple financing in corporate mergers; and a $153.75 million recovery in a derivative action on behalf of Freeport-McMoRan Corporation shareholders, which included, for the first time in derivative litigation, a provision that the entire cash portion of the recovery—$147.5 million—be distributed to shareholders in the form of a special dividend.

Mr. Barry has spoken widely on corporate governance and related matters. In addition to having served as a guest lecturer at Harvard Law School, he speaks at numerous conferences each year. Mr. Barry has authored several published writings, including the *Shareholder Activism Handbook*, a comprehensive guide for shareholders regarding their legal rights as owners of corporations, which he co-authored. In 2015, Mr. Barry was selected to the Markets Advisory Council for the Council of Institutional Investors.

Prior to joining Grant & Eisenhofer, Mr. Barry practiced at a large Philadelphia-based firm, where he defended the Supreme Court of Pennsylvania, the Pennsylvania Senate and Pennsylvania state court judges in a variety of trial and appellate matters. He is a 1990 graduate of Carnegie Mellon University and graduated *summa cum laude* in 1993 from the University of Pittsburgh School of Law, where he was an Executive Editor of the *University of Pittsburgh Law Review* and a member of the Order of the Coif.

**Robert G. Eisler**

Robert Eisler is a principal at Grant & Eisenhofer and leads the firm's antitrust practice. Mr. Eisler has been involved in many significant antitrust class action cases over the course of his career. He is experienced in numerous industries, including pharmaceuticals, paper products, construction materials, industrial chemicals, processed foods, securities, and consumer goods.

Mr. Eisler is currently serving as co-lead counsel in several cases, *including In re Seroquel Antitrust Litigation*, *In re London Silver Fixing, Ltd. Antitrust Litigation* and *In re Keurig Green*



Grant & Eisenhofer

8

*Mountain Single-Serve Coffee Antitrust Litigation*. He has served as lead or co-lead counsel in many other significant antitrust cases, including *In re Buspirone Antitrust Litigation* (which led to a $90 million settlement in which presiding Judge Koeltl stated that the plaintiffs' attorneys had done "a stupendous job"), *In re Ciprofloxacin Hydrochloride Antitrust Litigation*, *In re Flat Glass Antitrust Litigation*, and *In re Municipal Derivatives Antitrust Litigation*.

Mr. Eisler has played major roles in a number of other significant antitrust cases, including *In re Polyurethane Foam Antitrust Litigation*, *In re Blue Cross/Blue Shield Antitrust Litigation*, *In re Containerboard Antitrust Litigation* and *In re Linerboard Antitrust Litigation*.  He also has significant experience litigating antitrust matters in the UK and the Netherlands including cases concerning cartels in a number of industries, such as air cargo services, air passenger services, automotive glass, medium and heavy trucks and pharmaceuticals, among others.

In addition to his antitrust work, Mr. Eisler has extensive experience in securities, derivative, complex commercial and class action litigation at the trial and appellate levels. He has been involved in numerous securities and derivative litigation matters on behalf of public pension funds, municipalities, mutual fund companies and individual investors in state and federal courts.

Mr. Eisler graduated from LaSalle University in 1986, and in 1989, from Villanova University School of Law.

**Karin E. Fisch**

Karin Fisch is a Principal at Grant & Eisenhofer, and has over 30 years of litigation experience. Prior to joining G&E, Ms. Fisch was a partner at the New York office of a national law firm where she focused on complex class action litigation, including securities, antitrust, ERISA and employment matters. Ms. Fisch also has significant experience representing individuals and funds, both domestic and foreign, seeking to recover investment losses.

Ms. Fisch earned her J.D. from Fordham University School of Law and received her undergraduate degree from Cornell University.

**Adam J. Gomez**

Adam Gomez is a principal at Grant & Eisenhofer where he focuses on complex class action and mass tort litigation, as well as environmental litigation. Prior to joining G&E, Mr. Gomez was an associate at a national defense litigation firm where he defended clients in catastrophic personal injury, products liability, professional liability, and civil rights litigation.

Mr. Gomez currently serves as the Chair of Discovery in the *In re East Palestine Train Derailment* litigation, which resulted in a record-setting $600 million settlement arising out of the derailment of Norfolk Southern Train 32N in East Palestine, Ohio, on February 3, 2023.  In addition to leading discovery in that matter, Mr. Gomez also served as part of the settlement negotiation team and was primarily responsible for the administration and distribution of settlement funds to the Class.

 Grant & Eisenhofer

9

Mr. Gomez is the Chair of the Discovery Committee and Co-Lead Trial Counsel in the *Gilead Tenofovir* Cases, California Judicial Council Coordinated Proceeding (JCCP) No. 5043, representing members of the HIV community injured by Gilead Sciences, Inc.'s negligent design of tenofovir-based antiretroviral medications. He was also appointed to the Plaintiffs' Steering Committee in *In re: Depo-Provera Products Liability Litigation* (MDL 3140), representing women who developed brain tumors after using the injectable birth control Depo-Provera.  Mr. Gomez also actively serves as Co-Liaison Counsel in the *Mead Johnson Products Cases*, California Judicial Council Coordinated Proceeding (JCCP) No. 5257, relating to injuries suffered by pre-term infants as a result of ingesting defective baby formula products.

In the past, Mr. Gomez served as Chair of the Insurance Committee and a member of the settlement negotiation team representing residents and businesses harmed by the catastrophic gas explosions in Merrimack Valley of Massachusetts caused by the negligence of Columbia Gas and NiSource, which resulted in an historic $143 million settlement. Mr. Gomez has represented victims of the Paradise, California Camp Fire—the deadliest in the state's history—where plaintiffs allege that fires were sparked by aging, unsafe electrical infrastructure maintained by Pacific Gas & Electric.

Mr. Gomez earned his J.D. from Temple University James E. Beasley School of Law in 2013, where he was a Beasley Scholar and received awards for excellence in Constitutional Law and Outstanding Oral Advocacy in the Integrated Trial Advocacy Program. He received his B.A. in Government from Wesleyan University in 2010 where he served as Chair of the Student Judicial Board and President of Delta Kappa Epsilon.

Mr. Gomez is a member of the American Association for Justice where he serves on the Legal Affairs Committee, Hispanic Bar Association of Pennsylvania and Philadelphia Trial Lawyers Association.  He was selected for inclusion in the 2018 list of "Rising Stars" in Pennsylvania *Super Lawyers*. Mr. Gomez was also selected to the Lawdragon 500 Leading Plaintiff Consumers Lawyers Guide for the past four years. . He was recognized on the list of *Best Lawyers: Ones to Watch® in America* for 2026 in the area of Environmental Litigation.

**Elizabeth (Beth) Graham**

Elizabeth ("Beth") Graham is a principal at Grant & Eisenhofer. She leads the firm's complex and mass tort litigation practice and serves as a member of the firm's Executive Committee. Ms. Graham has spent most of her career as a plaintiffs' lawyer advocating for the rights of individuals, families and small businesses harmed by large corporations.

Ms. Graham's expertise spans the practice areas of mass tort, consumer fraud, product liability, environmental, business torts, and sexual assault and retaliation claims. She has served as Lead Counsel in multi-million dollar cases, has acted as a member of various Plaintiffs' Executive Committees in complex actions, and has prior experience as national defense coordination counsel in product liability and environmental litigation.

Ms. Graham is actively representing thousands of injured victims in various cases against corporations, including pharmaceutical companies, medical device manufacturers, public utility


Grant & Eisenhofer

10

and tech companies. As lead class counsel, Ms. Graham reached a $600 million settlement in the *In re East Palestine Train Derailment* cases on behalf of individuals harmed by the Norfolk Southern train derailment and explosion in East Palestine, Ohio, which released a cloud of toxic vinyl chloride into the surrounding area. The settlement, which has received preliminary approval from the Court, provides for payment to residents and businesses in East Palestine and the affected surrounding communities.

Ms. Graham is Liaison Counsel, a member of the Executive Committee, Chair of the Law & Briefing Committee, and was a lead negotiator in the *In re Essure Product Cases* (JCCP 4887) settlement, which provided $1.6 billion in overall compensation to injured women. She was also Co-Lead class counsel in the *In re Columbia Gas Explosion Cases* (Mass. Sup. Ct.) where she was a principal negotiator of the recent $143 million class action settlement.

Ms. Graham also currently serves in leadership as Liaison Counsel in California's *Gilead Tenofovir Cases and Coordinated Actions,* JCCP No. 5043, representing thousands of people harmed by certain HIV drugs manufactured by California biotech giant Gilead Sciences.  Ms. Graham is a PSC member in *In re Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation* (MDL No. 2775), where she was also appointed to the Settlement Committee by the court.  She served as Co-Lead on the Plaintiffs' Executive Committee and as Chair of the Law & Briefing Committee in *In re Zofran (Ondansetron) Products Liability Litigation* (MDL No. 2657). She also previously has served on the Plaintiffs' Steering Committee in *In re Power Morcellator Products Liability Litigation* (MDL No. 2652); as a member of the Plaintiffs' Steering Committee in *In re Stryker LFIT V40 Femoral Head Products Liability Litigation* (MDL No. 2768); and as co-chair of the Law & Briefing Committee for *In re Xarelto Products Liability Litigation* (MDL No. 2592). Additionally, Ms. Graham represents victims of the Paradise, California Wildfires (2018), victims of sexual assault, and families suffering as a result of environmental contamination and disasters.

Ms. Graham additionally represents a former female executive of dating app Tinder in her sexual assault and retaliation claims, including litigation of forced arbitration provisions.

Prior to joining G&E, Ms. Graham served on the Plaintiffs' Executive Committee and represented victims in the *In re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation* (California JCCP No. 4165). She has served as Lead Counsel on the Plaintiffs' Executive Committee in high profile class actions such as *Borman Automotive v. American Honda Motor Corp.* (MDL No. 1069), which resulted in a $435 million settlement; and litigation against Chrysler based on its Minivan Doorlatch failures and ABS brake defects. She has also represented hundreds of families injured by environmental contaminants, including radon, arsenic and rocket fuel, resulting in confidential settlements in excess of $25 million. Ms. Graham also has vast experience as a consultant to other mass tort firms that seek her advice in structuring their cases.

Ms. Graham is an accomplished speaker, often presenting at educational programs sponsored by the American Association for Justice (AAJ); Mass Torts Made Perfect; Harris Martin; and Masters of Mass Tort. Additionally, Ms. Graham is Co-Chair of the AAJ Zofran Litigation Group, and is a member of AAJ's Publications Committee. She is the author of "Navigating

 Grant & Eisenhofer

11

Drug & Device Settlements," published in the May 2023 issue of *Trial* magazine, and co-author of "Medical Monitoring," published in the July 2018 issue of *Trial* as well as "Overcome the Clear Evidence Defense," published in *Trial*'s July 2016 issue.

Ms. Graham was named to Lawdragon's 2024 list of Lawdragon Legends, one of only 33 nationwide lawyers to be recognized for the honor that year. She has also been selected to the Lawdragon 500 Leading Plaintiff Consumers Lawyers Guide for the past six years. In 2023, Ms. Graham was granted attorney accreditation with the Department of Veterans Affairs. In 2021, Ms. Graham was named to Law360's annual "Titans of the Plaintiffs Bar." In 2018, Ms. Graham was selected to receive the Lifetime Achievement award by America's Top 100 Attorneys®.

Prior to her representation of injured individuals, Ms. Graham worked for large product liability defense firms as national defense counsel and was a partner at prominent San Francisco Bay area law firms.

**Olav A. Haazen**

Olav Haazen, PhD, is a principal at Grant & Eisenhofer. His areas of practice include cross-border securities fraud and antitrust litigation.

Mr. Haazen has significant experience representing foreign and domestic plaintiffs in a variety of antitrust and fraud actions. Notably, he successfully represented a class of Fortis investors for whom he helped negotiate a record-high $1.5 billion settlement of all investment fraud claims in the Netherlands and Belgium.  Other representations, past and present, include:

- nearly 300 institutional investors from around the world seeking recovery from Volkswagen in German court in connection with its well-publicized manipulation of emissions controls;
- a large group of Laiki and Bank of Cyprus bondholders and depositors with ICSID arbitration claims against Cyprus, whose interests were wiped as part of the 2013 Cyprus bank bail-out;
- foreign Madoff investors on fraud and negligence claims against feeder fund defendants and their auditors, custodians, and administrators;
- a French *qui tam* plaintiff in litigation arising out of the sale of Executive Life Insurance Company; and
- a large regional bakery in its successful monopolization suit against a competitor.

Mr. Haazen has also represented two classes of professional fashion models in price-fixing and consumer fraud actions, which resulted in a virtually unprecedented 100% recovery of all claimants' losses, as well as substantial injunctive relief, which Justice Ramos of the New York Supreme Court lauded as a model for legislative reform.

Prior to joining G&E, Mr. Haazen was counsel at a prominent national law firm, where he successfully represented major corporate clients and individuals in several high-profile RICO, securities, and government investigation matters and commercial disputes, including a well-known playwright against a civil forfeiture claim arising out of Kenneth Starr's "Ponzi" scheme; a utilities company in a significant contract dispute with Enron; and one of the largest franchisors



in professional sports in a $1.2 billion monopolization suit.  He has also represented several government entities and officials, including a Westchester County municipality in a $600 million lawsuit by Donald Trump's Seven Springs LLC, as well as the City and Mayor of Amsterdam, and a foreign country's former Secretary of State.

From 2010-2011, Mr. Haazen served on the American Bar Association's seven-member Standing Committee for Amicus Curiae briefs and the Third-Party Litigation Funding Study Group.  From 1996-2001, he served as a Country Reporter for the Netherlands for the European Restatement of Torts, and recently as a Netherlands Reporter to the 17th International Congress of Comparative Law. Mr. Haazen is a former professor of civil procedure and cross-border litigation at Leiden University in the Netherlands, and also previously taught at Harvard, Stanford, and Oxford.  He has written several books and over 40 articles and case notes. He is admitted as solicitor in England and Wales, and as arbitrator at the Netherlands Arbitration Institute and at the Center for Dispute Resolution (CEDIRES) in Belgium.

**Barbara Hart**

Barbara Hart is a principal at Grant & Eisenhofer and serves on the firm's Executive Committee. Ms. Hart has nearly three decades of experience as a leader in plaintiffs' litigation. She has represented institutional investors, including many public pension funds, in securities and antitrust litigation and served as lead counsel in 4 of the top 100 securities class action settlements. Ms. Hart has also achieved substantive antitrust and False Claims Act/*Qui Tam* settlements on behalf of her clients.

In addition, Ms. Hart currently represents approximately 45 adult survivors of sexual abuse who are bringing claims against the Roman Catholic Archdiocese of New York, Maryknoll, Rockefeller University Hospital and the Boy Scouts of America. Ms. Hart is pioneering these claims in light of a change in New York law known as The Child Victims Act.

Prior to joining G&E, Ms. Hart was President and CEO of a firm focusing on securities and antitrust litigation, and before that, she spent 17 years representing plaintiffs at the New York office of a complex financial litigation firm. Notably, Ms. Hart obtained a $219 million recovery for investors, including New York trade unions, who fell victim to the Madoff Ponzi scheme. Judge McMahon praised the "unprecedented global settlement" and recognized that Ms. Hart "carried the laboring oar." Judge McMahon continued: "Your clients – all of them – have been well served . . . rarely has there been a more transparent settlement negotiation. It could serve as a prototype."

Other representative casework includes a $457 million securities recovery serving the Office of the Treasurer of the State of Connecticut as lead plaintiff; a $285 million settlement in the El Paso securities litigation; a $169 million settlement in securities class litigation against Juniper Networks involving options backdating; a $53 million securities class action settlement on behalf of shareholders of Community Health Systems Inc.; and a $22.4 million settlement on behalf of a whistleblower who alleged false Medicaid billing, among many others.  Ms. Hart is also co-lead counsel in an antitrust class action representing a putative end-user class of indirect purchasers



Grant & Eisenhofer                                                13

claiming that the county's major chemical manufacturers schemed to inflate the price of caustic soda.

Ms. Hart is a member of Thirty Percent Coalition, a group representing many trillions of dollars of assets under management advocating for diversity on corporate boards. In March 2020, Ms. Hart received the EPIQ award for the Coalition's advocacy for the advancement of women. Ms. Hart also currently serves, at the behest of the Westchester County Executive, on the Police Reform & Reinvention Task Force preparing a report due to the State of New York. She additionally serves as a director on the Westchester Medical Center Foundation Board.

Widely-spoken and published on various topics in securities and antitrust law, Ms. Hart also co-edited the "New York Antitrust and Consumer Protection Law" handbook. She is a Member of the New York State Bar Antitrust Executive Committee as to which she served as the 2014 Section Chair. Ms. Hart has also successfully represented institutional investor clients as *amici curiae* on various matters, including on New York's Martin Act.

Ms. Hart was selected to the Lawdragon 500 Leading Plaintiff Consumers Lawyers Guide for the last four years. She was also selected to the 2023, 2024 and 2025 Lawdragon 500 Leading Civil Rights & Plaintiff Employment Lawyers guide and the 2024 and 2025 Lawdragon 500 Leading Plaintiff Financial Lawyers Guide for Securities & Commercial Litigation. She was selected for inclusion to the list of New York *Super Lawyers* for thirteen years. She received her undergraduate degree from Vanderbilt University, her M.A. from University of North Carolina at Chapel Hill, and her J.D. from Fordham University School of Law where she was on the Dean's List and a member of the *Fordham Law Review*.

**Steven J. Kelly**

Steve Kelly is a principal at Grant & Eisenhofer who, over the past two decades, has developed a national reputation for effectively litigating and advocating on behalf of crime victims/survivors – children and adults – including those targeted by serial sexual predators.  He is widely considered by his peers as a pioneer for survivors in their civil claims for justice and also serving (*pro bono*) as their personal counsel/advocate throughout their perpetrator's criminal prosecution. Mr. Kelly's early work in this unique area of practice was instrumental in the formation of the National Crime Victim Law Institute. Prior to joining G&E, Mr. Kelly was a Partner for several years in the Baltimore office of a leading national law firm; there he founded and successfully led the firm's innovative Criminal/Sexual Violence Group.

Passionate about his work, Mr. Kelly's lifelong commitment to crime prevention, victims' rights, and justice for survivors is rooted in his own tragic personal family experience; his sister was raped and murdered when he was a teenager and the perpetrator was never charged. Mr. Kelly's

wide-ranging, often high-profile and highly-impactful outcomes on behalf of survivors/victims, includes:

- A $14 million landmark Title IX settlement against Dartmouth College on behalf of students who were sexually assaulted and/or harassed by a group of professors; besides


Grant & Eisenhofer

14

monetary compensation, the agreement required Dartmouth implement new measures to protect students.

- A $14.25 million settlement for survivors of Rabbi Bernard 'Barry' Freundel, the disgraced former Kesher Israel Synagogue (Washington, D.C.) leader who was convicted of illicitly photographing women they prepared for their religious conversion in his temple's ritual bath.
- Overturning the exoneration of convicted Maryland murderer Adnan Syed, the focus of the Serial Podcast, on behalf of his victim's family who were given no opportunity to participate in the criminal proceedings.
- Leading the first mass action filing under the federal child pornography statute, Masha's Law, against more than 150 perpetrators who possessed, viewed, and distributed images of two very young girls being sexually abused by adult men
- Reaching a confidential settlement on behalf of a former student and resident at the prestigious St. Paul's (boarding) School, who was raped by a fellow student as part of a sex competition of which the school was aware
- Litigating on behalf of a group of families against the Glen Mar Early Learning Center, whose staff member sexually molested students under the age of five
- Achieving a confidential settlement on behalf of a student at a prestigious school who was sexually abused by the school's dean of students
- Negotiating to obtain a substantial settlement for a victim who was sexually abused while incarcerated in a juvenile facility
- Negotiating a confidential settlement on behalf of a middle school student who was sexually abused by her teacher at a DC Charter School
- Successfully arguing in the Connecticut Supreme Court on behalf of a missing - and presumed murdered - victim's family who was sued by the criminal suspect for posting missing person's posters. The court overturned the trial court's verdict against the family on First Amendment Grounds in a case with great significance groups devoted to finding missing persons
- Successfully litigating on behalf of survivors in criminal cases across the country including cases in the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Maryland Court of Appeals

Mr. Kelly has been lauded for his outstanding leadership, from courthouses to state houses, by peers, government officials, agencies and survivors advocacy organizations. The National Crime Victim Law Institute, American Bar Association, Network for Victim Recovery Center (NVRDC), Baltimore Child Abuse Center, Maryland Crime Victim's Resource Center, and the Maryland Office of the Governor, are among those recognizing his myriad accomplishments. He has also been selected among Maryland Super Lawyers every year since 2003, and is a 2022 selection in the Lawdragon 500 Leading Plaintiff Employment & Civil Rights Lawyers.

Mr. Kelly has authored/co-authored articles that appear in: American Bar Association publications on representing child-victims and its guide on prosecutorial discretion; U.S. Justice Department Guidelines for representing victims of crime; U.S. Military training protocols for special victims' counsel; National Crime Victim Bar Association; National Institute of Justice and numerous state and local organizations. Mr. Kelly has presented at state and national conferences on crime victim rights in the criminal process, civil claims arising out of


Grant & Eisenhofer

15

criminal acts, representing child-victims, criminal restitution, trauma-informed advocacy, and insurance coverage issues common in criminal/sexual violence cases.

He serves as the Chair of the Maryland State Board of Victim Services (appointed by Maryland Governor), is a member of the Conference of the U.S. Court of Appeals for the Fourth Circuit, the Advisory Board for the National Crime Victim Law Institute, the American Bar Association Victim Committee, the National Alliance for Crime Victim Rights Attorneys ("NAVRA"), National Crime Victim Bar Association, Maryland Association of Justice, Federal Bar Association, Maryland Bar Association and the Maryland Association for Justice.

Mr. Kelly earned his J.D. from Georgetown University Law Center in 2003, where he served on the *Journal of Law and Public Policy* and was recognized for his advocacy on behalf of victims by the Domestic Violence Clinic; and his B.A. from American University in 1997.

**Christine M. Mackintosh**

Christine Mackintosh is a principal at Grant & Eisenhofer, practicing in the areas of corporate and securities litigation. She has represented institutional investors, both public and private, in corporate cases in the Delaware Court of Chancery and in securities fraud class actions in federal courts throughout the country.

Ms. Mackintosh's practice primarily focuses on litigation in the Delaware Court of Chancery, where she has played significant roles in several landmark actions challenging mergers and acquisitions (including *In re Del Monte Foods Company Shareholder Litigation*, which resulted in an $89.4 million recovery for the class, and *In re El Paso Corporation Shareholder Litigation*, which resulted in a $110 million recovery for the class) and in several successful shareholder derivative actions (including *In re American International Group, Inc. Consolidated Derivative Litigation*, which resulted in a $90 million recovery, one of the largest recoveries in a shareholder derivative action in the history of the Delaware Court of Chancery). Ms. Mackintosh's litigation successes include securing a $300 million settlement of a derivative action brought on behalf of Renren, Inc. relating to a spin-off transaction orchestrated by Renren's controlling stockholder, Joseph Chen, which is the largest-ever direct cash payment in a shareholder derivative action; a $175 million settlement of a derivative action brought on behalf of McKesson Corporation relating to the company's failure to adequately oversee its sales of opioid drugs in an action in the United States District Court for the Northern District of California; a $167.5 million settlement of a derivative and class action in *In re CBS Corporation Stockholder Class Action and Derivative Litigation* challenging CBS Corporation's acquisition of Viacom, Inc.; a $60 million partial settlement of a derivative and class action challenging the acquisition of SolarCity Corporation by Tesla Motors, Inc.; and a $48.5 million settlement of a class action in *In re MSG Networks, Inc. Stockholders Class Action Litigation* challenging Madison Square Garden Entertainment Corporation's acquisition of MSG Networks, Inc.

Ms. Mackintosh has extensive experience trying cases before the Court of Chancery.  In 2021, Ms. Mackintosh secured an injunction of an unduly restrictive poison pill in the highly publicized *The Williams Companies Stockholder Litigation* and was a leading member of trial teams in *In re BGC Partners, Inc. Derivative Litigation*, *Dieckman v. Regency Group LP*, and *In*

 Grant & Eisenhofer

16

*re Tesla Motors, Inc, Stockholder Litigation*.   Ms. Mackintosh has also tried a number of appraisal cases, including *In re Appraisal of Dell, Inc*., *In re Appraisal of Solera Holdings, Inc.*, and *Veration Partners Master Fund Ltd. v. Aruba Networks, Inc*. Following a closely watched Delaware Supreme Court argument in the *Aruba* appraisal, Ms. Mackintosh obtained a reversal of the Chancery Court's decision that Aruba's fair value equaled its unaffected stock price.

Outside of the United States, Ms. Mackintosh recently represented a number of institutional investors pursuing their appraisal rights against Nord Anglia Education in the Grand Court of the Cayman Islands; following a three-week trial, the Grand Court of the Cayman Islands, Financial Services Division ruled in favor of G&E's client, finding that Nord Anglia's fair value was nearly 16% higher than the deal price.  Ms. Mackintosh is currently representing institutional investors pursuing appraisal rights against 58.com in the Grand Court of the Cayman Islands.

In addition to her Chancery Court practice, Ms. Mackintosh has played a significant role in a number of securities fraud class actions that have achieved substantial recoveries for classes of investors, including *In re JP Morgan Chase & Co. Securities Litigation* ($150 million recovery), *In re Refco Securities Litigation* ($400 million recovery), and *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation* ($215 million recovery), and on behalf of individual and institutional investors who have opted out of class actions to pursue individual suits, including representation of investors who opted out of *In re Bank of America Corporation Securities, Derivative & ERISA Litigation*. Outside of the United States, Ms. Mackintosh was a member of the team that secured the historic $450 million pan-European settlement in the *Royal Dutch Shell* case in the Netherlands and the $1 billion settlement in the *Royal Bank of Scotland* case in the United Kingdom. She is currently representing institutional investors in connection with litigation against Volkswagen AG in Germany.

In 2022, Ms. Mackintosh was named to the list of Elite Women of the Plaintiffs' Bar by *The National Law Journal*—one of only 15 women who received this honor. She was also highly ranked by Chambers & Partners in the Delaware Chancery: Mainly Plaintiff category.  Ms. Mackintosh is a member of the Advisory Board of the John L. Weinberg Center for Corporate Governance.

A *magna cum laude* graduate of St. Joseph's University, Ms. Mackintosh earned her law degree at the University of Pennsylvania Law School.  She is the co-author of two articles published by the Practising Law Institute's *Corporate Law & Practice Course Handbook Series.* "Ethical Issues and Their Impact on Securities Litigation," published in September-October, 2003, was co-authored with Marc J. Sonnenfeld, Viveca D. Parker and Marisel Acosta. "Lessons From Sarbanes-Oxley: The Importance of Independence In Internal Corporate Investigations," published in July, 2003, was co-authored with Alfred J. Lechner, Jr.

### Kyle J. McGee

Kyle McGee is a principal at Grant & Eisenhofer. Mr. McGee is the head of G&E's Environmental Litigation Group, focusing on sovereign and public entity representation. Mr. McGee also regularly represents state and municipal clients in consumer protection matters, as well as relators or whistleblowers in *qui tam* litigation. In addition to environmental litigation,



Mr. McGee partners with state Attorneys General and municipalities pursuing consumer protection actions against manufacturers of dangerous products, including pharmaceuticals.

Mr. McGee currently serves as special counsel to several state Attorneys General and municipalities in actions against Monsanto Co. arising out of that company's production, marketing, and sale of toxic PCBs, which now contaminate natural resources throughout the nation, and against 3M Co., DuPont, Chemours, and other manufacturers of toxic PFAS chemicals and products containing PFAS, which now contaminate groundwater, drinking water, and other public resources. Mr. McGee also represents state agencies in hazardous site litigation arising out of historic disposal practices and emissions of contaminants such as lead and arsenic. Mr. McGee was named to the Environmental Trial Lawyers Association Top 10 for Delaware, and serves on the Executive Committee for the ETLA.

Mr. McGee also represents numerous relators in confidential whistleblower actions under the federal and various state False Claims Acts, pursuing misconduct in diverse fields including medical and mental healthcare, residential mortgage lending, defense contracting, retail, and finance, as well as the whistleblower programs managed by the Securities & Exchange Commission and Commodity Futures Trading Commission.

Representative actions in which Mr. McGee played a principal role include:
- *State of New Mexico v. Monsanto Co.* (1st Jud. Dist.), an environmental protection action on behalf of New Mexico against Monsanto for damages resulting from PCB contamination of state waters and other natural resources, resulting in a $23.6 million recovery.
- *District of Columbia v. Monsanto Co., et al.* (D.C. Super.), an environmental protection action on behalf of the D.C. government against Monsanto for damages resulting from PCB contamination of major waterways and other natural resources, resulting in a $52 million recovery.
- *State of Mississippi ex rel. Jim Hood, Attorney General v. GlaxoSmithKline LLC* (Miss. Ch.), a consumer protection action on behalf of Mississippi against pharmaceutical company GSK for allegedly unfair and deceptive marketing practices, resulting in a $25 million recovery.
- *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation* (D.N.J.), a major securities fraud action against pharmaceutical industry titan Merck & Co., Inc. that settled for $215 million, jointly prosecuted with a related action, *In re Schering-Plough Corp. ENHANCE Securities Litigation* (D.N.J.), resulting in a $688 million total recovery—together, the largest securities class action recovery against a pharmaceutical company at the time, and among the top securities settlements with any issuer.
- *In re JP Morgan Chase & Co. Securities Litigation* (S.D.N.Y.), a securities fraud action against investment bank JP Morgan and its leadership arising out of the "London Whale" scandal, resulting in a $150 million settlement.
- *Champs Sports Bar & Grill Co. v. Mercury Payment Systems, LLC, et al.* (N.D. Ga.), a class action on behalf of small merchants against card processing companies Mercury Payment Systems and Global Payments Direct, which resulted in a settlement worth over $70 million.



18

- *In re MyFord Touch Consumer Litigation* (N.D. Cal.), a consumer class action on behalf of owners of Ford vehicles equipped with allegedly defective infotainment units, which resulted in monetary and other relief valued at over $33 million.
- *T.S. Kao, Inc. v. North American Bancard, LLC, et al.* (N.D. Ga.), a class action on behalf of small merchants against card processing companies North American Bancard and Global Payments Direct, which resulted in a settlement worth $15 million.
- *Des Roches, et al. v. Blue Shield of California, Inc., et al.* (N.D. Cal.), an ERISA class action brought by three parents of minors denied coverage for mental health and/or substance use disorder treatment by Blue Shield of California and its mental health services administrator, Human Affairs International of California (a subsidiary of Magellan Health, Inc.), based on allegedly faulty criteria, which resulted in the defendants' inability to resume use of the challenged criteria and other significant injunctive relief, as well as a $7 million fund for payment of allegedly improperly denied claims.
- *In re New Oriental Education & Technology Group Securities Litigation* (S.D.N.Y.), a securities fraud action against China-based New Oriental Education & Technology Group relating to alleged accounting manipulations, which settled for $4.5 million.
- *In re Miller Energy Resources, Inc. Securities Litigation* (E.D. Tenn.), a securities fraud action against oil and gas firm Miller Energy regarding alleged accounting manipulations, which settled for approximately $3 million.
- *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* (N.D. Cal.), a consumer class action against Volkswagen, Audi, Porsche, and Robert Bosch LLC, arising out of the "Dieselgate" scandal, which resulted in an unprecedented vehicle buyback program and other relief valued at approximately $15 billion.
- *British Coal Staff Superannuation Scheme, et al. v. American International Group, Inc.* (S.D.N.Y.), a securities fraud action brought by a number of public pension and retirement funds and other institutional investors against AIG in relation to its alleged concealment of toxic assets during the 2008 financial crisis, which resulted in a substantial investor recovery.
- *Stichting Pensioenfonds ABP, et al. v. Merck & Co., Inc., et al.* (D.N.J.), a securities fraud action brought by a number of public pension and retirement funds and other institutional investors against Merck & Co., Inc., and its former leadership, in relation to the company's allegedly false statements concerning Vioxx, which resulted in a substantial investor recovery.

Mr. McGee earned a postgraduate research degree, with honors, in the history and philosophy of law from the University of Edinburgh. In 2009, he received his J.D., *cum laude*, from Villanova University, where he was a Dean's Merit scholar. In 2005, he received a B.A. in philosophy as well as media technologies from the University of Scranton.

**Samantha R. Mertz**

Samantha Mertz is a principal at Grant & Eisenhofer, where her primary area of practice is complex and mass tort litigation. She handles all phases of mass tort and personal injury litigation from commencement through trial.

 Grant & Eisenhofer

Ms. Mertz has focused much of her practice on manufacturers of pharmaceuticals and medical devices that have harmed women and children, including Risperdal, Zofran, Transvaginal Mesh, and Essure, and represents victims of the PG&E Camp Wildfire. She is adept at caring for clients who are at their most vulnerable. Ms. Mertz serves on the Law and Briefing Committee for the Plaintiffs' Steering Committee in the Gilead Tenofovir Cases, California Judicial Council Coordinated Proceeding (JCCP) No. 5043, and served on the Law and Briefing Committee and Discovery Committee for the Plaintiffs' Steering Committee in the Essure Cases, California Judicial Council Coordinated Proceeding (JCCP) No. 4887.

Ms. Mertz served as the mass tort law clerk for the Complex Litigation Center under the Honorable Judge Arnold New and the Honorable Judge Sandra Mazer Moss for the First Judicial District of Pennsylvania from 2010-2013. Prior to joining G&E, Ms. Mertz worked at a Philadelphia law firm as a pharmaceutical mass tort litigation attorney, and was selected for inclusion in the Pennsylvania *Super Lawyers* "Rising Star" list for 2014 and 2015.  Ms. Mertz earned her J.D. from Temple University Beasley School of Law in 2010 where she received awards for excellence in Constitutional Law and Outstanding Oral Advocacy in the Integrated Trial Advocacy Program and the Crossen Award at graduation.

Ms. Mertz is a member of and serves on the Executive Committee for the Louis D. Brandeis Law Society.

**Rebecca A. Musarra**

Rebecca Musarra **i**s a principal at Grant & Eisenhofer. Ms. Musarra's practice focuses on corporate governance, securities, and consumer protection litigation, and other complex class actions.

Ms. Musarra has helped achieve significant recoveries for investors and consumers. In Delaware's Court of Chancery, Ms. Musarra represented institutional plaintiffs in achieving a $167.5 million settlement in *In re CBS Stockholders Litigation*, one of the largest derivative litigation recoveries in Chancery Court history.  She has helped advance and settle a number of other class action and derivative cases in Chancery Court, including *Morris v. Spectra Energy Partners (DE) GP, LP*, and *Sommers v. Lawal et al.*  Ms. Musarra's practice has also included appraisal actions in Chancery Court, including as a member of the trial team in *In re Appraisal of Dell Inc*.  In federal court, she has litigated stockholder securities cases and class action cases on behalf of investors and consumers.  Ms. Musarra assisted the trial team in *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreements Class Action Litigation*, obtaining a jury verdict in excess of $500 million.  Ms. Musarra also pursued securities fraud claims in *In re Synchronoss Technologies, Inc. Securities Litigation*, obtaining a meaningful settlement on behalf of investors.

Ms. Musarra has litigated ERISA claims on behalf of insurance beneficiaries against health insurers with respect to coverage for mental health and substance use disorders, obtaining an important settlement for individual members.  She also played a principal role in pursuing



Grant & Eisenhofer

20

fiduciary claims against entities and individuals associated with Cantor Fitzgerald, L.P. on behalf of investors.

As part of her *pro bono* activities, Ms. Musarra represents juvenile immigrants in court and before federal agencies, and volunteers with the Medical Reserve Corps of Philadelphia and HIAS-PA.

Prior to joining G&E, Ms. Musarra worked as an appellate law clerk to the Chief Justice of the Supreme Court of the Virgin Islands in St. Thomas, Virgin Islands.

Ms. Musarra received her J.D. degree from American University Washington College of Law in 2009, where she served as a member of the *American University Law Review*, was elected to Order of the Coif, and graduated *summa cum laude*. She obtained a B.A. in international relations from the College of William and Mary in 2003. Between college and law school, Ms. Musarra served as a Peace Corps Volunteer in Chad, Central Africa.

**James S. Notis**

James Notis is a principal at Grant & Eisenhofer with over 30 years of experience representing institutional and individual investors in complex securities fraud class action and investor rights litigation.

Mr. Notis served as lead counsel and achieved groundbreaking results in many notable cases, including:

- The $300 million settlement for stockholders of Renren, Inc., representing the largest direct pay recovery of any stockholder derivative case in history and a per share recovery of roughly 158% of the market price of Renren shares.
- The $175 million settlement in the stockholder derivative action against the board of directors of McKesson Corporation for damages stemming from McKesson's failure to comply with its obligations under the Controlled Substances Act, representing the first use of stockholder derivative litigation against a pharmaceutical distributor for damages relating to the national opioid epidemic and one of the largest settlements of a Caremark board oversight claim in history.
- The $156.8 million settlement for former stockholders of BankAmerica challenging statements falsely characterizing the acquisition of BankAmerica by NationsBank (now known as Bank of America) as a merger of equals.
- The $124 million settlement in the stockholder derivative action against the board of directors of Cardinal Health, Inc. for violations of the Controlled Substances Act, representing one of the largest derivative recoveries ever on behalf of an Ohio corporation.
- The $61 million settlement members of General Electric's 401(k) retirement plans, representing the largest ERISA class action recovery ever for improper use of proprietary funds in a 401(k) plan.



- The $39 million settlement for former stockholders of Primedia, Inc. seeking disgorgement of insider trading profits by Primedia's controlling stockholder, KKR, and representing a 33% increase over the KKR merger price accepted by the board.
- The $34.5 million settlement for bondholders of Caesars Entertainment Operating Corporation alleging violations of the Trust Indenture Act for guarantee stripping ahead of a planned bankruptcy.
- The $21.5 million settlement for stockholders of The Reader's Digest Association challenging a conflicted corporate recapitalization.
- The $18.148 million settlement for investors in a failed Bear Stearns hedge fund alleging that fund managers engaged in value destroying related-party trading.
- The $16.75 million settlement for Shire plc investors suing AbbVie, Inc. for false statements made by AbbVie in connection with a proposed (and then terminated) tax inversion merger with Shire.

Mr. Notis received his B.A. from Brandeis University and his J.D. from Benjamin N. Cardozo School of Law.

**Gordon Z. Novod**

Gordon Novod heads Grant & Eisenhofer's bankruptcy and distressed litigation practice. He has almost 25 years of experience representing litigation trustees, *ad hoc* and official committees, distressed investors, lenders, indenture trustees, trade creditors, and other parties in some of the most complex landmark restructurings and in litigation matters.

Mr. Novod's practice focuses on representing litigation trustees as well as institutional investors in litigation matters involving, among other things, bankruptcy avoidance claims, as well as non-bankruptcy fraudulent transfer, fiduciary duty, unlawful dividend, and corporate governance claims. Mr. Novod is the author of Driving the Recovery Bus: Augmenting Creditor Recoveries Through Claims Brought by a Litigation Trustee, published by the *American Bankruptcy Institute* in April 2024, and Reassessing the Impact of Merit Management after *In re IIG Global Trade Finance Fund Ltd*., Special Feature at the Creditor Rights Coalition, published December 15, 2024.

Mr. Novod has extensive experience litigating issues related to corporate debt securities in default and distressed situations, including exchange transactions, redemptions, and the Trust Indenture Act. In the bankruptcy context, he has litigated all aspects of Chapter 11 plans of reorganization, valuation, and plan confirmation proceedings, contested debtor-in-possession financing and cash collateral use, the pursuit of fraudulent transfer actions, and other matters involving bankruptcy-related litigation.

Mr. Novod prides himself on providing high quality advocacy to clients, keeping their business objectives in mind. He is able to grasp complex legal and business issues in order to craft and implement innovative yet practical solutions to maximize value for clients.
Mr. Novod has been acknowledged for his work as on numerous occasions, including:

- *Chambers USA* / Bankruptcy Litigation for 2025;

 Grant & Eisenhofer

- Lawdragon 500 Leading Global Bankruptcy & Restructuring Lawyers for 2024 and 2025;

- Lawdragon 500 Leading Bankruptcy & Restructuring Lawyers for 2023;

- Lawdragon 500 Leading Plaintiff Financial Lawyers for the Financial Litigation, esp. Distressed category for 2023-2025;

- New York Metro *Super Lawyers'* list for Bankruptcy from 2013 to 2024;

- 40 Under 40 East M&A Advisor Recognition Awards in 2012;

- New York *Super Lawyers* list of "Rising Stars" for Bankruptcy in 2012;

- Law360's "Rising Stars" in restructuring, recognizing him as "one of the five bankruptcy attorneys under 40 to watch" in 2011.

Mr. Novod is ranked by *Chambers USA* (2025) as a leading lawyer in Bankruptcy Litigation, where clients describe him … "Gordon is just superb," and "I think he is very intelligent, detail-focused, practical and task-oriented."

In addition, currently he is a member of the Federal Bar Council and its Bankruptcy Litigation Committee, the American Bankruptcy Institute, and previously he has served on the New York City Bar Association's Committee on Bankruptcy and Corporate Reorganization.

Mr. Novod's "first chair" trial and appellate work has resulted in opinions of high precedential value, including (among numerous others):

- *Halperin v. Richards, et al. (In re Appvion, Inc.)*, 7 F.4th 534, Case No. 20-2793, 2021 WL 3184305 (7th Cir. July 28, 2021). Mr. Novod represented Alan Halperin and Gene Davis as the Co-Trustees of the Appvion Liquidating Trust, securing reversal of the District Court's dismissal of the liquidating trustee's claims against the Appvion debtors' former directors and officers. Significantly, the Seventh Circuit held that ERISA does not preempt claims asserted by a liquidating trustee against a debtor's former directors and officers for damages for harm to the debtor's corporate enterprise and its creditors. Mr. Novod led all aspects of G&E's representation from inception through the April 2025 confidential settlement, which resolved the litigation.

- *AMCO Insurance Company, et al. v. CoBank, ACB*, No. 16-cv-4422-LTS-SLC, 2021 WL 4340540 (S.D.N.Y. Sept. 22, 2021). Mr. Novod secured a win on summary judgement as to liability in a breach of contract action brought by G&E's thirty-seven (37) institutional investor clients regarding their $304 million principal amount (constituting 75%) of 7.875% Subordinated Notes issued by CoBank following CoBank's redemption of those notes prior to maturity. This victory is significant insofar as it permitted institutional investors to recover damages from a bond issuer that breached the contractual terms upon which the bonds were issued. Mr. Novod subsequently achieved a confidential resolution of the dispute on behalf of G&E's clients.

- *Diverse Partners, LP and Troy Bank & Trust Company v. AgriBank, FCB*, No. 16-CV-9526, 2017 WL 4119649 (S.D.N.Y. Sept. 14, 2017). Mr. Novod secured the denial of


Grant & Eisenhofer

23

AgriBank's motion to dismiss a breach of contract action brought by the proposed class plaintiff arising from AgriBank's redemption of $500 million principal amount of 9.125% Subordinated Notes issued by AgriBank following AgriBank's redemption of those notes prior to maturity. Mr. Novod ultimately achieved a confidential resolution of the dispute on behalf of the Plaintiffs as well as an *ad hoc* group collectively holding $329 million (constituting 66%) of the 9.125% Notes. This decision is significant insofar as the Court refused to dismiss the action because Plaintiffs were the beneficial owners of 9.125% Notes and not the holder of the Global Note.

Mr. Novod's bankruptcy and distressed litigation highlights include:

- In *Bed Bath & Beyond, Inc.* ("BBBY") and its affiliated debtors, and Plan Administrator Michael I. Goldberg, Mr. Novod served as special litigation counsel to BBBY and Mr. Goldberg in litigation against BBBY's former directors, BBBY's former CEO and former CFO. Mr. Novod led all aspects of G&E's BBBY representation, which alleged breaches of fiduciary duties arising from BBBY's repurchase of its common stock between October 2021 and March 2022 at a time when BBBY's business and financial condition did not support such share repurchases. Less than a year after filing the action, the parties reached a confidential settlement that resulted in the action being discontinued with prejudice.

- In *Dunn v. Barney, et al.* (*In re GCX Limited*), Mr. Novod represented a bankruptcy trustee in an adversary proceeding filed against certain former officers, employees, and directors of GCX Limited, and/or its subsidiaries. This action involved allegations of breaches of fiduciary duties under the laws of Bermuda, France, and Ireland. The lawsuit also alleged fraudulent transfer claims and unauthorized post-petition payments under federal and state laws. In November 2024, the parties agreed to a confidential settlement of the action, and the action was subsequently dismissed with prejudice.

- *In re Caesars Entertainment Operating Company, et al.; Danner v. Caesars Entertainment Corporation, et al.*, Mr. Novod represented the lead plaintiff in a proposed class action against Caesars Entertainment Corp., et al., relating to a series of transactions that attempted to eliminate a parent guarantee. Mr. Novod was deeply involved in the bankruptcy proceedings and related litigation in furtherance of the interests of its client and the class of noteholders. Mr. Novod ultimately achieved a settlement that provided improved bankruptcy plan treatment for the lead plaintiff and absent class members totaling between $14.7 million and $33 million.

Mr. Novod's prominent ongoing engagements include:

- *Amyris, Inc. Creditor Trust* (in litigation of claims against Amyris's former Chief Executive Officer, John G. Melo);

- *Bed Bath & Beyond, Inc.* and its *Plan Administrator* (in litigation against certain third parties);

- *Blue Torch Capital LP and Blue Torch Finance LLC v. KPMG LLP, et al.* (in litigation against the borrower's officers and its auditor);

- *Casa Systems, Inc. Preserved Actions Administrator* (in investigation of claims against certain of its former directors and officers, and third parties);



- *GBG USA Litigation Trust* (in litigation against the debtors' former controlling shareholders);
- *High Ridge Brands Liquidating Trust* (in litigation against the debtors' former directors, sponsor, and sponsor-affiliated lender);
- *JoAnn Inc.* (ad hoc creditor committee in litigation against certain of the debtors' former and current officers and employees);
- *Kidde Inc.* (the States of Maine and Vermont, as well as various other states and municipal water providers);
- *Loyalty Ventures Inc. Liquidating Trust* (in litigation against the debtors' former parent company, director, and others);
- *Rite Aid Sub-Trust B* (in litigation against the debtors' commercial general liability insurance carriers);
- *Roman Catholic Archbishop of Baltimore* (certain sexual abuse victims);
- *State of Maine* (in fraudulent transfer litigation against The Chemours Company, E. I. du Pont de Nemours & Company, DuPont de Nemours, Inc. & Dow, Inc.); and
- *State of Vermont* (in fraudulent transfer litigation against The Chemours Company, E. I. du Pont de Nemours & Company, DuPont de Nemours, Inc. & Dow, Inc.).

Mr. Novod's prominent past engagements include:
- *Appvion Liquidating Trust* (in litigation against the debtors' former directors, officers and others);
- *Bed Bath & Beyond, Inc.* and the *Plan Administrator* (in litigation against the debtors' former directors and officers);
- *GCX Limited Liquidating Trust* (in litigation against the debtors' former directors and officers);
- *GBG USA Litigation Trust* (in litigation against the debtors' former directors and officers);
- Debtors in *AN Global, LLC* (in investigation of claims against certain of its former directors and officers as well as third parties);
- *Boxed Liquidation Trust* (in investigation of claims against certain of its former directors and officers as well as third parties);
- *Refco Litigation Trust*;
- *Synergy Pharmaceuticals Litigation Trust* (in investigation of claims against certain of its former directors and officers as well as  third parties);
- *Erin Energy Corp.* (state court litigant and special counsel to a Chapter 7 trustee);
- **Diverse Partners LP, et al. v. AgriBank, FCB** (plaintiffs and *ad hoc* noteholder committee);
- **AMCO Ins. Co., et al v. CoBank, ACB** (plaintiffs and *ad hoc* noteholder committee);
- *State of Delaware* (in fraudulent transfer litigation against The Chemours Company, E. I. du Pont de Nemours & Company, DuPont de Nemours, Inc. & Dow, Inc.);
- *BlockFi Inc.* (unsecured creditor);
- *Madison Square Boys & Girls Club, Inc.* (sexual abuse victim & member of the creditors' committee);
- *Caesars Entertainment Operating Company, Inc.* (unsecured noteholder and proposed


Grant & Eisenhofer

25

class representative);

- *Exco Resources, Inc.* (secured lender);
- *ShengdaTech, Inc.* (*ad hoc* noteholder committee);
- *Chesapeake Energy Corp.* (unsecured noteholders and proposed class representatives);
- *Cliffs Natural Resources* (unsecured noteholders and proposed class representatives);
- *Vanguard Natural Resources* (unsecured noteholders and proposed class representatives);
- *Alpha Natural Resources, Inc.* (state court litigant);
- *CJ Holding, Co.* (state court litigant);
- *SunEdison, Inc.* (state court litigant);
- *Tribune Company*\*\* (indenture trustee and member of the creditors' committee);
- *Central European Distribution Corporation*\*\* (*ad hoc* committee of convertible noteholders);
- *Lyondell Chemical Company*\*\* (creditors' committee);
- *Herbst Gaming, Inc.*\*\* (creditors' committee);
- *Lehman Brothers*\*\* (*ad hoc* consortium of claimholders of Lehman Brothers Special Financing, Inc.);
- *Green Valley Ranch Gaming, LLC*\*\* (*ad hoc* committee of second lien lenders);
- *Palm Harbor Homes, Inc.*\*\* (indenture trustee and member of the creditors' committee);
- *General Motors Corporation*\*\* (n/k/a Motors Liquidation Company) (creditors' committee);
- *Charter Communications, Inc.*\*\* (*ad hoc* first lien lenders);
- *Bethlehem Steel Corp.*\*\* (creditors' committee);
- *WCI Steel, Inc.*\*\* (*ad hoc* noteholders' committee and indenture trustee);
- *Delphi Corp.*\*\* (trade creditor and member of the creditors' committee);
- *ASARCO LLC*\*\* (majority noteholders); and,
- *WestPoint Stevens, Inc.*\*\* (second lien agent).

\*\* denotes Mr. Novod's representations prior to joining G&E

Mr. Novod has been a featured panelist and/or moderator on topics involving distressed situations, indenture litigation, indenture analysis, fraudulent conveyance litigation, and sexual abuse claims in bankruptcy, including:

- Discussion Leader, "The Evolving Application of Bankruptcy Safe Harbor Provisions," Restructuring Roundtable With the Creditor Rights Coalition and Cooley (May 23, 2025);

- Panelist, "Rules and Ethical Consequences of Non-Disclosure of Conflicts," Institutional Investor Educational Foundation 2025 Litigation Update (February 4, 2025);

- Presenter, "The Impact of the Supreme Court's Prohibition of Non-Consensual Third Party Releases," Grant & Eisenhofer Webinar (July 9, 2024);

- Speaker, Bankruptcy and the Archdiocese of Baltimore Litigation, Maryland Association



for Justice, Webinar (April 4, 2024);

- Speaker, Bankruptcy and the Archdiocese of Baltimore Litigation, Maryland Association for Justice, Webinar (November 14, 2023);

- Panelist, "Making the Most of a Litigation Trust's Retained Causes of Action," American Bankruptcy Institute's Annual Winter Leadership Conference (December 9, 2022);

- Discussion Leader, "U.S. Insolvency Trends and the Offshore Impact" and "International Litigation Update," Institutional Investor Educational Foundation – Grand Cayman Roundtable (November 17, 2022);

- Presenter, "Decoding the Texas Two-Step from a Plaintiff's Perspective," Grant & Eisenhofer Webinar (May 3, 2022);

- Presenter, "Business Interruption Insurance Claims in Bankruptcy; An Unappreciated Asset Class for Debtors and Creditors," Grant & Eisenhofer Webinar (March 9, 2021);

- Presenter, "Current Issues in Fraudulent Transfer Law," Grant & Eisenhofer Webinar (October 14, 2020);

- Discussion Leader, "*In Pari Delicto* under U.S. Law," Institutional Investor Educational Foundation – Grand Cayman Roundtable (February 12, 2020);

- Discussion Leader, "Minority Rights: Strategies for Protecting your rights with respect to Loans, Bonds and Common Shares," Institutional Investor Educational Foundation – Bankruptcy Litigation Roundtable (October 25, 2019);

- Discussion Leader, "*In Pari Delicto*," Institutional Investor Educational Foundation – Bankruptcy Litigation Roundtable (October 25, 2019)

- Discussion Leader, "Director Duties in Restructurings," Institutional Investor Educational Foundation – Bankruptcy Litigation Roundtable (November 30, 2018);

- Moderator, "Current Issues in Bankruptcy & Antitrust," Institutional Investor Educational Foundation – 17us Global Shareholder Activism Conference (November 30 - December 1, 2017);

- Speaker, "Out-of-Court Restructuring and the Trust Indenture Act," Institutional Investor Legal Forum Fall 2016 Roundtable (October 28, 2016);

- Discussion Leader, "E&P Restructurings - A Landscape Unlike Traditional Restructurings," Institutional Investor Educational Foundation - Bankruptcy Litigation Roundtable (October 6, 2016);

- Discussion Leader, "Fraudulent Conveyance Actions, the Trust Indenture Act and No Action Clauses - New Rights for Bondholders?" Institutional Investor Educational Foundation - Bankruptcy Litigation Roundtable (October 21, 2015).

Mr. Novod's select publications include:

- How to Level the Playing Field in Favor of Creditor Interests: A Criticism of *In Re Eletson* and its Failure to Appoint a Chapter 11 Trustee, Spotlight Series at the at the



Creditor Rights Coalition, published September 7, 2025

- Reassessing the Impact of Merit Management after *In re IIG Global Trade Finance Fund Ltd.*, Special Feature at the Creditor Rights Coalition, published Dec. 15, 2024

- Driving the Recovery Bus: Augmenting Creditor Recoveries Through Claims Brought by a Litigation Trustee, *American Bankruptcy Institute,* April 2024

- *"*ERISA Pre-Emption Does Not Offer a "Get Out of Jail Free Card" for an ESOP's D&Os," *American Bankruptcy Institute Journal*, November 2021

- *"*The Next Chapter; When a defendant files for bankruptcy, it triggers a unique set of procedures, standards, and deadlines. Here's an overview of how the bankruptcy system works and where your client's claim fits in," *Trial Magazine*, May 2021

Prior to joining G&E, Mr. Novod was a partner in the bankruptcy & corporate restructuring group at Brown Rudnick in New York. He also formerly practiced in the corporate restructuring and bankruptcy group at Kramer Levin Naftalis & Frankel LLP.

Mr. Novod received his J.D. from the Benjamin N. Cardozo School of Law at Yeshiva University, and his B.A. from Emory University.

**Kelly L. Tucker**

Kelly Tucker is a principal at Grant & Eisenhofer, where she focuses her practice on environmental, consumer, and securities litigation and corporate governance.

Ms. Tucker has played a significant role in G&E's corporate governance and appraisal practices, trying numerous cases in the Court of Chancery, including *In re Ebix, Inc. Stockholder Litigation*, challenging an alleged excessive executive compensation plan for the company's chief executive officer.  Following trial, the parties settled including a renegotiation of the CEO's bonus plan, which the Court valued at over $53 million.  Ms. Tucker also was an integral part of the trial team in *In re The Williams Companies, Inc. Stockholder Litigation*, which resulted in a landmark judgment following an expedited trial in favor of plaintiffs enjoining the company's poison pill.  In *In re Tesla Motors, Inc. Stockholder Litigation*, Ms. Tucker represented institutional plaintiffs in achieving a $60 million partial settlement with several defendants in an action on behalf of Tesla stockholders regarding the Company's acquisition of SolarCity Corporation.

Prior to joining G&E, Ms. Tucker worked at a Philadelphia area law firm practicing antitrust, consumer protection, and products liability litigation. She received her J.D. from Fordham University School of Law in 2010, where she was the Executive Notes and Articles Editor of the *Fordham Journal of Corporate and Financial Law* and a member of the Executive Board of Fordham Law Moot Court. She received her B.A. in international politics from American University in 2003.



**Vivek Upadhya**

Vivek Upadhya is a principal at Grant & Eisenhofer, focusing on securities, appraisal, whistleblower/*qui tam* and complex pharmaceutical and medical device litigation.

Mr. Upadhya is currently representing clients in a derivative suit against Tesla's board of directors and has previously represented investors challenging mergers, including an action against Regency Energy Partners pending in the Delaware Court of Chancery. Mr. Upadhya was also involved in *In re JPMorgan Chase & Co Securities Litigation* (S.D.N.Y.), which resulted in a $150 million settlement. His other recent work includes Delaware Chancery Appraisal cases *In re Appraisal of Jarden Corporation* and *In re Appraisal of Solera Holdings, Inc*. Additionally, Mr. Upadhya worked on multi-district litigation involving prescription drugs such as Xarelto and Zofran.

Mr. Upadhya received his J.D. from Emory University School of Law, where he served as a managing editor for the *Emory Law Journal*. He received his B.A. in law and political science from the University of Utrecht in the Netherlands, and was born and raised in India.

**Viola Vetter**

Viola Vetter is a principal at Grant & Eisenhofer where she focuses on sovereign and public entity representation, primarily in matters seeking to redress environmental contamination.

Ms. Vetter currently represents several state Attorneys General and municipalities in environmental litigation. In that role, she is prosecuting claims against Monsanto Co. arising out of that company's production, marketing, and sale of toxic PCBs, which now contaminate natural resources throughout the nation, and against 3M Co., DuPont, Chemours, and other manufacturers of toxic PFAS chemicals and PFAS-laced products, which now contaminate groundwater, drinking water, and other public resources.  Ms. Vetter is also involved in a number of site-specific investigations and litigations concerning the historic disposal and emissions of environmental contaminants.

Prior to joining Grant & Eisenhofer, Ms. Vetter was an associate at an international law firm, resident in Philadelphia, representing corporate clients in complex commercial, consumer and qui tam matters in state and federal courts.

Ms. Vetter earned her J.D. from Temple University Beasley School of Law in 2007, where she was a member of the *Temple Political & Civil Rights Law Review*. She received her B.S. in International Business and Political Philosophy, *magna cum laude*, from Elizabethtown College in 2004.

Ms. Vetter was selected to the 2015-2016 Pennsylvania *Super Lawyers* Rising Stars list for Business Litigation. She is fluent in English and German.

 Grant & Eisenhofer

**Lisa B. Weinstein**

Lisa Weinstein is a principal at Grant & Eisenhofer and leads the firm's birth injury litigation division. Her practice primarily focuses on representing women and children in birth injury and birth trauma litigation.

Prior to joining G&E, Ms. Weinstein founded The Weinstein Law Group, where she represented children who were victims of medical malpractice and birth injuries. In her practice as a plaintiffs' trial lawyer, Ms. Weinstein has successfully litigated personal injury, medical malpractice and birth injury matters resulting in over $400 million in settlements and verdicts. Representative of Ms. Weinstein's work is a $12.5 million settlement in which her client's child suffered brain damage due to lack of oxygen during the labor and delivery process, and dozens of other seven-figure settlements.

Ms. Weinstein has been selected to The National Trial Lawyers Top 100 for six years. For the past six years, Ms. Weinstein was selected for inclusion to the Illinois *Super Lawyers* list. For eight years prior, she was selected to Illinois *Super Lawyers'* list of Rising Stars. Ms. Weinstein was also named to the National Law Journal's list of Plaintiffs' Lawyers Trailblazers for 2020. She was honored by The National Trial Lawyers in the "Top 40 Under 40" for seven years. In 2018, Ms. Weinstein was named to the list of Law360's Personal Injury & Medical Malpractice Rising Stars and was selected to receive the Lifetime Achievement award by America's Top 100 Attorneys®. In May 2017, Ms. Weinstein authored "Understanding Newborn Strokes," published in *Trial* magazine.

In 2018, Ms. Weinstein spoke at the American Association for Justice Annual Convention covering "The Initial Intake and Investigation of Birth Injury Cases - An Approach to Managing Risk," and presented at the American Conference Institute Obstetric Malpractice Claims forum speaking on "Induced Labor Malpractice: Exploring Pitocin Complications and Injuries." Ms. Weinstein spoke at the 2016 North American Brain Injury Society's annual conference, covering "Representing Children with Acquired TBI," and at the 2015 New Jersey Association for Justice seminar covering "When Medical Malpractice and Mass Tort Overlap."

Ms. Weinstein is a member of the Women's Bar Association of Illinois and Board Member of the Illinois Trial Lawyers Association. She is a member of the Million Dollar Advocates Forum as well as the Multi-Million Dollar Advocates Forum, recognized for her work in obtaining several notable settlements and verdicts. Additionally, she served as co-chair of the American Association for Justice Birth Trauma Litigation Group and an Arbitrator for the Circuit Court of Cook County.

Ms. Weinstein earned an undergraduate degree from the University of Michigan and graduated *cum laude* from DePaul University College of Law.

**Jason H. Wilson**

Jason Wilson is a principal at Grant & Eisenhofer where he focuses on sovereign and public entity representation, primarily in matters to address the systemic environmental contamination



Grant & Eisenhofer

of public resources. Currently, Mr. Wilson is prosecuting claims against Monsanto Co. arising out of that company's production, marketing, and sale of toxic PCBs, which now contaminate natural resources and municipal stormwater systems throughout the nation, and against 3M Co. and other manufacturers of toxic PFAS chemicals, which contaminate groundwater, drinking water, and other public resources. Mr. Wilson also represents investors and whistleblowers in corporate governance and securities litigation.

Prior to joining Grant & Eisenhofer, Mr. Wilson was an associate at an international law firm, resident in Philadelphia, defending shareholder disputes, consumer class actions, antitrust, bankruptcy, environmental litigation, and government investigations related to the False Claims Act, Anti-Kickback Act and Foreign Corrupt Practices Act. Regarding his experience in shareholder disputes, Mr. Wilson defended numerous securities class actions, derivative suits and various shareholder requests for books and records. Before that, he spent three years in the litigation department of a large New York law firm. Mr. Wilson also served as a law clerk to Judge William H. Walls of the US District Court for the District of New Jersey.

Mr. Wilson earned his J.D. from Columbia Law School in 2004 where he was a Harlan Fisk Stone Scholar, was awarded the Alfred S. Forsyth Prize for dedication to the advancement of environmental law, and served as Editor-in-Chief of the *Columbia Environmental Law Journal*. He received his B.A. in History and a concentration in Environmental Science from Williams College in 1999.

### Meagan A. Farmer

Meagan Farmer is of counsel at Grant & Eisenhofer where she focuses on corporate governance and securities litigation. She has been litigating stockholder and consumer class actions for over 20 years.

Prior to joining G&E, Ms. Farmer was a partner at a New York law firm where she litigated stockholder and consumer protection matters. She served as lead counsel to stockholders of McKesson Corporation seeking to hold McKesson's board of directors liable for their failure to exercise proper oversight of the company's distribution of opioids that contributed to the national opioid epidemic. The case settled for $175 million.

Ms. Farmer was also one of the lead attorneys in the ground-breaking case on behalf of bondholders of Caesars Entertainment Operating Corporation that settled for a $34.5 million recovery.

Ms. Farmer also served as sole lead counsel in a consumer class action against Staples e where she obtained a $3.95 million cash recovery for consumers who bought extended warranty plans.

Ms. Farmer earned her J.D. from New York Law School, where she served as Editor-in-Chief of the *New York Law School Law Review*. She received her B.A. from Eastern Illinois University.



31

**Nadia Klein**

Nadia Klein is of counsel at Grant & Eisenhofer.  Her practice focuses on representing investors and other plaintiffs in high-stakes commercial, complex financial products and securities litigation in state and federal court, as well as claimants in U.S. domestic and international arbitration.  Based in London, England, she works with G&E's institutional investor clients in the U.K. and Europe.

Prior to joining Grant & Eisenhofer, Ms. Klein was of counsel at a U.S. litigation boutique.  Prior to that, she was a senior associate at a leading New York litigation firm, where she spent almost seven years representing various plaintiffs in multiple residential mortgage-backed securities actions together seeking more than $6 billion.

Ms. Klein received her B.A. from Cornell University in 2003 and her J.D. from Fordham University School of Law in 2011.  She also attended the London School of Economics & Political Science and the International Academy for Arbitration Law in Paris, France.

**Jennifer Sarnelli**

Jennifer Sarnelli is of counsel at Grant & Eisenhofer where she focuses on consumer, and securities litigation and corporate governance actions.
Prior to joining G&E, Ms. Sarnelli litigated stockholder and consumer class actions at a New York law firm for 15 years. Representative casework where Ms. Sarnelli has served as co-lead counsel includes:

- *In re Cardinal Health Inc. Derivative Litigation* (S.D. Ohio), ($124 million settlement);
- *In re Renren, Inc. Derivative Litigation* (N.Y. Supr., N.Y. Cnty.), ($300 million settlement);
- *Rubenstein v. Gonzalez (AbbVie Inc. Securities Litigation)* (N.D. Ill.) ($16.75 million settlement);
- *In re Apple iPhone 4 Products Litigation* (N.D. Cal.) (cash and injunctive relief settlement);
- *Marc Opperman et al. v. Kong Technologies, Inc. et al.* (*Apple App Privacy class action*) (N.D. Cal.) ($5.3 million settlement);
- *In re Primedia, Inc. Stockholder Litigation* (Del. Ch.) ($39 million settlement, 33% above the price accepted by the board); and
- *In re Orchard Enterprises, Stockholder Litigation* (Del. Ch.) ($10.75 million settlement, a 95% increase above the price accepted by the board).

Ms. Sarnelli previously worked for a class action notice expert where she drafted plain language notices to better inform class members about their legal rights. She also worked for the New Jersey General Assembly, Democratic Office.

Ms. Sarnelli received her J.D. from Seton Hall University School of Law where she was a comments editor for the *Seton Hall Law Review*, and her B.A. from The American University.


Grant & Eisenhofer

32

**Richard S. Schiffrin**

Richard S. Schiffrin is of counsel at Grant & Eisenhofer.  He has represented institutional investors and consumers in securities and consumer class actions worldwide.  In 2008, Mr. Schiffrin retired as a founding partner of Schiffrin Barroway Topaz & Kessler, LLP.

Mr. Schiffrin has been recognized for his expertise in many prominent cases, including *In re Tyco International Ltd. Securities Litigation*, the most complex securities class action in history, which resulted in a record $3.2 billion settlement.  The $2.975 billion payment by Tyco represents the single largest securities class action recovery from a single corporate defendant in history, while the $225 million settlement with PricewaterhouseCoopers (PwC) represents the largest payment PwC has ever paid to resolve a securities class action and is the second-largest auditor settlement in securities class action history; *In re AremisSoft Corp. Securities Litigation*, a complex case involving litigation in four countries, resulting in a $250 million settlement providing shareholders with a majority of the equity in the reorganized company after embezzlement by former officers; *In re Tenet Healthcare Corp*., resulting in a $216.5 million settlement and which led to several important corporate governance improvements; *Henry v. Sears, et al*., one of the largest consumer class actions in history which resulted in a $156 million settlement distributed without the filing of a single proof of claim form by any class member; *Wanstrath v. Doctor R. Crants, et al*., a derivative action filed against the officers and directors of Prison Realty Trust, Inc., challenging the transfer of assets to a private entity owned by company insiders, resulting in corporate governance reform in addition to the issuance of over 46 million shares to class members; *Jordan v. State Farm Insurance Company*, resulting in a $225 million settlement and other monetary benefits for current and former State Farm policy-holders; and *In re Sotheby's Holdings, Inc. Derivative Litigation*, resulting in a multi-million dollar settlement and significant governance changes.

Mr. Schiffrin is an internationally renowned speaker and lectures frequently on corporate governance and securities litigation.  His lectures include:  the MultiPensions Conference in Amsterdam, Netherlands; the Public Funds Symposium in Washington, D.C.; the European Pension

Symposium in Florence, Italy; and the Pennsylvania Public Employees Retirement Summit (PAPERS) in Harrisburg, Pennsylvania.  Mr. Schiffrin has also taught legal writing and appellate advocacy at John Marshall Law School and served as a faculty member at legal seminars, including the Annual Institute on Securities Regulation, NERA: Finance, Law & Economics - Securities Litigation Seminar, the Tulane Corporate Law Institute, and the CityBar Center for CLE (NYC): Ethical Issues in the Practice of Securities Law.

Mr. Schiffrin is a graduate of DePaul Law School and received a Master's degree in Political Science from the University of Chicago.  After protecting the civil rights of clients for seven years as an Assistant Public Defender with the Office of the Public Defender of Cook County, where he tried hundreds of cases, Mr. Schiffrin founded Schiffrin & Craig, Ltd., representing consumers and individual investors in actions brought against public companies.  He is licensed to practice law in Pennsylvania and Illinois and has been admitted to practice before numerous United States District Courts.



**David Wissbroecker**

David Wissbroecker is of counsel at Grant & Eisenhofer where he focuses on corporate governance and securities litigation in Delaware Chancery Court.

Prior to joining G&E, Mr. Wissbroecker was a partner at national law firm where he practiced securities class action litigation concerning mergers and acquisitions, representing institutional investors as well as individual shareholders. His casework includes litigating several matters in Delaware and other jurisdictions, including shareholder class actions against Dole, Kinder Morgan, Del Monte Foods, Scana, Websense, Harman, Precision Castparts, Dollar General, Onyx, and Gardner Denver, among other high-profile matters.

Mr. Wissbroecker was recognized by *Lawdragon* as a Leading Plaintiff Financial Lawyer (2020-2021), honored by *The Legal 500* as a Recommended Lawyer (2019), and selected for inclusion to *SuperLawyers' list of* Rising Stars (2015).

Mr. Wissbroecker earned his J.D. from University of Illinois College of Law, and his B.A. from Arizona State University.

**Juliana Carter**

Juliana Carter is a senior counsel in Grant & Eisenhofer's environmental protection and consumer protection litigation groups.

Ms. Carter focuses on sovereign and public entity representation, primarily in matters to address the systemic environmental contamination of public resources.  Currently, Ms. Carter is prosecuting claims against Monsanto arising out of that company's production, marketing, and sale of toxic PCBs, which now contaminate natural resources and municipal stormwater systems throughout the nation. In addition to environmental litigation, Ms. Carter partners with state Attorneys General and municipalities pursuing consumer protection actions against manufacturers of dangerous products.

Prior to joining G&E, Ms. Carter was a litigation associate at an Am Law 100 law firm headquartered in Philadelphia defending chemical and pharmaceutical manufacturers, financial institutions, universities, and other companies in connection with government investigations and civil actions filed in state and federal court. Ms. Carter also served as a judicial law clerk to the Honorable Paul S. Diamond of the U.S. District Court for the Eastern District of Pennsylvania.

Ms. Carter has been recognized on the Pennsylvania *Super Lawyers* Rising Stars list from 2020 to 2025.

Ms. Carter graduated *magna cum laude*, Order of the Coif, from Temple University Beasley School of Law, where she served as a staff editor of the *Temple Law Review* and as the Director of Advocacy of the School Discipline Advocacy Service, and was awarded the recognition of



Fellow of the Rubin Public Interest Law Honor Society. She earned her B.A. in Law and Policy from Dickinson College.

**Alice Cho Lee**

Alice Cho Lee is senior counsel at Grant & Eisenhofer, where she works on international securities fraud class actions and investment arbitrations.

Ms. Cho Lee is part of G&E's international litigation team that represents mainly institutional investor plaintiffs – but also individual consumers and investors – in litigation prosecuted in many countries around the world. Current cases include actions against:

- Danske Bank, in a securities litigation in Denmark based on Danske Bank's massive money-laundering scheme and subsequent cover-up
- Republic of Cyprus, in an international investment arbitration before the World Bank on behalf of almost one thousand Greek investors
- Google, in data privacy collective actions in the Netherlands and Portugal on behalf of thousands of Android users
- Two Dutch shipowners for human rights violations under Dutch and EU law (wage discrimination/unequal pay for Asian sailors based solely on their nationality)
- Petróleo Brasileiro ("Petrobras"), Vale S/A and IRB-Brasil Resseguros S.A., in separate international securities arbitrations before Brazil's leading arbitration chamber, the MC
- Volkswagen and Porsche, in securities actions in Germany
- Postbank, in a securities fraud action in Germany
- BHP, in an Australian securities class action in which our class/group includes the class representative
- Toshiba, in a securities litigation in Japan

At G&E, Ms. Cho Lee has been a member of the plaintiffs' counsel team for several of the largest securities class action settlements in the United States and internationally including:

- Steinhoff, a Dutch securities damages class action which settled for €1.4B (U.S. $1.6B) – the largest non-U.S. securities fraud settlement in history
- Marsh & McLennan, a U.S. securities class action, settled for $400M
- Merck (Vytorin), a U.S. securities class action that settled for $215M
- JP Morgan Chase & Co., a U.S. securities class action that settled for $150M

Ms. Cho Lee served on the board of the Korean American Lawyers Association of Greater New York (KALAGNY) for seven years and is an active member of the National Asian Pacific American Bar Association (NAPABA), the Asian American Bar Association of New York (AABANY), and KALAGNY.  During law school, Ms. Cho Lee interned as a law clerk for The Honorable Frederic Block, U.S. District Court, Eastern District of New York.  She has also worked at the New York City Human Rights Commission and the Asian American Legal Defense and Education Fund.



35

Ms. Cho Lee graduated from Brooklyn Law and received a B.A. in English from the University at Albany. Lee is senior counsel at Grant & Eisenhofer, where she works on securities fraud class actions and international litigation and arbitration cases.

**Jonathan Davenport**

Jonathan Davenport is senior counsel at Grant & Eisenhofer, focusing his practice on securities fraud class actions and international litigation and arbitration cases.

Prior to joining G&E, Mr. Davenport was counsel in the New York office of a large national law firm concentrating on complex commercial and regulatory litigation and investigations in the U.S. and internationally.

Prior to becoming an attorney, Mr. Davenport served as an Inspector in the Royal Hong Kong Police and served in the British Army.

Mr. Davenport earned his LLB from the University of London.  He took the Legal Practice Course at the College of Law and trained at one of the leading firms in London before qualifying as a Solicitor of the Supreme Court of England and Wales.

**Tudor I. Farcas**

Tudor Farcas is a senior counsel at Grant & Eisenhofer where he focuses his practice on complex and mass tort litigation. Prior to joining Grant & Eisenhofer, Mr. Farcas was an associate at the Philadelphia office of a national defense litigation law firm defending general liability claims including mass tort, products liability, and personal injury. He also was a law clerk to the Honorable Mark I. Bernstein, assisting with complex proceedings in national mass tort cases regarding pharmaceutical products and medical devices.

Mr. Farcas earned his J.D. from Drexel University Thomas R. Kline School of Law in 2013, where he was a member of the Drexel Transactional Law Team. Mr. Farcas received his B.A. from Pennsylvania State University in 2008.

**Frank "T.J." Griffin**

TJ Griffin is senior counsel at Grant & Eisenhofer where he focuses his practice on bankruptcy litigation. Mr. Griffin has over 20 years of litigation experience in complex commercial litigation and government investigations. Prior to joining G&E, Mr. Griffin was counsel at the Philadelphia office of a national law firm, where he represented clients in bankruptcy litigation, and regularly advised clients on antitrust matters and international arbitrations. He also formerly practiced as a member of the commercial litigation group in the Washington D.C. office of another national law firm.

Mr. Griffin's practice focuses on the representation of litigation trustees in matters involving, among other things, fraudulent transfer (both within and outside of bankruptcy), fiduciary duty,



unlawful dividend and related corporate governance claims, having litigated such claims through trial and appeal. His current representations include:

- The Appvion Liquidating Trust (in litigation against the debtors' former directors, officers and others);
- Loyalty Ventures Inc. Liquidating Trust (in litigation against the debtors' former parent company, director, & others);
- Bed Bath & Beyond, Inc. and the Plan Administrator (in litigation against the debtors' former directors & officers);
- The GCX Limited Liquidating Trust (in litigation against the debtors' former directors and officers);
- The High Ridge Brands Liquidating Trust (in litigation against the debtors' former directors, sponsor and sponsor-affiliated lender);
- The GBG USA Litigation Trust (in litigation against the debtors' former directors, officers & others);
- Rite Aid Sub-Trust B (in investigation of claims and causes of action vested in the Trust pursuant to the Rite Aid Plan);
- Boxed Liquidation Trust (in investigation of claims against certain of its former Ds&Os and third parties);
- Casa Systems, Inc. Preserved Actions Administrator (in investigation of claims against certain of its former Ds&Os and third parties);
- JoAnn Inc. (ad hoc trade creditor committee);
- Debtors in AN Global, LLC (in investigation of claims against certain of its former Ds&Os and third parties);
- State of Vermont (in fraudulent transfer litigation against The Chemours Company, E.I. du Pont de Nemours & Company, DuPont de Nemours, Inc & Dow, Inc.); and
- State of Maine (in fraudulent transfer litigation against The Chemours Company, E. I. du Pont de Nemours & Company, DuPont de Nemours, Inc. & Dow, Inc.).

Mr. Griffin earned his J.D. from The George Washington University Law School, where he earned High Honors and was a member of *The George Washington Law Review*.  He received his B.S. in Biology from Washington and Lee University.

## Laina M. Herbert

Laina Herbert is senior counsel at Grant & Eisenhofer focusing her practice on  sovereign and public entity representation, and consumer protection litigation.  She also provides litigation services to public entities to pursue actions concerning the marketing and sale of dangerous products, such as Zantac/ranitidine.

In addition, Ms. Herbert represents numerous relators in confidential whistleblower actions under the federal and various state False Claim Acts, pursuing misconduct in diverse fields including medical and mental healthcare, residential mortgage lending, defense contracting, retail, and other industries.



37

Prior to Joining G&E, Ms. Herbert was senior counsel practicing complex ligation at a Delaware law firm. Ms. Herbert also has extensive experience representing corporations, their directors and stockholders in corporate and commercial ligation relating to fiduciary duties, mergers and acquisitions, corporate governance, and other issues concerning Delaware law. Her experience also includes federal patent infringement and intellectual property litigation in the U.S. District Court for the District of Delaware.

Ms. Herbert is the Editor-in-Chief of *The Journal of The Delaware State Bar Association*. She previously served on the ACLU of Delaware Board of Directors (2017-2023).

Ms. Herbert earned her J.D. *with honors* from the University of Maryland Francis King Carey School of Law in December 2004 where she served as an Associates Articles Editor of *The Business Lawyer.* She earned a B.S. in Biology, B.A. in Leadership Studies and minor in Women's Studies from the University of Richmond in 2000.

## Chad B. Holtzman

Chad Holtzman is senior counsel at Grant & Eisenhofer, focusing his practice on recovering damages for businesses and consumers harmed by violations of the federal and state antitrust laws, including price-fixing and monopolization.

Currently, Chad is a member of leadership teams representing clients in high-profile antitrust cases in the pharmaceutical, financial services, and commodities industries, including: *In re Blue Cross Blue Shield Antitrust Litigation*, *In re London Silver Fixing, Ltd. Antitrust Litigation*, *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, *In re Novartis and Par Antitrust Litigation (Exforge)*, *In re: Humira (Adalimumab) Antitrust Litigation,* and *In re: Lipitor Antitrust Litigation*, among others.

Prior to joining Grant & Eisenhofer, Mr. Holtzman worked as an associate at the Philadelphia office of a national Am Law 100 law firm where he defended corporate defendants in antitrust and other complex commercial litigation.

Mr. Holtzman is a member of the Committee to Support the Antitrust laws (COSAL), established to preserve and enhance the private enforcement of strong antitrust laws.  He is a member of the American Antitrust Institute and the American Bar Association's Antitrust Division.  Finally, Chad serves on the National Board for the Jewish National Fund Young Professionals Division as its Vice President.  He is also a Board Member of the International Alliance for Child Literacy, a non-profit charity that empowers children by establishing libraries at orphanages.

Mr. Holtzman earned his J.D., *cum laude*, from Villanova University School of Law in 2009 where he was the Associate Editor for the *Villanova Environmental Law Journal*. Mr. Holtzman earned his B.S. in economics from Hamilton College in 2006.



**James B. Puritz**

James Puritz is senior counsel at Grant & Eisenhofer where he focuses on representing families and children in birth injury and birth trauma litigation.

Prior to joining G&E, he was a trial attorney focusing on medical malpractice and catastrophic loss litigation. He also was an Assistant District Attorney in Massachusetts and an Assistant Corporation Counsel for the City of Boston.

Mr. Puritz earned his J.D. from Albany Law School and his B.A. from Brandeis University.

**Suzanne Sangree**

Suzanne Sangree is senior counsel at Grant & Eisenhofer, focusing her practice on the representation of state and local governments in complex litigation matters stemming from environmental damage and consumer protection.

Prior to joining Grant & Eisenhofer, Ms. Sangree worked for the City of Baltimore Department of Law for 13 years. She served as the Director of Affirmative Litigation, pursuing environmental, False Claims Act, antitrust, products liability, and consumer-related cases, among other types of litigation. She also held roles as Senior Public Safety Counsel/Chief, Legal Affairs Division; and Chief Solicitor & Director of Training. She additionally served as a member of the Settlement Committee and Executive Committee for the Department of Law.

In 2020, *Bloomberg Law* recognized Ms. Sangree as a Key Player in 2020 Environmental Litigation. In 2015 the International Municipal Lawyers Association awarded Ms. Sangree its distinguished public service award, and she was named a Top 40 Maryland Lawyer in 2014.  Ms. Sangree served as clerk for Judge Andre M. Davis, U.S. District Court, District of Maryland.

Ms. Sangree earned her LL.M. from Harvard Law School and her J.D. from City University of New York Law School at Queens. She received her B.A., *cum laude*, from Wesleyan University.

**Andrew N. Dodemaide**

Andrew Dodemaide is counsel at Grant & Eisenhofer. Prior to joining G&E, Mr. Dodemaide worked at a law firm in Philadelphia where he practiced domestic and international securities litigation. Mr. Dodemaide also worked for a large complex litigation firm as an associate on the new matter development team.

Mr. Dodemaide received his B.A. from Rutgers University and earned his J.D. from Rutgers University School of Law, where he was the Editor-in-Chief of the *Rutgers Journal of Law and Public Policy*.  While a law student, Mr. Dodemaide taught Constitutional Law at a high school in Camden, New Jersey through the Marshall Brennan Constitutional Literacy Project. Upon graduation, Mr. Dodemaide clerked for the Honorable Jack M. Sabatino at the New Jersey Superior Court, Appellate Division.



**David Felderman**

David Felderman is counsel at Grant & Eisenhofer. Prior to joining G&E, Mr. Felderman worked at a New York-based law firm where he handled antitrust class action and *qui tam* litigation.  Before that, he worked at a Philadelphia-based class action law firm where he handled securities and antitrust litigation and oversaw the operations of the firm's Global Portfolio Monitoring Platform.  Mr. Felderman also has experience counseling clients with respect to international securities litigation and corporate governance.

Mr. Felderman earned his J.D., *cum laude*, from Temple University Beasley School of Law. He earned his B.A. in economics from the University of Pennsylvania, and is currently a member of the Penn Alumni Interview Program.   Mr. Felderman previously served as President of the Penn Alumni Club of Philadelphia and as a member of the Board of Directors of Penn's Alumni Class Leadership Council.

**Ken S. Massey**

Ken Massey is counsel at Grant & Eisenhofer, focusing on corporate governance, securities, and civil rights litigation. Prior to joining G&E, Mr. Massey practiced consumer financial services, and commercial litigation at a leading financial services defense boutique and the Philadelphia office of a national law firm.

In 2023, Mr. Massey was named as National Legal Counsel to the Japanese American Citizens League, whose mission is to secure and maintain the civil rights of Japanese Americans.  He additionally serves on the board of directors of the Asian Pacific American Bar Association of Pennsylvania and has previously served as its President.  Mr. Massey has also previously served on the executive board of the Temple Law Alumni Association.  He was selected for inclusion three times to the Pennsylvania Super Lawyers list of "Rising Stars" and listed on the Pro Bono Roll of Honor for the First Judicial District of Pennsylvania.

Mr. Massey earned his J.D. from Temple University Beasley School of Law in 2004 and his B.A. in History from the University of Pennsylvania in 1999.

**Islam Aly**

Islam Aly is an associate at Grant & Eisenhofer, where he focuses on international securities litigation and arbitration.

Prior to joining G&E, Mr. Aly represented the interests of institutional investors at a national law firm, with a particular focus on identifying and developing corporate fraud and oversight cases. Mr. Aly also completed a fellowship with a separate national law firm where he worked on a variety of securities, antitrust, and consumer protection cases.

Mr. Aly graduated from University of California, Los Angeles School of Law, where he was the Chief Managing Editor of the *Journal of Islamic and Near Eastern Law* and also served as Co-



Chair of the Muslim Law Students Association. Mr. Aly received his B.A. from University of Wisconsin. He is fluent in Arabic.

**Shreena D. Amin**

Shreena Amin is an associate at Grant & Eisenhofer where she focuses on representing children and families in birth injury and birth trauma litigation.

Prior to joining G&E, Ms. Amin gained substantial experience as a civil litigator representing clients in catastrophic personal injury, mass torts, medical malpractice, and other complex litigation matters.

Ms. Amin earned her J.D. from University of Illinois Chicago, and her B.A. and B.S. degrees from University of Texas at San Antonio where she studied Biology and Art History.

**Kristine Baumstark**

Kristine Baumstark is an associate at Grant & Eisenhofer. Prior to joining G&E, Ms. Baumstark was an e-discovery project attorney and review manager.

Ms. Baumstark earned her J.D. from the University of Texas School of Law and her A.L.B. from Harvard University.

**Lisa Bennatan**

Lisa Bennatan is an associate at Grant & Eisenhofer, primarily focusing her practice on corporate governance litigation in Delaware Chancery Court.

Prior to joining G&E, Ms. Bennatan worked at another firm in securities and antitrust litigation. She also previously worked as a journalist in Washington, D.C.

Ms. Bennatan earned her LL.M in National Security Law from Georgetown University Law Center, her J.D. from Boston College Law School, and her B.A. degree from Penn State University.

**Mary K. Bolivar**

Mary Bolivar is an associate at Grant & Eisenhofer where she focuses her practice on consumer litigation.

Ms. Bolivar earned her J.D. from Sandra Day O'Connor College of Law at Arizona State University, and her B.A. in Broadcast Journalism from Arizona State University-Walter Cronkite School.



**Samantha L. Breitner**

Samantha Breitner is an associate at Grant & Eisenhofer, where she focuses on civil rights litigation.

Prior to joining G&E, Ms. Breitner worked at a complex litigation law firm in New York practicing securities litigation and representing adult survivors of sexual abuse.

Ms. Breitner was selected for inclusion in the New York *Super Lawyers* "Rising Star" list for 2024. Ms. Breitner graduated from Benjamin N. Cardozo School of Law in 2015, where she was an active member of the *Journal of Law and Gender* and served as Articles Editor. Ms. Breitner received her B.A. from Syracuse University in 2011.

**Leanne P. Brown-Pasquarello**

Leanne Brown-Pasquarello is an associate at Grant & Eisenhofer where she focuses on sovereign and public entity representation, primarily in matters to redress systemic environmental contamination. She currently represents several state Attorneys General and municipalities in environmental litigation. In that role, she is prosecuting claims against Monsanto Co. arising out of that company's production, marketing, and sale of toxic PCBs, which now contaminate natural resources and municipal storm water systems throughout the nation; and against 3M Co. and other manufacturers of toxic firefighting foam laced with toxic PFAS chemicals, which now contaminate groundwater, drinking water, and other public resources. Mrs. Brown-Pasquarello also has experience in securities class actions, shareholder derivative actions, antitrust actions, and appraisal rights.

During her time with Grant & Eisenhofer, she has worked on litigation teams whose efforts resulted in significant awards for their clients, including the following:
- *In re Pfizer, Inc. Securities Litigation*, class action securities litigation, wherein it was alleged that Pfizer misrepresented the cardiovascular safety of its multi-billion-dollar arthritis drugs, and resulted in a $486 million recovery.
- *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, a major securities fraud action against pharmaceutical industry titan, Merck & Co., Inc., that settled for $215 million.
- *In re MyFord Touch Consumer Litigation*, a consumer class action on behalf of owners of Ford vehicles equipped with allegedly defective infotainment units, which resulted in relief valued at over $33 million.

Prior to joining Grant & Eisenhofer, Ms. Brown-Pasquarello worked at a Philadelphia law firm on mass tort and complex civil litigation matters. She received her law degree from Widener University School of Law, where she wrote on The Law Forum, and was a member of ATLA. She received her B.A. degree in Political Science from University of Delaware, where she was a member of *Phi Sigma Pi* National Honor Society, and *Pi Sigma Alpha* National Political Science Honor Society. She served as Vice President of a political organization on campus.



Grant & Eisenhofer

42

**Mark D. Chiaccherie**

Mark Chiacchiere is an associate at Grant & Eisenhofer focusing his practice on international securities litigation and arbitration.

Prior to joining G&E, Mr. Chiacchiere worked with multiple national law firms, focusing on providing complex commercial litigation services in corporate and business law, pharmaceutical class actions and securities fraud matters.

Mr. Chiacchiere earned his J.D. from the Villanova University School of Law and received his B.S.B.A. in Finance from Georgetown University.

**Mica Cocco**

Mica Cocco is an associate at Grant & Eisenhofer where she focuses on securities litigation. Ms. Cocco joined the firm as an intern, working with the G&E ESG Institute and the firm's corporate litigation practice groups.  Prior to joining G&E, Ms. Cocco was a legal intern at an immigration law firm in New York.

Ms. Cocco earned her J.D. from New York Law School and her B.S. in marketing and psychology from the University of Maryland. During law school, Ms. Cocco was the Treasurer of the Jewish Law Student Association.

**Jared M. Cooper**

Jared Cooper is an associate at Grant & Eisenhofer whose practice focuses primarily on corporate governance litigation in Delaware Chancery Court.

Prior to joining G&E, Mr. Cooper was a Law Clerk for the Honorable Stephan H. Kehoe in the Appellate Court of Maryland.

Mr. Cooper earned his J.D. from University of Maryland Francis King Carey School of Law and his B.A. from Oberlin Conservatory of Music.

**Daniel T. Craig**

Daniel Craig is an associate at Grant & Eisenhofer where he focuses his practice on complex and mass tort litigation.

Prior to joining G&E, Mr. Craig worked at a Philadelphia law firm representing clients in catastrophic personal injury, medical malpractice, and civil rights matters.

Mr. Craig earned his J.D. from Temple University's Beasley School of Law in 2021, where he was a member of the school's nationally renowned trial team, and received his B.A. from Temple University in 2014.



**Timothy Clark B. Dauz**

Timothy Clark Dauz is an associate at Grant & Eisenhofer, where he focuses on securities litigation.

Prior to joining G&E, Mr. Dauz worked as an associate attorney managing arbitration and litigation matters, and he was also a securities litigation analyst at a New York law firm. He practiced law in the Philippines before moving to New York, and had served as the legal officer of a major financial institution. He also worked as an associate attorney at a law firm in Manila, where he litigated civil and commercial cases, and assisted in the resolution of corporate disputes.

Mr. Dauz earned his LL.M., *cum laude*, from the Fordham University School of Law, where he was the Fordham Blockchain Law Society's first publications director. He obtained his M.B.A. from the Asian Institute of Management in Makati City, Philippines, and his J.D. from the Ateneo de Manila University School of Law, also in Makati City. Having grown up in the Philippines, Mr. Dauz is fluent in Tagalog.

**Marc E. Davies**

Marc Davies is an associate at Grant & Eisenhofer. Prior to joining G&E, Mr. Davies was a shareholder at a Philadelphia law firm practicing environmental litigation involving PCBs.

He is currently an adjunct professor at Rutgers University School of Law, teaching environmental litigation, environmental business, and writing.

Mr. Davies earned his J.D. from Temple University's Beasley School of Law in 1997, where he was an Associate Member of *Temple Environmental Law and Technology Journal*. He received his M.A. in environmental science from University of Pennsylvania, where he also earned his B.A.

**Chelsea L. Dearden**

Chelsea Dearden is an associate at Grant & Eisenhofer, where she focuses on complex and mass tort litigation.

Prior to joining G&E, Ms. Dearden was an associate at a Pennsylvania law firm focusing on civil and commercial litigation in personal injury, premise and motor vehicle liability, commercial tort and contract matters.

Ms. Dearden received her J.D. from Widener University Delaware Law School, and her B.A. from West Chester University, where she majored in psychology.



44

**Demetrius Davis**

Demetrius Davis is an associate at Grant & Eisenhofer, focusing his practice on corporate governance and securities litigation.

After graduating law school, Mr. Davis was an intern for G&E focusing on matters in the Delaware Court of Chancery.

Mr. Davis earned his J.D. from Widener University Delaware Law School and his B.S. from the University of Delaware.

**Caley DeGroote**

Caley DeGroote is an associate at Grant & Eisenhofer, where her focus is on complex and mass tort litigation as well catastrophic personal injury litigation.  She handles matters from client intake through resolution, including trial.

Prior to joining G&E, Ms. DeGroote advocated for plaintiffs injured in personal injury and medical malpractice cases.  Ms. DeGroote also served as law clerk to the honorable Judge Frank K. Friedman on the Court of Appeals of Virginia and to the 23rd Judicial Circuit of Virginia.

Ms. DeGroote received her J.D. from Washington and Lee University School of Law, where she was the Executive Editor for the *Journal of Civil Rights and Social Justice*.  She received her B.A. from Furman University, where she majored in Political Science as well as Communication Studies and received a minor in Ancient Greek and Roman Studies.

**Gerald T. Edwards**

Gerald Edwards is an associate at Grant & Eisenhofer. Prior to joining G&E, Mr. Edwards was a staff attorney at the New York office of a national complex litigation law firm, focusing on corporate and business law, as well as securities fraud matters. Previously, Mr. Edwards worked as an attorney and analyst for several years with various global investment firms in the areas of corporate and securities law, investment management and banking, securities trading, compliance, and investment fraud.

Mr. Edwards earned his J.D. and his M.A. in International Relations and Economics from Syracuse University in 1993. He earned a B.A. in History from Howard University in 1990. Mr. Edwards is a member of the New York State Bar, the American Arbitration Association, the New York City Bar Association, and the Syracuse University Maxwell Alumni Association of New York.

**Amy C. Eisenhofer**

Amy Eisenhofer is an associate at Grant & Eisenhofer, where her focus is on complex and mass tort litigation. During law school, she was an intern at G&E in the complex and mass tort litigation practice.


Grant & Eisenhofer

Ms. Eisenhofer received her J.D. from New York Law School in 2023. She earned a B.A. in biology and a B.A. in American Studies from Brandeis University in 2018.

**Logan V. Flannery**

Logan Flannery is an associate at Grant & Eisenhofer, where her focus is on complex and mass tort litigation. Prior to joining G&E, Ms. Flannery worked as an associate attorney focusing on workers' compensation claims.

Ms. Flannery previously served as a Law Clerk to the Superior Court of New Jersey, Atlantic County Vicinage, Criminal Division. She received her J.D. from Widener Delaware Law School and her B.A. from Thomas Edison State University.

**Garrett A. Gittler**

Garrett Gittler is an associate at Grant & Eisenhofer where he focuses on complex and mass tort litigation. Prior to joining G&E, Mr. Gittler was an associate at the Philadelphia office of a national law firm where he focused on professional liability, catastrophic injury, and wrongful death claims. He also has prior experience litigating products liability, asbestos and property damage matters.

Mr. Gittler earned his J.D. from Villanova University Charles Widger School of Law, and his M.S. and B.S. degrees from West Chester University.

**Lisa K. Grumbine**

Lisa Grumbine is an associate at Grant & Eisenhofer where she focuses on sovereign and public entity representation, primarily in matters seeking to redress environmental contamination.  Ms. Grumbine currently represents several state Attorneys General and municipalities in environmental litigation.  In that role, she is prosecuting claims against 3M Co. and other manufacturers of toxic firefighting foam laced with toxic PFAS chemicals, which now contaminate groundwater, drinking water, and other public resources. Ms. Grumbine also handles a wide range of securities and commercial litigation actions on behalf of institutional investors and consumers.

Prior to her legal career, Ms. Grumbine worked in the banking industry with a primary focus in ERISA and Defined Contribution Plan compliance and administration. Ms. Grumbine is a graduate of ABA National Employee Benefit Trust School.

Ms. Grumbine earned her J.D. from Temple University, Beasley School of Law in 1997 and her B.S. in Consumer Economics, *cum laude*, from University of Delaware in 1990.



**Bridget V. Hamill**

Bridget Hamill is an associate at Grant & Eisenhofer. Prior to joining G&E, Ms. Hamill was an attorney with a law firm representing clients in mass tort litigation. Prior to that, her practice was focused primarily on class action litigation, where she represented plaintiffs in a variety of securities fraud, antitrust, consumer, and corporate governance cases.

Ms. Hamill earned her J.D. from Rutgers School of Law and her B.A. from Douglass College of Rutgers University.

**Lina Han**

Lina Han is an associate at Grant & Eisenhofer, where she focuses on complex and mass tort litigation.

Ms. Han earned her J.D. from the University of Pittsburgh School of Law in 2023. During law school she served as the President of the Asian Pacific American Law Student Association (APALSA), Vice President of the Christian Legal Society (CLS) from 2021-2022, and as the Lead Articles Editor for the Journal of Law and Commerce from 2022-2023. After graduating, she clerked for a federal magistrate judge in Las Vegas, Nevada from January 2024 to August 2025.

Ms. Han earned her B.S. in Biology from Brandeis University in 2018.

**Edith D. Hanly**

Edith Hanly is an associate at Grant & Eisenhofer, where she focuses her practice on environmental and bankruptcy litigation.

Ms. Hanly recently completed a clerkship with The Honorable Orelia E. Merchant in the U.S. District Court for the Eastern District of New York. Prior to that, she was a litigation associate at a national plaintiff's law firm practicing environmental litigation.

As a law student, Ms. Hanly was a member of the Tulane Environmental Law Clinic where she represented residents of Louisiana's "Cancer Alley" in environmental justice litigation and served as an extern for The Honorable Eldon E. Fallon of the U.S. District Court for the Eastern District of Louisiana.

Ms. Hanly earned her J.D. from Tulane University Law School, Order of the Coif, and her B.A. from Oberlin College.

**Maram M. Jafar**

Maram Jafar is an associate at Grant & Eisenhofer where her practice is focused on complex litigation matters.

 Grant & Eisenhofer

47

Prior to joining G&E, Ms. Jafar had a solo practice in Bensalem, PA where she handled personal bankruptcies and immigration matters. Ms. Jafar also worked at a small boutique firm in Philadelphia, PA where she handled personal injury cases.

Ms. Jafar earned her J.D. from Widener University Delaware Law School and her B.A. in Political Science from Temple University.

**Ronald Jolly**

Ronald Jolly is an associate at Grant & Eisenhofer. Prior to joining G&E, Mr. Jolly had a 30-plus year career as an attorney for the City of Chicago and the Illinois Attorney General's Office focusing on complex litigation representing consumer interests in public utility-related matters.

Mr. Jolly earned his J.D. from DePaul University and his B.A. from Northern Illinois University.

**Joanne Kapsack**

Joanne Kapsack is an associate at Grant & Eisenhofer. Prior to joining G&E, Ms. Kapsack was both a prosecutor and public defender.

Ms. Kapsack earned her J.D. from George Washington University Law School and her B.A. from University of Massachusetts Amherst.

**Lawrence P. Kempner**

Lawrence Kempner is an associate at Grant & Eisenhofer, focusing on litigation related to corporate governance, securities fraud and consumer protection.  Prior to joining Grant & Eisenhofer, Mr. Kempner was engaged in private practice with a concentration in civil litigation.

Mr. Kempner's efforts at Grant & Eisenhofer have helped to achieve substantial recoveries in a number of class action cases, including *In re Tyco International, Ltd. Securities Litigation* ($3.2 billion recovery), *In re Refco Securities Litigation* ($422 million recovery), *In re Pfizer Inc. Securities Litigation* ($486 million recovery), *In re JP Morgan Chase & Co. Securities Litigation* ($150 million recovery) and *In re Starz Stockholder Litigation* ($92.5 million recovery).

Mr. Kempner has also authored numerous legal publications, including books on evidence, discovery practice and consumer law.  He is a 1988 graduate of Lehigh University and received his J.D. from George Washington University in 1991.

**Raymond Lang**

Raymond Lang is an associate at Grant & Eisenhofer where he focuses on representing children and families in birth injury and birth trauma litigation. Prior to joining G&E, Mr. Lang was an associate at a business-oriented law firm in Chicago handling civil litigation claims, and prior to that, he practiced personal injury law for ten years.


Grant & Eisenhofer

Mr. Lang earned his J.D. from McGeorge Law School and his B.S. from Maryville University.

**Jonathan W. Lawlor**

Jonathan Lawlor is an associate at Grant & Eisenhofer. Mr. Lawlor has over seven years of legal experience focusing on securities, mergers & acquisitions, product liability, and other complex litigation.

Mr. Lawlor earned his J.D. from Widener University School of Law and his B.A. from Gettysburg College.

**Edward M. Lilly**

Edward Lilly focuses on Chancery litigation and corporate governance matters, intellectual property litigation, and securities fraud and anti-trust class action litigation as an associate at Grant & Eisenhofer.  He has additional experience in consumer mass tort litigation, product liability litigation, and derivative class actions.

Mr. Lilly graduated in 1996 from Cornell Law School and served as an editor for the *LII Bulletin-NY* and *Cornell Journal of Law & Public Policy*.  He received his M.S. in social psychology in 1993 from Purdue University and graduated *magna cum laude* from DePauw University with a B.A. in economics.

Mr. Lilly served as a clerk for the Honorable Thomas J. McAvoy of the U.S. District Court in Binghamton, New York.

**Ana R. Martin**

Ana Martin is an associate at Grant & Eisenhofer where she focuses her practice on environmental litigation. Prior to joining G&E, Ms. Martin earned her Ph.D. in Political Science, specializing in comparative politics and quantitative research methods and completing her dissertation on legislative trends in state and municipal waste disposal policies. She has taught at the undergraduate level and conducted quantitative and qualitative research for government agencies, non-profit organizations, and Fortune 500 companies.

After deciding to pursue a career in law in corporate and public accountability, Ms. Martin completed internships at the United States Securities and Exchange Commission (Division of Enforcement), the Public Company Accounting Oversight Board (Division of Enforcement), the American Civil Liberties Union (Voting Rights Division), and American Oversight.

Ms. Martin earned her J.D. from the University of Maryland Carey School of Law, her Ph.D. and M.A. in Political Science from Georgia State University, and her B.A. from Shorter University.

**William F. Moore**

William Moore is an associate at Grant & Eisenhofer where he focuses on representing families and children in birth injury and birth trauma litigation. Prior to joining G&E, Mr. Moore was an



associate attorney at a civil litigation firm practicing personal injury, wrongful death, and other liability claims.

From 2015-2018, Mr. Moore was selected for inclusion to *Leading Lawyers'* list of Emerging Lawyers. In 2010 and 2011, Mr. Moore was selected to Illinois *Super Lawyers'* list of Rising Stars. He is a member of the Chicago Bar Association and a Claims and Litigation Management Alliance Fellow.

Mr. Moore earned his J.D. from The John Marshall Law School and his B.S. from Northern Michigan University.

### Kevin M. Nadolny

Kevin Nadolny is an associate at Grant & Eisenhofer, focusing on environmental law, securities litigation, antitrust matters, and consumer litigation.

Mr. Nadolny's casework includes representing shareholders in such actions as: *In re Pfizer Inc. Securities Litigation* ($486 million settlement); *In re News Corporation Shareholder Derivative Litigation* ($139 million settlement); *In re Kinder Morgan Energy Partners, L.P. Derivative Litigation* ($27.5 million settlement).  He has also represented plaintiffs in antitrust matters such as: *In re Blue Cross Blue Shield Antitrust Litigation*, *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, *In re Aggrenox Antitrust Litigation*; and *Alaska Electrical Pension Fund v. Bank of America* (concerning ISDA-fix price-fixing).  Mr. Nadolny's consumer litigation experience includes working as a member of the team prosecuting consumer protection claims against General Motors in relation to its allegedly faulty ignition switches.

He is currently representing plaintiffs through the environmental practice group in *State of Vermont v. 3M Company, et al.* in a case related to PFAS contamination from sources other than Aqueous Film-Forming Foam (Non-AFFF).

Mr. Nadolny is a 1998 graduate of the University of Minnesota. He received his J.D. and LL.M. (Transnational Law) from Temple University, Beasley School of Law.

### William G. Passannante II

Will Passannante is an associate at Grant & Eisenhofer, where his practice focuses on corporate governance litigation.  Mr. Passannante researches, analyzes, and evaluates potential new stockholder litigation, with a focus on breaches of fiduciary duty and mergers and acquisitions.  Mr. Passannante also litigates stockholder matters in the Delaware Court of Chancery.

Mr. Passannante previously worked as an associate in the Delaware office of a plaintiff's firm where he represented investors in corporate governance class action and derivative litigation matters in the Delaware Court of Chancery.  Prior to that, Mr. Passannante clerked for the Hon. Jennifer Choe-Groves and the Hon. M. Miller Baker at the U.S. Court of International Trade, where he additionally supported sittings by designation on the United States Court of Appeals for


Grant & Eisenhofer

the Ninth Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the District of Idaho.  Mr. Passannante began his legal career as a paralegal working on False Claims Act investigations and litigation at the United States Attorney's Office for the Southern District of New York.

Mr. Passannante earned his J.D. from Fordham University School of Law, where he was a member of the *Fordham Urban Law Journal*, the Fordham Moot Court Board, and the Brendan Moore Trial Advocacy Program as well as a Stein Scholar for the Public Interest.  He received a bachelor's degree from Oberlin College.

## Vincent J. Pontrello

Vincent Pontrello is an associate at Grant & Eisenhofer where he focuses on securities litigation.

Prior to joining G&E, Mr. Pontrello was an associate attorney at a New York firm practicing insurance fraud litigation.

Mr. Pontrello earned his J.D. from Brooklyn Law School, where he was a member of the Moot Couty Honor Society, Appellate Division and the Associate Managing Editor of the *Journal of Law & Policy*. Mr. Pontrello received his B.S. in finance and marketing from the University of Delaware.

## Nathan B. Reeder

Nathan Reeder is an associate at Grant & Eisenhofer, focusing his practice on antitrust litigation.

Prior to joining G&E, Mr. Reeder was an associate at the Philadelphia office of an international law firm representing clients in antitrust and commercial matters.

Mr. Reeder earned his J.D. from University of Virginia School of Law where he was the Production Editor for *The Journal of Law and Politics*, and received his B.A. from Emory University.

## Hilary F. Rosenberg

Hilary Rosenberg is an associate at Grant & Eisenhofer, where her focus is on complex and mass tort litigation.

Prior to joining G&E, Ms. Rosenberg was a Judicial Law Clerk for The Honorable Richard P. Haaz in the Montgomery County Court of Common Pleas.  Prior to her clerkship, Ms. Rosenberg was a Law Clerk, and formerly a paralegal, at the Philadelphia office of a personal injury law firm.

Ms. Rosenberg received her J.D. from Widener University Delaware Law School and her B.A. from Washington College.

 Grant & Eisenhofer

**William C. Runzer**

William Runzer is an associate at Grant & Eisenhofer where his practice is focused on corporate governance, consumer protection, and other complex class actions.
Before joining G&E, Mr. Runzer worked with several major Philadelphia law firms on complex litigation matters including pharmaceutical class actions, securities litigation, and commercial contract disputes. Prior to his legal career, Mr. Runzer worked in operations and construction management.
Mr. Runzer earned his J.D. from Temple University Beasley School of Law and his B.S. in Business Administration from Saint Joseph's University.

**Lauren J. Salamon**

Lauren Salamon is an associate at Grant & Eisenhofer where she practices securities litigation.

Prior to joining G&E, Ms. Salamon was an associate at a national law firm where she focused on class action securities litigation. She also previously practiced international arbitration, intellectual property litigation, and other types of civil litigation at international firms.

Ms. Salamon is a member of the New York City Bar's Securities Litigation Committee. . She has been recognized for three years on the list of *Best Lawyers: Ones to Watch® in America* in the area of Commercial Litigation.

Ms. Salamon graduated from Yale Law School where she was an editor at the *Yale Journal of International Law*. She earned her B.A. in Japanese from the University of Rochester and was elected to Phi Beta Kappa.

**Raymond F. Schuenemann III**

Raymond Schuenemann III is an associate at Grant & Eisenhofer. Representative of Mr. Schuenemann's casework includes participation in securities class action *In re Pfizer Inc. Securities Litigation*, alleging Pfizer misrepresented the cardiovascular safety of its multi-billion-dollar arthritis drugs, resulting in a $486 million settlement; and securities class action *In re Marsh & McLennan Consolidated Securities Litigation*, alleging that Marsh & McLennan and its officers, directors, auditors, and underwriters participated in a fraudulent scheme involving bid-rigging and secret agreements to steer business to certain insurance companies in exchange for kick-back commissions, resulting in a $400 million settlement. Mr. Schuenemann was also involved in antitrust class action *In re Titanium Dioxide Antitrust Litigation*, where direct purchasers of Titanium Dioxide alleged that E.I. DuPont de Nemours and Company, Huntsman International and other defendants conspired to fix prices at which the chemical powder was sold in the United States, resulting in a series of settlements with defendants totaling $163 million.

After graduating from law school, Mr. Schuenemann was an associate attorney at a central Pennsylvania law firm where he worked on matters related to employment, real estate, tax, and healthcare law. Prior to his legal career, Mr. Schuenemann was an investment accountant in the mutual fund sector where he provided accounting services for numerous bond and equity funds.


Grant & Eisenhofer

Mr. Schuenemann was also employed as an internal auditor in both the finance and banking sectors.

Mr. Schuenemann is active in his community and spent many years as a volunteer pro-bono attorney at Mid Penn Legal Services where he defended low-income clients from debt collection actions. Additionally, Mr. Schuenemann spent four years as the Chairman of the Board of the Reading Area Water Authority, two years as an Executive Board Member of the Reading Redevelopment Corporation, and two years as the Vice President of The City of Reading Charter Board.

Mr. Schuenemann received his J.D. from Widener University School of Law in 2005 and is a 1999 graduate of West Chester University where he earned a B.S. in Finance.

**Kimberly B. Schwarz**

Kimberly Schwarz is an associate at Grant & Eisenhofer. She focuses her practice on complex and mass tort litigation. Ms. Schwarz earned her law degree from Rutgers School of Law in 2010. She graduated with high honors from Rutgers University School of Business in 2002 where she received her B.S. in Business Management.

**Haadee M. Siddiqui**

Haadee Siddiqui is an associate at Grant & Eisenhofer, where his primary area of practice is representing children and families in birth injury and birth trauma litigation.

Prior to joining G&E, Mr. Siddiqui worked in the Chicago office of a personal injury law firm representing individuals in complex medical negligence matters.

Mr. Siddiqui received his J.D. from Chicago-Kent College of Law at the Illinois Institute of Technology and his B.A. from DePaul University. At Chicago-Kent, he helped establish the First-Generation Law Student Association as well as the organization's mentorship program. He is a member of the Illinois Trial Lawyers Association (ITLA), Chicago Bar Association (CBA), and Illinois State Bar Association (ISBA). He also coaches undergraduate students in DePaul University's Mock Trial Program

**Shannon T. Somma**

Shannon Somma is an associate at Grant & Eisenhofer, focusing on securities litigation, appraisal rights, and antitrust litigation. Prior to joining Grant & Eisenhofer, Ms. Somma worked on cases in intellectual property, pharmaceutical, and environmental litigation.

Ms. Somma graduated in 1999 from the University of Delaware with a B.A. degree in psychology, and thereafter received her J.D. degree from Widener University School of Law in 2005.

 Grant & Eisenhofer

**Cecilia E. Stein**

Cecilia Stein is an associate at Grant & Eisenhofer where she focuses her practice on securities litigation.

Prior to joining Grant & Eisenhofer, Ms. Stein interned for Legal Services NYC, the NYC Human Rights Commission and the G&E ESG institute.

Ms. Stein earned her J.D. from Benjamin N. Cardozo School of Law and B.A. in International Relations from State University of New York New Paltz.  During law school, she was a staff editor of the *Cardozo Arts & Entertainment Law Journal* and practiced in the Bet Tzedek Civil Litigation Clinic.

**Adam Stoltz**

Adam Stoltz is an associate at Grant & Eisenhofer where he focuses on complex and mass tort litigation.   Prior to joining G&E, Mr. Stoltz was an associate at the New York office of a national litigation firm where he represented individuals and municipalities in products liability, personal injury, and civil rights litigation.

In addition to representing victims of human trafficking, Mr. Stoltz has also worked to hold corporate wrongdoers accountable for their role in the opioid epidemic, including conducting depositions of key corporate executives at the nation's fourth largest drug distributor.

Mr. Stoltz earned his J.D. from Tulane University and B.A. in History as well as Languages and Cultures of Asia from University of Wisconsin-Madison.

**Andrew Vola**

Andrew Vola is an associate at Grant & Eisenhofer, where his primary area of practice is representing children and families in birth injury and birth trauma litigation.

Prior to joining G&E, Mr. Vola worked with various Chicago law firms focusing on medical malpractice.

Before college, Mr. Vola enlisted in the United States Army as an Explosive Ordnance Disposal technician and served primarily in Germany, Kuwait, and Missouri. His service included defusing bombs, safely destroying explosive materials, and providing security on multiple occasions for then Vice President Joseph R. Biden.

Mr. Vola graduated from Loyola University of Chicago with an undergraduate degree in Global and International Studies. He also received his J.D. from Loyola University of Chicago.



**Thomas Walsh**

Thomas Walsh is an associate at Grant & Eisenhofer where he focuses on securities, bankruptcy, and civil rights litigation.

Prior to joining G&E, Mr. Walsh was an intern for the Honorable Judge Casey at the Norfolk County Probate and Family Court located in Canton, Massachusetts.

Mr. Walsh earned his B.A. in Legal Studies from the University of Massachusetts, Amherst and his J.D. from Suffolk University Law School in 2019.

**Deborah Scheinbach Weiss**

Deborah Scheinbach Weiss is an associate at Grant & Eisenhofer, focusing on securities and antitrust litigation.  As a contract attorney with G&E for several years, Ms. Weiss was part of G&E teams whose efforts resulted in significant awards for clients, including *In re London Silver Fixing, Ltd. Antitrust Litigation*, a case involving the manipulation of currency markets; *In re Starz Stockholder Litigation,* a class action by stockholders of Starz against Starz directors alleging breach of fiduciary duty in negotiating and approving the sale of Starz to Lions Gate Entertainment Corp.; and the $1 billion settlement in the *Royal Bank of Scotland* case in the United Kingdom, involving mortgage-backed securities that was a case of first impression in the UK.

Prior to joining G&E, Ms. Weiss practiced law in Philadelphia, where she worked on commercial litigation matters on behalf of national franchise systems and other clients, and provided operational counsel to various businesses. She has served as a lecturer to the Pennsylvania Bar Institute, speaking on franchise matters.

Ms. Weiss was graduated from Villanova Law School, where she was an Associate Editor of the *Villanova Law Review*, and from the State University of New York, College at Buffalo, where she received a B.A. in journalism.

 Grant & Eisenhofer

**Select Client Representations**

G&E has represented or is currently representing a number of institutional investors and other clients in major securities fraud actions, shareholder derivative suits, other breach-of-fiduciary-duty cases and related ancillary proceedings around the country.  Representative successes include:

**(A)    In Securities Fraud Litigation:**

**1.  CellStar**

In one of the earliest cases filed after the enactment of PSLRA, the State of Wisconsin Investment Board ("SWIB") was designated lead plaintiff and G&E was appointed lead counsel in *Gluck v. CellStar Corp.,* 976 F.Supp. 542 (N.D.Tex. 1997).  The cited opinion is widely considered the landmark on standards applicable to the lead plaintiff/lead counsel practice under PSLRA.  (See, especially, *In re Cendant Corp. Litig*., 2001 WL 980469, at *40, *43 (3d Cir. Aug. 28, 2001), citing the CellStar case.)  After the CellStar defendants' motion to dismiss failed and a round of discovery was completed, the parties negotiated a $14.6 million settlement, coupled with undertakings on CellStar's part for significant corporate governance changes as well.  With SWIB's active lead in the case, the class recovery, gross before fees and expenses, was approximated to be 56% of the class' actual loss claims, about 4 times the historical 14% average gross recovery in securities fraud litigation.  Because of the competitive process that SWIB had undertaken in the selection of counsel, resulting in a contingent fee percentage significantly less than the average 31% seen historically, the net recovery to the class after all claims were submitted came to almost 50% of actual losses, or almost 5 times the average net recovery.

**2.  Tyco**

G&E served as co-lead counsel representing co-lead plaintiffs Teachers' Retirement System of Louisiana and Louisiana State Employees' Retirement System in a securities class action against Tyco International Ltd. and PricewaterhouseCoopers LLP. The complaint alleged that the defendants, including Tyco International, Dennis Kozlowski, and other former executives and directors of Tyco and PricewaterhouseCoopers, made false and misleading public statements and omitted material information about Tyco's finances in violation of Sections 10(b), 14, 20A and 20(a) of the Securities Exchange Act of 1934.  Tyco agreed to fund $2.975 billion in cash to settle these claims, representing the single largest payment from any corporate defendant in the history of securities class action litigation.  PricewaterhouseCoopers also agreed to pay $225 million to settle these claims, resulting in a total settlement fund in excess of $3.2 billion. *In re Tyco International, Ltd., Securities Litigation,* D.NH, No. 02-1335

**3.  Pfizer**

G&E was class counsel in a certified federal securities class action against Pfizer and certain of its former officers and directors. Plaintiffs alleged that Pfizer affirmatively misrepresented the cardiovascular safety of its multi-billion-dollar arthritis drugs, Celebrex and Bextra, and actively



concealed adverse safety information concerning the products in order to win market share from Merck's competing Cox-2 drug, Vioxx. In 2004 and 2005, when the truth about the cardiovascular risks of Celebrex and Bextra was finally revealed, Pfizer shareholders collectively lost billions of dollars. Plaintiffs also alleged that certain former officers and directors of Pfizer illegally sold shares of Pfizer stock during the class period while in possession of material, non-public information concerning the drugs.

The case was extensively litigated for nearly 10 years, with millions of pages of documents produced and more than 50 depositions taken. Prior to the beginning of merits discovery, the parties engaged in a Daubert proceeding in which Pfizer argued that there was no scientific basis for a claim that Celebrex and Bextra were associated with adverse cardiovascular effects. Both sides submitted extensive expert reports and, after a 5 day trial, the Court completely rejected Pfizer's challenges to Plaintiffs' expert testimony. Defendants' motion for summary judgment was denied in most respects, although the Court held that Pfizer could not be held liable for a few statements made by its co-promoters concerning the drugs.  In 2014, however, the Court granted Defendants' motion to exclude the testimony of Plaintiffs' expert concerning damages and causation, Professor Daniel Fischel, and thereafter granted summary judgment for Defendants because without Fischel's testimony, Plaintiffs could not prove damages or loss causation.  Plaintiffs appealed to the United States Court of Appeals for the Second Circuit, and on April 12, 2016, the Court of Appeals reversed.  The Court of Appeals held that the District Court abused its discretion in excluding Fischel's testimony and further held that the District Court's erred in granting summary judgment to Defendants concerning the statements made by Pfizer's co-promoter.  Defendants moved in the Court of Appeals for rehearing *en banc*.  While that motion was pending, the parties agreed on a settlement of the litigation providing for a cash payment by Pfizer of $486 million.  The parties then jointly moved, and the Court of Appeals agreed, to hold the rehearing petition in abeyance pending the District Court's consideration of the proposed settlement.  The District Court held a conference on September 13, 2016 to consider whether to grant preliminary approval to the settlement and authorize the transmission of notice of the settlement to class members. The settlement was preliminarily approved on September 16, 2016, and on December 21, 2016, final approval was obtained.
 *In re Pfizer Inc. Securities Litigation,* S.D.N.Y., No. 04-9866.

### 4.  Global Crossing

Ohio Public Employees' Retirement System and the Ohio Teachers' Retirement System were appointed lead plaintiff and G&E was appointed sole lead counsel in a securities class action against Global Crossing, Ltd. and Asia Global Crossing, Ltd. *In re Global Crossing, Ltd. Securities & "ERISA" Litig.*, MDL Docket No. 1472.  In November 2004, the Court approved a partial settlement with the Company's former officers and directors, and former outside counsel, valued at approximately $245 million.  In July 2005, the Court approved a $75 million settlement with the Citigroup-related defendants (Salomon Smith Barney and Jack Grubman).  In October 2005, the Court approved a settlement with Arthur Andersen LLP and all Andersen-related defendants for $25 million.  In October 2006, the Court approved a $99 million settlement with various financial institutions.  In total, G&E recovered $448 million for investors in Global Crossing.


Grant & Eisenhofer

### 5. Refco

A mere two months after going public, Refco admitted that its financials were unreliable because the company had concealed that hundreds of millions of dollars of uncollectible receivables were owed to the company by an off-balance sheet entity owned by the company's CEO. G&E served as a co-lead counsel and G&E's client, PIMCO, was a co-lead plaintiff. The case resulted in recoveries totaling $422 million for investors in Refco's stock and bonds (including $140 million from the company's private equity sponsor, over $50 million from the underwriters, and $25 million from the auditor). *In re Refco, Inc. Securities Litigation*, S.D.N.Y., No. 05 Civ. 8626.

### 6. Marsh & McLennan

G&E was co-lead counsel for the class of former Marsh & McLennan shareholders in this federal securities class action alleging that the company, its officers, directors, auditors, and underwriters participated in a fraudulent scheme involving, among other things, bid-rigging and secret agreements to steer business to certain insurance companies in exchange for "kick-back" commissions. After five years of litigation, G&E achieved a $400 million settlement on behalf of the class. *In re Marsh & McLennan Companies, Inc. Sec. Litig.,* S.D.N.Y. 04-cv-8144.

### 7. Delphi

Delphi is an automotive company that was spun off of General Motors. The company failed as a stand-alone entity, but concealed its failure from investors. G&E's client, one of the largest pension funds in the world, served as a lead plaintiff, and G&E served as co-lead counsel in this securities class action, which produced settlements totaling $325 million from Delphi, its auditor and its director and officers liability insurer. *In re Delphi Corporation Securities Derivative & ERISA Litigation*, E.D. Mich., MDL No. 1725.

### 8. General Motors

G&E served as co-lead counsel in a securities class action against GM, arising from alleged false statements in GM's financial reports. After about two and a half years of litigation, a settlement was reached with GM for $277 million, with GM's auditor, Deloitte & Touche contributing an additional $26 million. The combined $303 million settlement ranked among the largest shareholder recoveries of 2008. *In re General Motors Corp. Sec. Litig.*, E.D. Mich., MDL No. 1749.

### 9. DaimlerChrysler

Florida State Board of Administration was appointed lead plaintiff and G&E co-lead counsel in the PSLRA class action on behalf of shareholders of the former Chrysler Corporation who exchanged their shares for stock in DaimlerChrysler in Chrysler's 1998 business combination with Daimler-Benz AG which was represented at the time as a "merger of equals." Shortly before trial, the defendants agree to a $300 million cash settlement, among the largest securities class action settlements since the enactment of the PSLRA. *In re DaimlerChrysler Securities Litigation,* D. Del., C.A. No. 00-0993.

 Grant & Eisenhofer

### 10. Oxford Health Plans

Public Employees' Retirement Association of Colorado ("ColPERA") engaged G&E to represent it to seek the lead plaintiff designation in the numerous securities fraud actions that were consolidated into *In re Oxford Health Plans, Inc., Securities Litig.*, S.D.N.Y., MDL Docket No. 1222 (CLB).  The court ordered the appointment of ColPERA as a co-lead plaintiff and G&E as a co-lead counsel.  G&E and its co-leads filed the Consolidated Amended Complaint. Memorandum opinions and orders were entered denying defendants' motions to dismiss (see 51 F.Supp. 2d 290 (May 28, 1999) (denying KPMG motion) and 187 F.R.D. 133 (June 8, 1999) (denying motion of Oxford and individual director defendants)).  The case settled for $300 million, another settlement negotiated by G&E that is among the largest settlements since the enactment of the PSLRA.

### 11.  Safety-Kleen

G&E was sole lead counsel for the plaintiffs in a federal securities class action and a series of related individual actions against former officers, directors, auditors and underwriters of Safety-Kleen Corporation, who are alleged to have made false and misleading statements in connection with the sale and issuance of Safety-Kleen bonds.  *In re Safety-Kleen Corp. Bondholders Litig.*, D.S.C., No. 3:00-CV-1145-17, consolidated complaint filed January 23, 2001.  In March of 2005, after a jury had been selected for trial, the auditor defendant settled with the class and individual claimants for $48 million.  The trial then proceeded against the director and officer defendants.  After seven weeks of trial, the director defendants settled for $36 million, and the court entered judgment as a matter of law in favor of the class and against the company's CEO and CFO, awarding damages of $192 million.

### 12. Satyam

G&E represented the Mississippi Employees Retirement System as lead plaintiff in a securities class action against Satyam. Dubbed "The Enron of India," investors in Satyam were stunned when the company's Chairman, B. Ramalinga Raju, publicly released a letter admitting that Satyam's balance sheet was inflated by at least INR 71 billion (Indian rupees), equal to approximately $1.4 billion USD. The day prior to its collapse, Satyam was listed as having a market capitalization of $3.15 billion USD. That value evaporated overnight as a result of the fraud. The litigation was settled for a total of $150.5 million. *In re Satyam Computer Services Ltd. Securities Litigation,* S.D.N.Y., No. 09-2027

### 13. J.P. Morgan

G&E represented co-lead plaintiff Ohio Public Employees Retirement System in pursuing securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, against J.P. Morgan Chase & Co. ("JPM") and certain senior executives of JPM in the very high profile "London Whale" proprietary trading scandal that roiled the credit markets and caused JPM shareholders to suffer more than a billion dollars in damages. In issuing its decision denying defendant's motion to dismiss, the Court reasoned that



plaintiffs had adequately alleged that materially false and misleading statements were issued by JPM, its CEO (Jamie Dimon) and its CFO (Douglas Braunstein).  In December 2015, just months after the Court granted in full the plaintiffs' motion for class certification, lead plaintiffs reached a settlement calling for an immediate $150 million cash payment. *In re JPMorgan Chase & Co. Securities Litigation*, S.D.N.Y., No. 12-3852

### 14. Parmalat

G&E was co-lead counsel in this securities class action arising out of a multi-billion dollar fraud at Parmalat, which the SEC described as "one of the largest and most brazen corporate financial frauds in history."  Settlements exceeding $110 million were reached.  *In re Parmalat Sec. Litig.*, S.D.N.Y. 04-MDL-1653.

### (B)    In Derivative and Other Corporate Litigation:

### 1.  UnitedHealth Group

G&E represented the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Connecticut Retirement Plans and Trust Funds as lead plaintiffs in a derivative and class action suit in which G&E successfully challenged $1.2 billion in back-dated options granted to William McGuire, then-CEO of health care provider UnitedHealth Group. This was among the first – and most egregious – examples of options backdating.  G&E's case produced a settlement of $922 million, the largest settlement in the history of derivative litigation in any jurisdiction.  *In re UnitedHealth Group Inc. Shareholder Derivative Litig.*, C.A. No. 06-cv-1216 (D. Minn.)

### 2.  Digex

This case resulted in a settlement of over $400 million, one of the largest reported settlements in the history of Delaware corporate litigation.  G&E represented the lead plaintiff, TCW Technology Limited Partnership, in alleging that Digex, Inc.'s directors and majority stockholder (Intermedia, Inc.) breached their fiduciary duties in connection with WorldCom's proposed $6 billion acquisition of Intermedia.  Among other issues, WorldCom was charged with attempting to usurp a corporate opportunity that belonged to Digex and improperly waiving on Digex's behalf the protections of Delaware's business combination statute.  Following G&E's argument on a motion to preliminarily enjoin the merger, the Court issued an opinion declining to enjoin the transaction but acknowledging plaintiffs' likelihood of success on the merits. *In re Digex, Inc. Shareholders Litigation*, C.A. No. 18336, 2000 WL 1847679 (Del. Ch. Dec. 13, 2000).  The case settled soon thereafter.

### 3.  Renren

G&E achieved a historic $300 million settlement of a complex cross jurisdictional derivative action brought in state court in New York on behalf of Renren, Inc., a Cayman Islands incorporated social media company headquartered in China.  G&E challenged a highly unusual transaction in which Renren spun off the company's valuable investment portfolio to a private



entity controlled by Renren insiders in exchange for patently inadequate consideration.  G&E, along with co-counsel, pursued claims against Renren's controlling stockholders, as well as the financial advisors and others who assisted in accomplishing the transactions, under New York and Cayman Islands law.  Plaintiffs successfully cleared substantial jurisdictional and substantive legal hurdles in prosecuting the claims.  Adopting a settlement feature G&E pioneered, the settlement provides a direct dividend payment to Renren's minority stockholders. *In re Renren, Inc. Derivative Litigation*, No. 653564/2018 (N.Y. Supreme Court)

### 4. McKesson

Settlement of the derivative action brought by G&E on behalf McKesson Corporation against the company's current and former officers and directors has been approved in the U.S. District Court, Northern District of California. The $175 million settlement amounts to one of the largest derivative case settlements in history. In addition to the monetary recovery, the settlement provides for governance reforms designed to improve Board oversight and fix compliance failures at McKesson.

McKesson, as a distributor of pharmaceuticals, has had a significant role in the increase of opioid drug abuse in the United States. In 2008, the company entered into a settlement agreement with the government and paid a $13.5 million dollar fine. McKesson failed to implement and adhere to the terms of the agreement and in 2017, was hit with a record $150 million fine. *In re McKesson Corp Stockholder Derivative Litigation,* C.A. No. 2017-0736 (Del. Ch.)

### 5. CBS

G&E settled a shareholder derivative action on behalf of shareholders of CBS against its former CEO, Leslie Moonves, and CBS Board members, to contest the forced merger of CBS and Viacom, which was effectuated because one set of actors (the Redstone Family) controlled the boards of both CBS and Viacom. The merger left CBS shareholders saddled with the underperforming Viacom, and the price of the combined entity's stock plummeted amidst poor performance. The derivative action challenged the fairness of the Viacom-CBS merger, and also asserted claims of corporate waste and unjust enrichment against Ms. Redstone and the CBS directors. The case settled for $167.5 million. *In re CBS Corporation Stockholder Class Action and Derivative Litigation*, C.A. No. 2020-0111 (Del. Ch.)

### 6. Freeport-McMoRan

G&E served as co-lead counsel representing plaintiffs in this derivative action against the Board of Directors ("Board") of Freeport-McMoRan Copper & Gold, Inc. ("Freeport" or the "Company") arising from their decision to cause the Company to acquire McMoRan Exploration Co. and Plains Exploration & Production Co. for over $20 billion. Plaintiffs alleged that these deals were rife with conflicts of interest as several Freeport directors were also directors of the acquired companies, and a majority of the Company's directors received significant personal benefits from the deal. Moreover, the transaction with McMoRan was largely viewed as a means to allow Freeport's CEO and Chairman to maintain control over and protect investments in McMoRan at the expense of Freeport's shareholders. In January 2015, after extensive mediation,


Grant & Eisenhofer

61

the plaintiffs agreed to settle the claims against the Board for $137.5 million, plus the Board's commitment to adopt corporate governance enhancements to deter future misconduct such as changes to policies regarding independent directors and performance-based executive compensation. Two months later, in March 2015, the Company's financial advisor, Credit Suisse Securities (USA) LLC, agreed to contribute an additional $10 million in cash plus $6.5 million in credit against future services provided to the Company, bringing the total value of the settlement to $153.75 million. Notably, and in a historic first for derivative litigation, the entire cash component of the settlement – $147.5 million – was distributed to Freeport shareholders in the form of a special dividend. Vice Chancellor Noble called the settlement "an exceptional recovery," as "one of the largest cash settlements of a derivative action, and perhaps more importantly, [unlike traditional derivative settlements] the proceeds will largely go to the shareholders." *In re Freeport-McMoRan Copper & Gold, Inc. Derivative Litigation,* C.A. No. 8145-VCN (Del. Ch.)

### 7. <u>Dole</u>

G&E was co-lead counsel for Dole's public stockholders in a class action alleging breaches of fiduciary duty by Dole's directors and by its CEO and controlling stockholder, David Murdock, in connection with Murdock's taking Dole private for $13.50 per share.  Following a nine-day trial, the Court found that defendants Murdock and Michael Carter (Dole's President, COO, General Counsel, and a Dole director) had breached their fiduciary duties to the class, and held them liable for damages of $2.74 per share (i.e., $148 million) plus interest. As Vice Chancellor Laster explained in his ruling, "Murdock and Carter's conduct throughout the [Special] Committee process, as well as their credibility problems at trial, demonstrated that their actions were not innocent or inadvertent, but rather intentional and in bad faith."  The Vice Chancellor went further, ruling that "Carter engaged in fraud" and outright "lied" to the Board's Special Committee during its consideration of Murdock's proposal.  The decision explained that, although "facially large, the [damage] award is conservative relative to what the evidence could support."  Following the Court's liability decision, the parties agreed to a settlement which required Murdock to pay, on behalf of the other defendants, damages consistent with the full $2.74 per share plus interest set forth in the Court's decision.  G&E also successfully obtained a confidential settlement on behalf of G&E's clients who sought appraisal of their Dole shares in connection with the take-private merger.  *In re Dole Food Company, Inc. Stockholder Litigation/ In re Appraisal of Dole Food Company, Inc.* C.A. Nos. 8703-VCL, 9079-VCL (Del. Ch.)

### 8. <u>AIG</u>

In what was, at the time, the largest settlement of derivative shareholder litigation in the history of the Delaware Chancery Court, G&E reached a $115 million

settlement in a suit against former executives of AIG for breach of fiduciary duty.  The case challenged hundreds of millions of dollars in commissions paid by AIG to C.V. Starr & Co., a privately held affiliate controlled by former AIG Chairman Maurice "Hank" Greenberg and other AIG directors. The suit alleged that AIG could have done the work for which it paid Starr, and that the commissions were simply a mechanism for Greenberg and other Starr directors to line

 Grant & Eisenhofer

their pockets. *Teachers' Retirement System of Louisiana v. Greenberg, et al.,* C.A. No. 20106-VCS (Del. Ch.).

### 9. Fox

G&E served as co-lead counsel in a derivative action stemming from decade-long claims of sexual harassment and racial discrimination by former Fox News Channel Chairman Roger Ailes and other Fox executives, and the company's Board of Directors' actions in relation to that conduct. G&E obtained a payment of $90 million for the company, which is believed to be one of the largest derivative settlements ever and the largest ever in a case focused strictly on a board's oversight failures. Notably, the settlement also included the creation of an oversight panel of world-class experts to ensure an inclusive and non-discriminatory workplace environment at Fox. The settlement is also notable because it highlights another tool G&E has repeatedly and successfully used to vindicate investor rights—namely, Section 220 inspections of company's internal books and records for the benefit of investors. *City of Monroe Employees' Retirement System derivatively on behalf of Twenty-First Century Fox Inc. v. Rupert Murdoch et al,* C.A. No. 2017-0833-AGB (Del. Ch.)

### 10. AIG II

G&E achieved a settlement of derivative claims against former American International Group, Inc. ("AIG") CEO Hank Greenberg and other officers of the insurer in connection with a well-documented bid-rigging scheme used to inflate the company's income. The scheme ─ which included an array of wrongful activities, such as sham insurance transactions intended to deceive shareholders and illegal contingent commissions which amounted to kickbacks to obtain business ─ caused billions of dollars' worth of damage to AIG, and ultimately led to the restatement of years of financial statements.

In approving a settlement that returned $90 million to AIG, the Court said the settlement was "an incentive for real litigation" with "a lot of high-quality lawyering." *In re American International Group, Inc., Consolidated Derivative Litigation.* C. A. No. 769-VCS (Del. Ch.).

### 11. Genentech

When Swiss healthcare company Roche offered to buy out biotech leader Genentech Inc. for $43.7 billion, or $89 per share, G&E filed a derivative claim on behalf of institutional investors opposed to the buyout. With the pressure of the pending litigation, G&E was able to reach a settlement that provided for Roche to pay $95 per share, representing an increase of approximately $3 billion for minority shareholders. *In re Genentech, Inc. Shareholders Litig.*, C.A. No. 3911-VCS (Del. Ch.).

### 12. Caremark / CVS

G&E represented institutional shareholders in this derivative litigation challenging the conduct of the board of directors of Caremark Rx Inc. in connection with the negotiation and execution of a merger agreement with CVS, Inc., as well as that board's decision to reject a competing



proposal from a different suitor.  Ultimately, through the litigation, G&E was able to force Caremark's board not only to provide substantial additional disclosures to the public shareholders, but also to renegotiate the terms of the merger agreement with CVS to provide Caremark shareholders with an additional $3.19 billion in cash consideration and to ensure Caremark's shareholders had statutory appraisal rights in the deal.  *Louisiana Municipal Police Employees' Retirement System, et al. v. Crawford, et al.*, C.A. No. 2635-N (Del. Ch.).

### 13. <u>Del Monte Foods</u>

G&E served as lead counsel in shareholder litigation in which the Firm obtained an $89.4 million settlement against Del Monte Foods Co. and Barclays Capital.  On February 14, 2011, the Delaware Chancery Court issued a ground-breaking order enjoining not only the shareholder vote on the merger, but the merger agreement's termination fee and other mechanisms designed to deter competing bids.  As a result of plaintiff's efforts, the Board was forced to conduct a further shopping process for the company.  Moreover, the opinion issued in connection with the injunction has resulted in a complete change on Wall Street regarding investment banker conflicts of interests and company retention of investment bankers in such circumstances.  *In re Del Monte Shareholder Litigation*, C.A. No. 6027-VCL (Del. Ch).

### 14.  <u>Williams</u>

In February 2021, G&E served as co-counsel at trial in the Court of Chancery winning a decision declaring that all directors of The Williams Companies breached their fiduciary duties by adopting a poison pill rights plan that prevented shareholders from communicating among themselves and with management.  Through this decision, the Court of Chancery confirmed that efforts by corporate boards to insulate themselves from accountability to shareholders is inconsistent with the shareholder franchise and invalid under Delaware law. *The Williams Companies Stockholder Litigation* C.A. No. 2020-0707-KSJM (Del. Ch).

### 15. <u>Facebook</u>

G&E served as co-lead counsel for plaintiffs, alleging that Facebook Chairman and CEO Mark Zuckerberg, as well as other officers and directors, breached their fiduciary duties to the class by approving the reclassification of Facebook stock.  The reclassification, if implemented, would have allowed Mark Zuckerberg to maintain majority voting control while reducing his economic stake in the Company by over 65%.  Just days before the trial was set to begin with Mark Zuckerberg's testimony, the Facebook Board of Directors met and decided to abandon the reclassification.  Because G&E was seeking to enjoin the reclassification, the Board's abandonment of it was a complete win for the plaintiffs and the class. *In re Facebook Class C Reclassification Litigation,* C.A. No. 12286 (Del Ch).

### (C)    In Securities Class Action Opt-Out Litigation

### 1.  <u>AOL Time Warner, Inc.</u>



G&E filed an opt-out action against AOL Time Warner, its officers and directors, auditors, investment bankers and business partners.  The case challenged certain transactions entered by the company to improperly boost AOL Time Warner's financials.  G&E was able to recover for its clients more than 6 times the amount that they would have received in the class case.

### 2.    BankAmerica Corp.

G&E filed an individual action seeking to recover damages caused by the defendants' failure to disclose material information in connection with the September 30, 1998 merger of NationsBank Corporation and BankAmerica Corporation.  G&E was preparing the case for trial when it achieved a settlement whereby the firm's client received more than 5 times what it would have received in the related class action. Those proceeds were also received approximately one year earlier than the proceeds from the class action settlement.

### 3.    Bristol-Myers Squibb

G&E filed an opt-out action against Bristol-Myers Squibb, certain of its officers and directors, its auditor, and Imclone, Inc., alleging that Bristol-Myers had falsified billions of dollars of revenue as part of a scheme of earnings management.  While the federal class action was dismissed and eventually settled for only 3 cents on the dollar, G&E's action resulted in a total settlement representing approximately 10 times what the firm's clients likely would have received from the class action.

### 4.    Petrobras

G&E filed securities fraud actions in Manhattan federal court on behalf of several U.S. and European public and private institutional investors against Petrobras, the Brazilian oil conglomerate, arising out of a decade-long bribery and kickback scheme that has been called the largest corruption scandal in Brazil's history.  The action alleged that Petrobras concealed bribes to senior officers and government officials and improperly capitalized these bribes as assets on its books in order to inflate the value of the company's refineries.  Many of these officers and officials have pled guilty before the Brazilian courts to charges stemming from their participation in the alleged scheme. G&E settled the action before the class action was resolved, and our clients received 2-3 times more than they would have had they stayed in the class, and received their share of the settlement at least two years before a class distribution.

### 5.    Qwest Communications

G&E filed an individual action against Qwest, its accountant (Arthur Andersen LLP), Solomon Smith Barney, and current and former officers and directors of those companies. The case alleged that Qwest used "swap deals" to book fake revenue and defraud investors.  G&E was able to recover for its clients more than 10 times what they would have recovered had they remained members of the class.

### 6.    WorldCom



G&E filed an opt-out action against former senior officers and directors of WorldCom, including former CEO Bernard Ebbers, and Arthur Andersen LLP (WorldCom's former auditor), among others.  The case stemmed from the widely-publicized WorldCom securities fraud scandal that involved false and misleading statements made by the defendants concerning WorldCom's financials, prospects and business operations.  G&E recovered for its clients more than 6 times what they would have received from the class action.



Grant & Eisenhofer