UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNOPSYS, INC., et al.,<br><br>    Defendants. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**<br><br>Case No.  25-cv-10201-JD |
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNOPSYS, INC., et al.,<br><br>    Defendants. | Case No.  25-cv-11059-JD |

The Court respectfully requests that the Honorable Eumi K. Lee determine whether these cases are related to *Kim v. Synopsys, Inc. et al.*, 25-cv-09410-EKL.  *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  January 6, 2026

JAMES DONATO
United States District Judge