Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel.: (415) 373-1671

*Attorneys for Lead Plaintiff Movant Mehdi
Vazeen and Proposed Lead Counsel for the
Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:25-cv-09410-EKL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RELATE CASES** |
| v. | **[CIV. L. R. 3-12]** |
| SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER, | **[CIV. L. R. 7-11]** |
| Defendants. | Judge: Honorable Eumi K. Lee |
| | Courtroom: 7 - 4th Floor |
| | Trial Date: None set |

[*Captions continued on following page*]

NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,

Defendants.

Case No. 3:25-cv-10201-JD

Judge: Honorable James Donato
Courtroom: 11 - 19th Floor
Trial Date: None set

CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE,

Defendants.

Case No. 3:25-cv-11059-JD

Judge: Honorable James Donato
Courtroom: 11 - 19th Floor
Trial Date: None set

Lead Plaintiff Movant Mehdi Vazeen, as Trustee on behalf of the Mehdi Vazeen Family Trust, together with Plaintiffs/Lead Plaintiff Movants Hyungjoon Kim, New England Teamsters Pension Fund, City of Sterling Heights Police & Fire Retirement System, Dimitrios Tselepidakis, Ron Hirji, Sheet Metal Workers Local No. 80 Pension Trust Fund, UA Local 13 Pension Fund, and Ohio Carpenters Pension Fund (collectively, "Plaintiffs"), and Defendants Synopsys, Inc., Sassine Ghazi, Shelagh Glaser, Sudhindra Kankanwadi, Aart J. De Geus, Luis Borgen, Marc N. Casper, Janice D. Chaffin, Bruce R. Chizen, Mercedes Johnson, Robert G. Painter, Jeannine P. Sargent, John G. Schwarz, and Roy Vallee ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on October 31, 2025, Plaintiff Hyungjoon Kim filed the securities class action captioned *Kim v. Synopsys, Inc., et. al.*, Case No. 5:25-cv-09410 (the "*Kim* Action"), asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  *See* 15 U.S.C. § 78u-4 *et seq*;

**WHEREAS**, on November 25, 2025, Plaintiff New England Teamsters Pension Fund filed the securities class action captioned *New England Teamsters Pension Fund v. Synopsys, Inc., et. al*, 3:25-cv-10201 (the "*New England Teamsters* Action"), asserting claims under the Securities Exchange Act of 1934 and Securities Act of 1933, which is governed by the PSLRA;

**WHEREAS**, on December 30, 2025, Plaintiff City of Sterling Heights Police & Fire Retirement System filed the securities class action captioned *City of Sterling Heights Police & Fire Retirement System v. Synopsys, Inc., et. al*, 3:25-cv-11059 (the "*Sterling Heights* Action") (together with the *Kim* Action and *New England Teamsters* Action, the "Actions"), asserting claims under the Securities Act of 1933, which is governed by the PSLRA;

**WHEREAS**, Civil Local Rule 3-12 provides that an action is related to another when "(1) the actions concern substantially the same parties, property, transaction, or event, and; (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges";

**WHEREAS**, the Parties agree that the Actions are related within the meaning of Civil Local

Rule 3-12;

**WHEREAS**, the PSLRA provides a procedure for consolidation of any related cases and for the appointment by the Court of a lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, the Parties expect a consolidated complaint, amended complaint, or the designation of an operative complaint after the determination of any lead plaintiff motion(s) in the *Kim* Action;

**WHEREAS**, Defendants anticipate filing a motion to dismiss in response to a consolidated complaint, amended complaint, or the designation of an operative complaint in this action;

**WHEREAS**, because of the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff; (iii) the filing of an amended complaint by lead plaintiff and counsel to be appointed by the Court, relating the Actions at this point is appropriate and would avoid unnecessary expenditure of party and judicial resources;

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to relate the Actions;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. The Actions are related cases within the meaning of Civil L.R. 3-12.
2. The *New England Teamsters* Action and *Sterling Heights* Action shall be reassigned to the Hon. Eumi K. Lee pursuant to Civil Local Rule 3-12(f).

[*Signature blocks on following page*]

DATED: January 7, 2026

Respectfully submitted,

LEVI & KORSINSKY, LLP

*/s/ Adam M. Apton*

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Movant Mehdi
Vazeen and Proposed Lead Counsel for the Class*

GLANCY PRONGAY & MURRAY LLP

*/s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Attorneys for Plaintiff Hyungjoon Kim and Ron
Hirji*

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

LABATON KELLER SUCHAROW LLP
Francis P. McConville (pro hac vice forthcoming)
Connor C. Boehme (pro hac vice forthcoming)
140 Broadway New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0470

fmcconville@labaton.com
cboehme@labaton.com

*Attorneys for New England Teamsters Pension Fund*


GRANT & EISENHOFER P.A.

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (SBN 143085)
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
egraham@gelaw.com

Karin E. Fisch (pro hac vice forthcoming)
Vincent J. Pontrello (pro hac vice forthcoming)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
kfisch@gelaw.com
vpontrello@gelaw.com

*Attorneys for City of Sterling Heights Police & Fire Retirement System*


DICELLO LEVITT LLP

*/s/ Brian O'Mara*
Henry Rosen (Bar No. 156963)
Brian O. O'Mara (Bar No. 229737)
Ruben Peña (Bar No. 328106)
4747 Executive Dr., Suite 240
San Diego, CA 92121
Tel. (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
rpena@dicellolevitt.com

DON BIVENS PLLC
Don Bivens (pro hac vice forthcoming)
15169 N. Scottsdale Road, Ste 205
Scottsdale, AZ 85254

-4-   CASE NO. 5:25-cv-09410-EKL
STIP. AND [~~PROPOSED~~] ORDER TO RELATE CASES

Tel.: (602) 762-2661
don@donbivens.com

*Attorneys for Dimitrios Tselepidakis*


ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Danielle S. Myers*
Danielle S. Myers
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
swilliams@rgrdlaw.com

ASHERKELLY
Michael J. Asher
Jacqueline A. Kelly
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
masher@asherkellylaw.com
jkelly@asherkellylaw.com

WATKINS, PAWLICK, CALATI & PRIFTI, PC
Joseph Pawlick
Edmond Prifti
1423 E. Twelve Mile Road
Madison Heights, MI 48071
Telephone: 248/658-0797
jpawlick@wpcplaw.com
eprifti@wpcplaw.com

*Attorneys for Ohio Carpenters Pension Fund, UA Local 13 Pension Fund, and Sheet Metal Workers' Local No. 80 Pension Trust Fund*

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Edward Han*
Edward Han
1000 Marsh Road
Menlo Park, CA 94025
650-614-7697
edward.han@orrick.com

James Neil Kramer
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5900
Fax: (415) 773-5759
Email: jkramer@orrick.com

*Attorneys for Defendants Synopsys, Inc., Sassine Ghazi, Shelagh Glaser, Sudhindra Kankanwadi, Aart J. De Geus, Luis Borgen, Marc N. Casper, Janice D. Chaffin, Bruce R. Chizen, Mercedes Johnson, Robert G. Painter, Jeannine P. Sargent, John G. Schwarz, and Roy Vallee*

**ATTESTATION CLAUSE**

I, Adam M. Apton, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Relate Cases.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January, 2026.

LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*

Adam M. Apton

STIP. AND [PROPOSED] ORDER TO RELATE CASES

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Date:    January 8, 2026

Hon. Eumi K. Lee
United States District Judge

CASE NO. 5:25-cv-09410-EKL
STIP. AND [PROPOSED] ORDER TO RELATE CASES