DiCELLO LEVITT LLP
HENRY ROSEN (Bar No. 156963)
BRIAN O. O'MARA (Bar No. 229737)
RUBEN PEÑA (Bar No. 328106)
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel. (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
rpena@dicellolevitt.com

*Counsel for Proposed Lead Plaintiff*
*and Proposed Lead Counsel for the Class*

[Additional counsel appears on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>        v.<br><br>SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER,<br><br>                       Defendants. | Case No. 5:25-cv-09410-EKL<br><br>DIMITRIOS TSELEPIDAKIS'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF<br><br><br>DATE:     April 29, 2026<br>TIME:     10:00 a.m.<br>CTRM:   7, 4th Floor<br>JUDGE:  Hon. Eumi K. Lee |

Dimitrios Tselepidakis's Response to Competing Motions for Appointment as Lead Plaintiff – Case No. 5:25-cv-09410-EKL

In addition to Dimitrios Tselepidakis's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF 35), several other motions seeking appointment as lead plaintiff were filed and remain pending before the Court.  *See* ECF 15, 19, 25, 29, 42.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff," so long as that applicant will fairly and adequately protect the interests of the class and is not otherwise subject to unique defenses.   15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Mr. Tselepidakis possesses a significant financial interest in the relief sought by the class and satisfies the Rule 23 requirements at this stage (ECF 35 at 4-6), he recognizes that other movants claim to have suffered larger losses.  If, however, the Court determines that the competing movants do not satisfy the PSLRA's requirements for appointment as lead plaintiff for any reason, Mr. Tselepidakis is willing and able to fulfill that role on behalf of the class.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii) (to qualify as the presumptive lead plaintiff, an applicant must satisfy the Rule 23 requirements and cannot be "subject to unique defenses").  *See also Schriver v. Impac Mortg. Holdings, Inc.*, No. SACV 06-31 CJC RNBX, 2006 WL 6886020, at *7-10 (C.D. Cal. May 2, 2006) (rejecting as inadequate post-motion grouping of movants purporting to possess the largest financial interest); *In re XM Satellite Radio Holdings Sec. Litig.*, 237 F.R.D. 13, 19 (D.D.C. 2006) (rejecting "newly formed group" because it "runs afoul of the strict deadlines imposed by the PSLRA, which require the filing of a motion for lead plaintiff within 60 days after notice is given.").

Here, Mr. Tselepidakis suffered significant losses, has standing to pursue the Securities Act claims because he acquired Synopsys common stock in exchange for Ansys, Inc. common stock in the acquisition, and otherwise satisfies Rule 23's typicality and adequacy requirements. *See* ECF 35 at 4-6.  In addition, DiCello Levitt, Mr. Tselepidakis's chosen counsel, has substantial experience in prosecuting class actions and should be approved as Lead Counsel.  *Id.*, at 6-7.  As such, in the event the other movants are found to be atypical or inadequate, or are otherwise subject

1

to unique defenses, Mr. Tselepidakis respectfully requests that the Court appoint him as lead plaintiff.

DATED:  January 13, 2026

*s/ Brian O. O'Mara*
BRIAN O. O'MARA

**DiCELLO LEVITT LLP**
Henry Rosen (Bar No. 156963)
Brian O. O'Mara (Bar No. 229737)
Ruben Peña (Bar No. 328106)
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel. (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
rpena@dicellolevitt.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
15169 N. Scottsdale Road, Ste 205
Scottsdale, AZ 85254
Tel.: (602) 762-2661
don@donbivens.com

*Additional Counsel for Lead Plaintiff*

2

Dimitrios Tselepidakis's Response to Competing Motions for Appointment as Lead Plaintiff – Case No. 5:25-cv-09410-EKL

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_s/ Brian O. O'Mara_
BRIAN O. O'MARA

**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
briano@dicellolevitt.com