Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley, Esq.*
Danielle Rowland Lindahl, Esq.*
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
        drl@rowleylawpllc.com

* Pro hac vice forthcoming

**COUNSEL FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SYNOPSYS, INC., SASSINE GHAZI, and SHELAGH GLASER, <br><br> Defendants | Case No. 5:25-cv-09410-EKL <br><br> **JURY TRIAL DEMANDED** <br><br> [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** <br><br> Judge: Honorable Eumi K. Lee <br> Courtroom: 7 - 4th Floor <br> Trial Date: None set |

Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") has come before the Court. Having considered the papers submitted in support, the Court ORDERS as follows:

    1.    The Motion is GRANTED.

- 1 -    [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

113936v1

2.    The Action captioned *BRIAN TAYLOR, derivatively on behalf of SYNOPSYS, INC. v. AART J. DE GEUS, ET AL., Case No.* 5:25-cv-10878 (ND Ca.) filed on December 22, 2025 is hereby related to the action captioned *HYUNGJOON KIM, Individually and on Behalf of All Others Similarly Situated v. SYNOPSYS, INC., et al.,* Case No. 5:25-cv-09410-EKL (N.D. Ca.) filed on October 31, 2025. The *Taylor* Action shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED:  January 14, 2026

Honorable Eumi K. Lee
United States District Court Judge

- 2 -    [PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES

113936v1