# EXHIBIT A

⚛ Lantern by Labaton ↗     ⫼ Client Connect ↗

The Firm ⌄     Practices     Our Team     Cases     News & Insights     Clien Servi

**⫼ Labaton Keller Sucharow**

Established 1963

‹ **Back to News & Insights**

November 25, 2025                    Firm News

# Labaton Keller Sucharow LLP Files Securities Class Action Against Synopsys, Inc. and Certain of Its Executives

NEW YORK, NY / November 25, 2025 – Labaton Keller Sucharow LLP (Labaton) has filed a securities class action lawsuit

(the Complaint) on behalf of its client the New England Teamsters Pension Fund (New England Teamsters) against Synopsys, Inc. (Synopsys or the Company) (NASDAQ: SNPS) and certain of its executives (collectively, Defendants).  The Action, which is captioned *New England Teamsters Pension Fund v. Synopsys, Inc.*, No. 25-cv-10201 (N.D. Cal. Nov. 25, 2025), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the Exchange Act) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons and entities that purchased or otherwise acquired Synopsys securities between December 4, 2024 and September 9, 2025, inclusive (the Class Period).  The action also asserts claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the Securities Act) on behalf of all persons and entities that purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. (Ansys) common stock in connection with the Company's acquisition of Ansys on July 17, 2025 (the Acquisition).

The Complaint is related to a previously filed action against Synopsys captioned *Kim v. Synopsis, Inc.*, No. 25-cv-09410 (N.D. Cal.) (the Initial Action).  The Initial Action was filed on October 31, 2025 on behalf of all persons and entities who purchased or otherwise acquired Synopsys securities during the Class Period.  The Complaint expands upon the Initial Action by adding the claims under the Securities Act in connection with the Acquisition.  Pursuant to the notice published on October 31, 2025 in connection with the filing of the Initial

Action, investors wishing to serve as Lead Plaintiff in the Initial Action pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **December 30, 2025**, as required by the Private Securities Litigation Reform Act of 1995.

Synopsys is a Mountain View, California-based technology company that provides software, intellectual property, and services used to design and verify advanced semiconductor chips.  The Company's products include electronic design automation tools, pre-designed semiconductor components known as Design IP, and software security and quality testing solutions.  Synopsys' customers, which include major semiconductor and electronics manufacturers, rely on its tools to manage complex chip design processes and accelerate time to market.

The Action alleges that Defendants misled investors by failing to disclose that: (1) the Company's growing emphasis on artificial intelligence customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that were made during the Class Period or contained in the Acquisition materials filed with the Securities and Exchange Commission

were materially false and/or misleading, and/or lacked a reasonable basis.

The truth about Defendants' misconduct was disclosed on September 9, 2025, when Synopsys reported weak third quarter 2025 financial results and revealed that the Company's "IP business underperformed expectations." On this news, Synopsys' stock price fell by 35.8 percent, dropping from $604.37 to $387.78 per share on September 10, 2025.

If you purchased or otherwise acquired Synopsys securities during the Class Period or purchased or otherwise acquired Synopsys common stock in exchange for shares of Ansys common stock in connection with the Acquisition, and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **December 30, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at +1 (212) 907-0780, or via email at [cboehme@labaton.com](mailto:cboehme@labaton.com).

New England Teamsters is represented by Labaton, which represents many of

the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion.  Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants.  Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications.  Offices are located in New York, Delaware, London, and Washington, D.C.

🔗 View the Complaint here.

**Our Locations**

**New York**
140 Broadway
New York, NY 10005
**Tel:** +1 212.907.0700

**Delaware**
222 Delaware Avenue, Suite 1510
Wilmington, DE 19801
**Tel:** +1 302.573.2540

**London**
1 King William Street
London, EC4N 7AF
United Kingdom
**Tel:** +44 20 3582 0981

**Washington, D.C.**

**Useful Links**

Practices

Cases

News & Insights

Client Services

Contact

**The Firm**

Our Team

Our Story

Awards & Accolades

Offices

Social Commitment

Careers for Attorneys

Careers for Business Professionals

Attorney Development

**Stay Connected**

Facebook

Twitter / X

LinkedIn

1050 Connecticut
Avenue NW, Suite
500
Washington, D.C.
20036
**Tel:** +1 202.772.1881

© Labaton Keller
Sucharow LLP All Rights
Reserved 2026

Attorney Advertising Disclaimer     Privacy Policy     Cookie Policy

California Privacy Policy and Notice of Collection of Personal Information

Transparency in Coverage Rule