# EXHIBIT B

# SNPS Stockholder Alert: Robbins LLP Informs Investors of a New Class Action Filing Against Synopsys, Inc.



NEWS PROVIDED BY
**Robbins LLP** →
Nov 26, 2025, 16:25 ET

SAN DIEGO, Nov. 26, 2025 /PRNewswire/ -- **Robbins LLP** informs stockholders that a class action was filed on behalf of all investors who purchased or otherwise acquired Synopsys, Inc. (NASDAQ: **SNPS**) (i) securities between December 4, 2024 and September 9, 2025, and (ii) common stock in exchange for their shares of Ansys, Inc. as a result of the acquisition of Ansys. Synopsys provides electronic design automation software products used to design and test integrated circuits.

For more information, submit a **form**, **email** attorney Aaron Dumas, Jr., or give us a call at (800) 350-6003.

**The Allegations:** Robbins LLP is Investigating Allegations that Synopsys, Inc. (SNPS) Mislead Investors Regarding the Performance of its IP Business

According to the complaint, on January 16, 2024, the Company announced that Synopsys had entered into an agreement to acquire Ansys for total consideration of about $35 billion (the "Acquisition"). Synopsys President and Chief Executive Officer touted the benefits of the proposed merger, stating that it would "deliver a holistic, powerful and seamlessly integrated silicon to systems approach to innovation to help

maximize the capabilities of technology R&D teams across a broad range of industries." The Acquisition Materials stated that Ansys shareholders would receive $197.00 in cash and 0.345 shares of Synopsys common stock in exchange for each share of Ansys they held at the time of the merger.

Plaintiff alleges that during the class period, defendants failed to disclose to investors: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; and (3) these issues were materially harming the Company's financial performance.

Plaintiff further alleges that on September 9, 2025, Synopsys released its third quarter 2025 financial results, revealing the Company's "IP business underperformed expectations." On this news, Synopsys's stock price fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025.

**What Now**: You may be eligible to participate in the class action against Synopsys, Inc. Shareholders who wish to serve as lead plaintiff for the class must submit their papers to the court by December 30, 2025. The lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation. You do not have to participate in the case to be eligible for a recovery. If you choose to take no action, you can remain an absent class member. For more information, click **here**.

*All representation is on a contingency fee basis. Shareholders pay no fees or expenses.*

**About Robbins LLP**: A recognized leader in shareholder rights litigation, the attorneys and staff of **Robbins LLP** have been dedicated to helping shareholders recover losses, improve corporate governance structures, and hold company executives accountable for their wrongdoing since 2002.

To be notified if a class action against Synopsys, Inc. settles or to receive free alerts when corporate executives engage in wrongdoing, sign up for **Stock Watch** today.

Attorney Advertising. Past results do not guarantee a similar outcome.

SOURCE Robbins LLP

# Synopsys Shareholder Alert: ClaimsFiler Reminds Investors With Losses In Excess Of $100,000 Of Lead Plaintiff Deadline In Class Action Lawsuits Against Synopsys, Inc. - SNPS

NEWS PROVIDED BY
**ClaimsFiler** ➞
Dec 01, 2025, 22:08 ET

NEW ORLEANS, Dec. 1, 2025 /PRNewswire/ -- **ClaimsFiler**, a FREE shareholder information service, reminds investors that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against **Synopsys**, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California.

Get Help

Synopsys investors should visit us at **https://www.claimsfiler.com/cases/nasdaq-snps-2** or call toll-free (844) 367-9658. Lawyers at Kahn Swick & Foti, LLC are available to discuss your legal options.

About the Lawsuit

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 2024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsys, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsys, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About ClaimsFiler

ClaimsFiler has a single mission: to serve as the information source to help retail investors recover their share of billions of dollars from securities class action settlements. At ClaimsFiler.com, investors can: (1) register for free to gain access to information and settlement websites for various securities class action cases so they can timely submit their own claims; (2) upload their portfolio transactional data to be notified about relevant securities cases in which they may have a financial interest; and (3) submit inquiries to the Kahn Swick & Foti, LLC law firm for free case evaluations.

To learn more about ClaimsFiler, visit **www.claimsfiler.com**.

SOURCE ClaimsFiler



**Source:** *Kahn Swick & Foti, LLC*

*December 02, 2025 22:35 ET*

# Synopsys, Inc. Securities Fraud Class Action Result of Financial Issues and +34% Stock Decline - Investors may Contact Lewis Kahn, Esq, @ KSF

NEW YORK and NEW ORLEANS, Dec. 02, 2025 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., remind investors with substantial losses that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against Synopsys, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California

What You May Do

If you purchased securities of Synopsys and would like to discuss your legal rights and how the case might affect you and your right to recover for your economic loss, you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit https://www.ksfcounsel.com/cases/nasdaqgs-snps/ to learn more. If you wish to serve as a lead plaintiff in this class action, you must petition the Court by **December 30, 2025**.

About the Lawsuits

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating Federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. This past year, KSF was ranked by SCAS among the top 10 firms nationally based upon total settlement value. KSF serves a variety of clients, including public and private institutional investors, and retail investors - in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, Delaware, California, Louisiana, Chicago, and a representative office in Luxembourg.

TOP 10 Plaintiff Law Firms - According to ISS Securities Class Action Services

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC
Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850
1100 Poydras St., Suite 960
New Orleans, LA 70163

CONNECT WITH US: Facebook || Instagram || YouTube || TikTok || LinkedIn

# Synopsys, Inc. Securities Fraud Class Action Result of Undisclosed Financial Problems and 35% Stock Decline - Investors may Contact Lewis Kahn, Esq, @ KSF



NEWS PROVIDED BY
**Kahn Swick & Foti, LLC** ➞
Dec 05, 2025, 22:36 ET

NEW YORK and NEW ORLEANS, Dec. 5, 2025 /PRNewswire/ -- **Kahn Swick & Foti**, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., remind investors with substantial losses that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against **Synopsys**, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California

What You May Do

If you purchased securities of Synopsys and would like to discuss your legal rights and how the case might affect you and your right to recover for your economic loss, you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (**lewis.kahn@ksfcounsel.com**), or visit **https://www.ksfcounsel.com/cases/nasdaqgs-snps/** to learn more. If you wish to serve as a lead plaintiff in this class action, you must petition the Court by **December 30, 2025**.

About the Lawsuits

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About **Kahn Swick & Foti**, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. This past year, KSF was ranked by SCAS among the top 10 firms nationally based upon total settlement value. KSF serves a variety of clients, including public and

private institutional investors, and retail investors - in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, Delaware, California, Louisiana, Chicago, and a representative office in Luxembourg.

TOP 10 Plaintiff Law Firms - According to ISS Securities Class Action Services

To learn more about KSF, you may visit **www.ksfcounsel.com**.

Contact:

Kahn Swick & Foti, LLC

Lewis Kahn, Managing Partner

**lewis.kahn@ksfcounsel.com**

1-877-515-1850

1100 Poydras St., Suite 960

New Orleans, LA 70163

CONNECT WITH US: **Facebook** ‖ **Instagram** ‖ **YouTube** ‖ **TikTok** ‖ **LinkedIn**

SOURCE Kahn Swick & Foti, LLC

# 21%

more press release
views with

Amplify™



*Source:* *Grabar Law Office*

*December 09, 2025 09:18 ET*

# Notice For Long-Term Shareholders of Cytokinetics, Inc. (NASDAQ: CYTK); Molina Healthcare, Inc. (NYSE: MOH); Synopsys, Inc. (NASDAQ: SNPS); and WEBTOON Entertainment Inc. (NASDAQ: WBTN): Grabar Law Office is Investigating Claims on Your Behalf

PHILADELPHIA, Dec. 09, 2025 (GLOBE NEWSWIRE) --

**Cytokinetics, Inc. (NASDAQ: CYTK):**

Grabar Law Office is investigating claims on behalf of shareholders of Cytokinetics, Inc. (NASDAQ: CYTK). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Cytokinetics, Inc. (NASDAQ: CYTK), through certain of its officers made materially false and misleading statements on to the market, Specifically, on March 10, 2025, Cytokinetics disclosed that the U.S. Food and Drug Administration ("FDA") had decided not to convene an advisory committee meeting to review the Company's New Drug Application ("NDA") for aficamten. On May 1, 2025, Cytokinetics announced that the FDA had extended the Prescription Drug User Fee Act action date for aficamten's NDA from September 26, 2025 to December 26, 2025 in order to review a Risk Evaluation and Mitigation Strategy ("REMS") submitted at the FDA's request after the initial NDA filing, thereby disclosing that the Company had not included a REMS in the original NDA. Then, on May 6, 2025, Chief Executive Officer Robert I. Blum acknowledged that Cytokinetics had multiple pre-NDA meetings with the FDA to discuss safety monitoring and risk mitigation but chose to submit the NDA without a REMS, relying on labeling and voluntary education materials. These misleading statements and delayed disclosures caused the company and its shareholders significant harm.

**WHAT YOU CAN DO NOW: If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $CYTK #Cytokinetics #CYTK

**Molina Healthcare, Inc. (NYSE: MOH):**

Grabar Law Office is investigating claims on behalf of shareholders of Molina Healthcare, Inc. (NYSE: MOH). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025 and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085 to learn more.**

**WHY?** As alleged in an underlying securities fraud class action complaint, Molina Healthcare, Inc. (NYSE: MOH), through certain of its officers, failed to disclose: (1) material, adverse facts concerning Molina Healthcare's "medical cost trend assumptions"; (2) that Molina Healthcare was experiencing a "dislocation between premium rates and medical cost trend"; (3) that Molina Healthcare's near term growth was dependent on a lack of "utilization of behavioral health, pharmacy, and inpatient and outpatient services"; and (4) as a result, Molina Healthcare's financial guidance for fiscal year 2025 was substantially likely to be cut.

**WHAT YOU CAN DO NOW: If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025 and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms,**

the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. $MOH #Molina #MOH

## Synopsys, Inc. (NASDAQ: SNPS):

Grabar Law Office is investigating claims on behalf of shareholders of Synopsys, Inc. (NASDAQ: SNPS). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call us at 267-507-6085.**

**WHY?** As alleged in a recently filed underlying securities fraud class action complaint, on March 14, 2024, Synopsys (NASDAQ: SNPS) filed with the SEC a registration statement for the acquisition of ANSYS Inc. (NASDAQ: ANSS) which was declared effective on April 17, 2024. On April 17, 2024, Synopsys filed with the SEC a prospectus for the Acquisition of ANSYS. The Acquisition Materials stated that ANSYS shareholders would receive $197.00 in cash and 0.345 shares of Synopsys common stock in exchange for each share of ANSYS they held at the time of the merger. Unbeknownst to investors, leading up to and at the time of the Acquisition, Synopsys' historical revenue and profit growth as represented in their Acquisition Materials were artificially inflated by the Company's unsustainable business practices. Specifically, it is alleged that Defendants misled investors by failing to disclose the following adverse facts: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that when made were materially misleading and/or lacked a reasonable basis.

On September 9, 2025, Synopsys released its Q3 2025 results and acknowledged, for the first time that its Design IP business had "underperformed expectations," design IP revenue had fallen 8% year-over-year, and the Company would need to "pivot" its road map and IP resources toward stronger-growth areas. Synopsys also revealed that several anticipated IP deals had not materialized and that issues involving a major foundry customer had contributed to the shortfall. The market reacted swiftly on this news with the stock price plunging 35.8% overnight, falling from $604.37 to $387.78 per share, erasing billions in market capitalization.

**WHAT YOU CAN DO NOW: If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you are encouraged to visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $SNPS #Synopsys #SNPS

## WEBTOON Entertainment Inc. (NASDAQ: WBTN) – Shareholder Class Action Survives Motion to Dismiss:

Grabar Law Office is investigating claims on behalf of shareholders of WEBTOON Entertainment Inc. (NASDAQ: WBTN). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased WEBTOON (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024 IPO, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.   Please visit     https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/,    contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY? On November 14, 2025, the United States District Court for the Central District of California denied Defendants' attempt to dismiss an underlying securities fraud class action complaint.** In allowing the class action to proceed, the court determined that Plaintiff adequately alleged that WEBTOON misled investors about the condition of one of its most critical performance metrics—Monthly Active Users ("MAU")—at the time of its IPO. The Court also held that Plaintiff plausibly alleged that WEBTOON's risk disclosures and omission-based statements were misleading.

**WHAT YOU CAN DO NOW: If you purchased WEBTOON (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024 IPO, you are encouraged to visit https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.   #WBTN #WEBTOON $WBTN**

Attorney Advertising Disclaimer

Contact:
Joshua H. Grabar, Esq.
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel:  267-507-6085
Email: jgrabar@grabarlaw.com



*Source:* *Kahn Swick & Foti, LLC*

*December 09, 2025 22:56 ET*

# Synopsys, Inc. Securities Fraud Class Action Result of Undisclosed Financial Problems and 35% Stock Decline - Investors may Contact Lewis Kahn, Esq, @ KSF

NEW YORK and NEW ORLEANS, Dec. 09, 2025 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., remind investors with substantial losses that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against Synopsys, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California

What You May Do

If you purchased securities of Synopsys and would like to discuss your legal rights and how the case might affect you and your right to recover for your economic loss, you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit https://www.ksfcounsel.com/cases/nasdaqgs-snps/ to learn more. If you wish to serve as a lead plaintiff in this class action, you must petition the Court by **December 30, 2025**.

About the Lawsuits

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. This past year, KSF was ranked by SCAS among the top 10 firms nationally based upon total settlement value. KSF serves a variety of clients, including public and private institutional investors, and retail investors - in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, Delaware, California, Louisiana, Chicago, and a representative office in Luxembourg.

TOP 10 Plaintiff Law Firms - According to ISS Securities Class Action Services

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC

Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850
1100 Poydras St., Suite 960
New Orleans, LA 70163

CONNECT WITH US: Facebook || Instagram || YouTube || TikTok || LinkedIn



*Source:* *Grabar Law Office*

*December 12, 2025 14:37 ET*

# Notice to Long-Term Shareholders of Cytokinetics, Inc. (NASDAQ: CYTK); Fortrea Holdings, Inc. (NASDAQ: FTRE); Synopsys, Inc. (NASDAQ: SNPS); and WEBTOON Entertainment Inc. (NASDAQ: WBTN): Grabar Law Office Investigates Claims on Your Behalf

PHILADELPHIA, Dec. 12, 2025 (GLOBE NEWSWIRE) --

**Cytokinetics, Inc. (NASDAQ: CYTK):**

Grabar Law Office is investigating claims on behalf of shareholders of Cytokinetics, Inc. (NASDAQ: CYTK). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Cytokinetics, Inc. (NASDAQ: CYTK), through certain of its officers made materially false and misleading statements on to the market, Specifically, on March 10, 2025, Cytokinetics disclosed that the U.S. Food and Drug Administration ("FDA") had decided not to convene an advisory committee meeting to review the Company's New Drug Application ("NDA") for aficamten. On May 1, 2025, Cytokinetics announced that the FDA had extended the Prescription Drug User Fee Act action date for aficamten's NDA from September 26, 2025 to December 26, 2025 in order to review a Risk Evaluation and Mitigation Strategy ("REMS") submitted at the FDA's request after the initial NDA filing, thereby disclosing that the Company had not included a REMS in the original NDA. Then, on May 6, 2025, Chief Executive Officer Robert I. Blum acknowledged that Cytokinetics had multiple pre-NDA meetings with the FDA to discuss safety monitoring and risk mitigation but chose to submit the NDA without a REMS, relying on labeling and voluntary education materials. These misleading statements and delayed disclosures caused the company and its shareholders significant harm.

**WHAT YOU CAN DO NOW: If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $CYTK #Cytokinetics #CYTK

**Fortrea Holdings, Inc. (NASDAQ: FTRE):**

Grabar Law Office is investigating claims on behalf of shareholders of Fortrea Holdings, Inc. (NASDAQ: FTRE). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**Current Fortrea Holdings, Inc. (NASDAQ: FTRE) shareholders who purchased or acquired Fortrea shares on or near the July 3, 2023 Labcorp spinoff, and still hold shares today, can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to them whatsoever.**
**You are encouraged to visit https://grabarlaw.com/the-latest/fortrea-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY?** According to an underlying securities fraud class action complaint, Fortrea Holdings, Inc. (NASDAQ: FTRE), through certain of its officers, made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, the Complaint alleges Defendants made false and/or misleading statements and/or failed to disclose that: (i) Fortrea overestimated the amount of revenue the Labcorp Pre-Spin Projects were likely to contribute to the Company's 2025 earnings; (ii) Fortrea overstated the cost savings it would likely achieve by exiting the TSAs; (iii) as a result, the Company's previously announced EBITDA targets for 2025 were inflated; (iv) accordingly, the viability of the Company's post-Spin-Off business model, as well as its business and/or financial prospects, were overstated; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

**WHAT YOU CAN DO NOW: If you purchased or acquired Fortrea Holdings, Inc. (NASDAQ: FTRE) shares on or near the July 3, 2023 Labcorp spinoff, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/fortrea-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $FTRE #Fortrea

**Synopsys, Inc. (NASDAQ: SNPS):**

Grabar Law Office is investigating claims on behalf of shareholders of Synopsys, Inc. (NASDAQ: SNPS). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call us at 267-507-6085.**

**WHY?** As alleged in a recently filed underlying securities fraud class action complaint, on March 14, 2024, Synopsys (NASDAQ: SNPS) filed with the SEC a registration statement for the acquisition of ANSYS Inc. which was declared effective on April 17, 2024. On April 17, 2024, Synopsys filed with the SEC a prospectus for the Acquisition of ANSYS. The Acquisition Materials stated that ANSYS shareholders would receive $197.00 in cash and 0.345 shares of Synopsys common stock in exchange for each share of ANSYS they held at the time of the merger. Unbeknownst to investors, leading up to and at the time of the Acquisition, Synopsys' historical revenue and profit growth as represented in their Acquisition Materials were artificially inflated by the Company's unsustainable business practices. Specifically, it is alleged that Defendants misled investors by failing to disclose the following adverse facts: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that when made were materially misleading and/or lacked a reasonable basis.

On September 9, 2025, Synopsys released its Q3 2025 results and acknowledged, for the first time that its Design IP business had "underperformed expectations," design IP revenue had fallen 8% year-over-year, and the Company would need to "pivot" its road map and IP resources toward stronger-growth areas. Synopsys also revealed that several anticipated IP deals had not materialized and that issues involving a major foundry customer had contributed to the shortfall. The market reacted swiftly on this news with the stock price plunging 35.8% overnight, falling from $604.37 to $387.78 per share, erasing billions in market capitalization.

**WHAT YOU CAN DO NOW: If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. common stock, you are encouraged to visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $SNPS #Synopsys #SNPS

**WEBTOON Entertainment Inc. (NASDAQ: WBTN) – Shareholder Class Action Survives Motion to Dismiss:**

Grabar Law Office is investigating claims on behalf of shareholders of WEBTOON Entertainment Inc. (NASDAQ: WBTN). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased WEBTOON (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024 IPO, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.   Please visit https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY? On November 14, 2025, the United States District Court for the Central District of California denied Defendants' attempt to dismiss an underlying securities fraud class action complaint.** In allowing the class action to proceed, the court determined that Plaintiff adequately alleged that WEBTOON misled investors about the condition of one of its most critical performance metrics— Monthly Active Users ("MAU")—at the time of its IPO. The Court also held that Plaintiff plausibly alleged that WEBTOON's risk disclosures and omission-based statements were misleading.

**WHAT YOU CAN DO NOW: If you purchased WEBTOON (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024 IPO, you are encouraged to visit https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** #WBTN #WEBTOON $WBTN

Attorney Advertising Disclaimer

Contact:
Joshua H. Grabar, Esq.
Grabar Law Office

One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Email: jgrabar@grabarlaw.com

Case 5:25-cv-39410-EKL    Document 58-2    Filed 01/20/26    Page 20 of 41

One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Email: jgrabar@grabarlaw.com

# Synopsys Shareholder Alert: ClaimsFiler Reminds Investors With Losses In Excess Of $100,000 Of Lead Plaintiff Deadline In Class Action Lawsuits Against Synopsys, Inc. - SNPS



NEWS PROVIDED BY

**ClaimsFiler** ➔
Dec 12, 2025, 22:05 ET

NEW ORLEANS, Dec. 12, 2025 /PRNewswire/ -- **ClaimsFiler**, a FREE shareholder information service, reminds investors that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against **Synopsys**, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California.

Get Help

Synopsys investors should visit us at **https://www.claimsfiler.com/cases/nasdaq-snps-2** or call toll-free (844) 367-9658. Lawyers at Kahn Swick & Foti, LLC are available to discuss your legal options.

About the Lawsuit

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About ClaimsFiler

ClaimsFiler has a single mission: to serve as the information source to help retail investors recover their share of billions of dollars from securities class action settlements. At ClaimsFiler.com, investors can: (1) register for free to gain access to information and settlement websites for various securities class action cases so they can timely submit their own claims; (2) upload their portfolio transactional data to be notified about relevant securities cases in which they may have a financial interest; and (3) submit inquiries to the Kahn Swick & Foti, LLC law firm for free case evaluations.

To learn more about ClaimsFiler, visit **www.claimsfiler.com**.

SOURCE ClaimsFiler



*Source:* *Grabar Law Office*

*December 16, 2025 08:40 ET*

# Notice to Long-Term Shareholders of Cytokinetics, Inc. (NASDAQ: CYTK); Fortrea Holdings, Inc. (NASDAQ: FTRE); Molina Healthcare, Inc. (NYSE: MOH); and Synopsys, Inc. (NASDAQ: SNPS): Grabar Law Office Investigates Claims on Your Behalf

PHILADELPHIA, Dec. 16, 2025 (GLOBE NEWSWIRE) --

**Cytokinetics, Inc. (NASDAQ: CYTK):**

Grabar Law Office is investigating claims on behalf of shareholders of Cytokinetics, Inc. (NASDAQ: CYTK). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.**

**Please visit** https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, **contact Joshua Grabar at** jgrabar@grabarlaw.com, **or call 267-507-6085.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Cytokinetics, Inc. (NASDAQ: CYTK), through certain of its officers made materially false and misleading statements on to the market. Specifically, on March 10, 2025, Cytokinetics disclosed that the U.S. Food and Drug Administration ("FDA") had decided not to convene an advisory committee meeting to review the Company's New Drug Application ("NDA") for aficamten. On May 1, 2025, Cytokinetics announced that the FDA had extended the Prescription Drug User Fee Act action date for aficamten's NDA from September 26, 2025 to December 26, 2025 in order to review a Risk Evaluation and Mitigation Strategy ("REMS") submitted at the FDA's request after the initial NDA filing, thereby disclosing that the Company had not included a REMS in the original NDA. Then, on May 6, 2025, Chief Executive Officer Robert I. Blum acknowledged that Cytokinetics had multiple pre-NDA meetings with the FDA to discuss safety monitoring and risk mitigation but chose to submit the NDA without a REMS, relying on labeling and voluntary education materials. These misleading statements and delayed disclosures caused the company and its shareholders significant harm.

**WHAT YOU CAN DO NOW: If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you are encouraged to visit** https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, **contact Joshua Grabar at** jgrabar@grabarlaw.com, **or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $CYTK #Cytokinetics #CYTK

**Fortrea Holdings, Inc. (NASDAQ: FTRE):**

Grabar Law Office is investigating claims on behalf of shareholders of Fortrea Holdings, Inc. (NASDAQ: FTRE). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**Current Fortrea Holdings, Inc. (NASDAQ: FTRE) shareholders who purchased or acquired Fortrea shares on or near the July 3, 2023 Labcorp spinoff, and still hold shares today, can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to them whatsoever. You are encouraged to visit** https://grabarlaw.com/the-latest/fortrea-shareholder-investigation/, **contact Joshua Grabar at** jgrabar@grabarlaw.com, **or call 267-507-6085.**

**WHY?** According to an underlying securities fraud class action complaint, Fortrea Holdings, Inc. (NASDAQ: FTRE), through certain of its officers, made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, the Complaint alleges Defendants made false and/or misleading statements and/or failed to disclose that: (i) Fortrea overestimated the amount of revenue the Labcorp Pre-Spin Projects were likely to contribute to the Company's 2025 earnings; (ii) Fortrea overstated the cost savings it would likely achieve by exiting the TSAs; (iii) as a result, the Company's previously announced EBITDA targets for 2025 were inflated; (iv) accordingly, the viability of the Company's post-Spin-Off business model, as well as its business and/or financial prospects, were overstated; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

**WHAT YOU CAN DO NOW: If you purchased or acquired Fortrea Holdings, Inc. (NASDAQ: FTRE) shares on or near the July 3, 2023 Labcorp spinoff, and still hold shares today, you are encouraged to visit** https://grabarlaw.com/the-latest/fortrea-shareholder-investigation/, **contact Joshua Grabar at** jgrabar@grabarlaw.com, **or call 267-507-6085.**

**You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $FTRE #Fortrea

### Molina Healthcare, Inc. (NYSE: MOH):

Grabar Law Office is investigating claims on behalf of shareholders of Molina Healthcare, Inc. (NYSE: MOH). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025 and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085 to learn more.**

**WHY?** As alleged in an underlying securities fraud class action complaint, Molina Healthcare, Inc. (NYSE: MOH), through certain of its officers, failed to disclose: (1) material, adverse facts concerning Molina Healthcare's "medical cost trend assumptions"; (2) that Molina Healthcare was experiencing a "dislocation between premium rates and medical cost trend"; (3) that Molina Healthcare's near term growth was dependent on a lack of "utilization of behavioral health, pharmacy, and inpatient and outpatient services"; and (4) as a result, Molina Healthcare's financial guidance for fiscal year 2025 was substantially likely to be cut.

**WHAT YOU CAN DO NOW: If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025 and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $MOH #Molina #MOH

### Synopsys, Inc. (NASDAQ: SNPS):

Grabar Law Office is investigating claims on behalf of shareholders of Synopsys, Inc. (NASDAQ: SNPS). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call us at 267-507-6085.**

**WHY?** As alleged in a recently filed underlying securities fraud class action complaint, on March 14, 2024, Synopsys (NASDAQ: SNPS) filed with the SEC a registration statement for the acquisition of ANSYS Inc. which was declared effective on April 17, 2024. On April 17, 2024, Synopsys filed with the SEC a prospectus for the Acquisition of ANSYS. The Acquisition Materials stated that ANSYS shareholders would receive $197.00 in cash and 0.345 shares of Synopsys common stock in exchange for each share of ANSYS they held at the time of the merger. Unbeknownst to investors, leading up to and at the time of the Acquisition, Synopsys' historical revenue and profit growth as represented in their Acquisition Materials were artificially inflated by the Company's unsustainable business practices. Specifically, it is alleged that Defendants misled investors by failing to disclose the following adverse facts: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require

more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that when made were materially misleading and/or lacked a reasonable basis.

On September 9, 2025, Synopsys released its Q3 2025 results and acknowledged, for the first time that its Design IP business had "underperformed expectations," design IP revenue had fallen 8% year-over-year, and the Company would need to "pivot" its road map and IP resources toward stronger-growth areas. Synopsys also revealed that several anticipated IP deals had not materialized and that issues involving a major foundry customer had contributed to the shortfall. The market reacted swiftly on this news with the stock price plunging 35.8% overnight, falling from $604.37 to $387.78 per share, erasing billions in market capitalization.

**WHAT YOU CAN DO NOW: If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. common stock, you are encouraged to visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $SNPS #Synopsys #SNPS

Attorney Advertising Disclaimer

Contact:
Joshua H. Grabar, Esq.
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel:  267-507-6085
Email: jgrabar@grabarlaw.com



**Source:** *Kahn Swick & Foti, LLC*

*December 16, 2025 22:47 ET*

# Synopsys, Inc. Notice of Application Deadline for Recovery in Class Action Lawsuit – Filing Deadline December 30, 2025

NEW YORK and NEW ORLEANS, Dec. 16, 2025 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., notifies investors in Synopsys, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS) of a class action securities lawsuit.

CLASS DEFINITION: The lawsuit seeks to recover losses on behalf of investors of Synopsys who were adversely affected by alleged securities fraud between December 4, 2024 and September 9, 2025 and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. Follow the link below to get more information and be contacted by a member of our team:

https://www.ksfcounsel.com/cases/nasdaqgs-snps/

Synopsys investors should contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit https://www.ksfcounsel.com/cases/nasdaqgs-snps/ to learn more.

CASE DETAILS: According to the Complaint, on September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025. On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

WHAT TO DO? If you invested in Synopsys and suffered a loss during the relevant time frame, you have until December 30, 2025 to request that the Court appoint you as lead plaintiff; however, your ability to share in any recovery does not require that you serve as a lead plaintiff.

About Kahn Swick & Foti, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. This past year, KSF was ranked by SCAS among the top 10 firms nationally based upon total settlement value. KSF serves a variety of clients, including public and private institutional investors, and retail investors - in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, Delaware, California, Louisiana, Chicago, and a representative office in Luxembourg.

TOP 10 Plaintiff Law Firms - According to ISS Securities Class Action Services

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:

Kahn Swick & Foti, LLC

Lewis Kahn, Managing Partner
lewis.kahn@ksfcounsel.com
1-877-515-1850
1100 Poydras St., Suite 960
New Orleans, LA 70163

CONNECT WITH US: Facebook || Instagram || YouTube || TikTok || LinkedIn



**Source:** *SkyMedia, LLC*

*December 18, 2025 12:05 ET*

# Synopsys Shareholder Alert: ClaimsFiler Reminds Investors With Losses In Excess Of $100,000 Of Lead Plaintiff Deadline In Class Action Lawsuits Against Synopsys, Inc. - SNPS

NEW ORLEANS, Dec. 18, 2025 (GLOBE NEWSWIRE) -- ClaimsFiler, a FREE shareholder information service, reminds investors that they have until **December 30, 2025** to file lead plaintiff applications in securities class action lawsuits against Synopsys, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS), if they purchased or otherwise acquired the Company's securities between December 4, 2024 and September 9, 2025, inclusive (the "Class Period") and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. These actions are pending in the United States District Court for the Northern District of California.

Get Help

Synopsys investors should visit us at https://www.claimsfiler.com/cases/nasdaq-snps-2 or call toll-free (844) 367-9658. Lawyers at Kahn Swick & Foti, LLC are available to discuss your legal options.

About the Lawsuit

Synopsys and certain of its executives are charged with failing to disclose material information during the Class Period, violating federal securities laws.

On September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025.

On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

About ClaimsFiler

ClaimsFiler has a single mission: to serve as the information source to help retail investors recover their share of billions of dollars from securities class action settlements. At ClaimsFiler.com, investors can: (1) register for free to gain access to information and settlement websites for various securities class action cases so they can timely submit their own claims; (2) upload their portfolio transactional data to be notified about relevant securities cases in which they may have a financial interest; and (3) submit inquiries to the Kahn Swick & Foti, LLC law firm for free case evaluations.

To learn more about ClaimsFiler, visit www.claimsfiler.com.

# Synopsys, Inc. Notice of December 30, 2025 Application Deadline for Class Action Lawsuit- Contact Lewis Kahn, Esq. at Kahn Swick & Foti, LLC, Before Application Deadline



NEWS PROVIDED BY

**Kahn Swick & Foti, LLC** ➝
Dec 19, 2025, 22:56 ET

NEW YORK and NEW ORLEANS, Dec. 19, 2025 /PRNewswire/ -- **Kahn Swick & Foti**, LLC ("KSF") and KSF partner, former Attorney General of Louisiana, Charles C. Foti, Jr., notifies investors in **Synopsys**, Inc. ("Synopsys" or the "Company") (NasdaqGS: SNPS) of a class action securities lawsuit.

CLASS DEFINITION: The lawsuit seeks to recover losses on behalf of investors of Synopsys who were adversely affected by alleged securities fraud between December 4, 2024 and September 9, 2025 and/or purchased or otherwise acquired Synopsys common stock in exchange for their shares of Ansys, Inc. ("Ansys") common stock in the acquisition of Ansys. Follow the link below to get more information and be contacted by a member of our team:

Synopsys investors should contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (**lewis.kahn@ksfcounsel.com**), or visit **https://www.ksfcounsel.com/cases/nasdaqgs-snps/** to learn more.

CASE DETAILS: According to the Complaint, on September 9, 2025, post-market, the Company announced its 3Q2025 financial results, disclosing quarterly revenue of $1.740 billion, missing its prior guidance of between $1.755 billion and $1.785 billion, and reported net income of $242.5 million, a 43% year-over-year decline from $425.9 million reported for 3Q 024. Further, the Company reported that its Design IP segment accounted for approximately 25% of revenue and came in at $426.6 million, a 7.7% decline year-over-year, and also provided guidance inferring that Design IP revenues will decline by at least 5% on a full-year basis in fiscal 2025. On this news, the price of Synopsys' shares fell $216.59, or 35.8%, to close at $387.78 per share on September 10, 2025, on unusually heavy trading volume.

The first-filed case is *Kim v. Synopsis, Inc., et al.,* No. 25-cv-09410. A subsequent case, *New England Teamsters Pension Fund v. Synopsis, Inc., et al.,* No. 25-cv- 10201, expanded the class period.

WHAT TO DO? If you invested in Synopsys and suffered a loss during the relevant time frame, you have until December 30, 2025 to request that the Court appoint you as lead plaintiff; however, your ability to share in any recovery does not require that you serve as a lead plaintiff.

About **Kahn Swick & Foti**, LLC

KSF, whose partners include former Louisiana Attorney General Charles C. Foti, Jr., is one of the nation's premier boutique securities litigation law firms. This past year, KSF was ranked by SCAS among the top 10 firms nationally based upon total settlement value. KSF serves a variety of clients, including public and private institutional investors, and retail investors - in seeking recoveries for investment losses emanating from corporate fraud or malfeasance by publicly traded companies. KSF has offices in New York, Delaware, California, Louisiana, Chicago, and a representative office in Luxembourg.

TOP 10 Plaintiff Law Firms - According to ISS Securities Class Action Services

To learn more about KSF, you may visit **www.ksfcounsel.com**.

Contact:

Kahn Swick & Foti, LLC

Lewis Kahn, Managing Partner

**lewis.kahn@ksfcounsel.com**

1-877-515-1850

1100 Poydras St., Suite 960

New Orleans, LA 70163

CONNECT WITH US: **Facebook** ‖ **Instagram** ‖ **YouTube** ‖ **TikTok** ‖ **LinkedIn**

SOURCE Kahn Swick & Foti, LLC

# 21%

more press release
views with



Request a Demo





**Source:** *Grabar Law Office*

*December 23, 2025 11:42 ET*

# Important Notice to Long-Term Shareholders of Alexandria Real Estate Equities, Inc. (NYSE: ARE); Inspire Medical Systems, Inc. (NYSE: INSP); Integer Holdings Corp. (NYSE: ITGR); and Synopsys, Inc. (NASDAQ: SNPS): Grabar Law Office is Investigating Claims on Your Behalf

PHILADELPHIA, Dec. 23, 2025 (GLOBE NEWSWIRE) --

**Alexandria Real Estate Equities, Inc. (NYSE: ARE)**:

Grabar Law Office is investigating claims on behalf of shareholders of Alexandria Real Estate Equities, Inc. (NYSE: ARE). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Alexandria Real Estate Equities, Inc. (NYSE: ARE), shares prior to January 27, 2025, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/alexandria-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085 to learn more.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Alexandria Real Estate Equities, Inc. (NYSE: ARE), through certain of its officers, made false statements and/or concealed that while the Company provided investors with overwhelmingly positive material information concerning Alexandria's expected revenue and FFO (funds from operations) growth for the fiscal year 2025, particularly as it related to the growth of the Company's real estate operations, while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of its Long Island City (LIC) property; notably, the Company's claims and confidence about the leasing value of the LIC property as a life-science destination aligning with Alexandria's Megacampus™ strategy.

**WHAT YOU CAN DO NOW: If you purchased Alexandria Real Estate Equities, Inc. (NYSE: ARE), shares prior to January 27, 2025, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/alexandria-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** #ARE $ARE #AlexandriaRealEstateEquities

<u>**Inspire Medical Systems, Inc. (NYSE: INSP)**</u>:

Grabar Law Office is investigating claims on behalf of Inspire Medical Systems, Inc. (NYSE: INSP) shareholders. The investigation concerns whether certain officers of Inspire Medical have breached their fiduciary duties owed to the company.

**Current Inspire Medical shareholders who have continuously held Inspire Medical shares since prior to August 6, 2024, can seek corporate reforms, the return of funds back to company coffers, and a court approved incentive award at no cost to them whatsoever.** Visit https://grabarlaw.com/the-latest/inspire-medical-shareholder-investigation/, contact Joshua H. Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.

**BASIS OF THE INVESTIGATION:** A recently filed securities fraud class action complaint alleges that Inspire Medical Systems, Inc. (NYSE: INSP), via certain of its officers, misled investors and/or failed to disclose that the company was having serious problems with the launch of its most important new product, a sleep apnea device called "Inspire V." It is alleged that Inspire Medical and certain of its officers falsely assured investors that Inspire had satisfied all regulatory, technical, and commercial conditions for the launch of its "next generation" product; that demand for Inspire V was high; and that the Company's commercial launch of its new device was proceeding successfully. It is alleged that in reality, none of these positive statements were true. Instead, and unbeknownst to investors, the Inspire V launch was a disaster. Contrary to Defendants' public statements, demand for Inspire V was minimal because Inspire Medical's customers were already flush with inventory— older, unsold versions of Inspire Medical's sleep apnea device. Moreover, Defendants had failed to take basic steps to ensure clinician and payor uptake of the new device leading to massive delays in adoption. On August 4, 2025, Inspire Medical and its officers were forced to admit the truth, which once revealed, caused the price of Inspire stock to plummet by 32% and wiping out more than $1.5 billion in shareholder value.

**WHAT TO DO NOW: If you have continuously held Inspire Medical (NYSE: INSP) shares since prior to August 6, 2024, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to them whatsoever. You are encouraged to visit https://grabarlaw.com/the-latest/inspire-medical-shareholder-investigation/, contact Joshua H. Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.** $INSP #InspireMedical #INSP

## Integer Holdings Corp. (NYSE: ITGR):

Grabar Law Office is investigating claims on behalf of shareholders of Integer Holdings Corp. (NYSE: ITGR). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Integer Holdings Corp. (NYSE: ITGR), shares prior to July 25, 2024, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. You are encouraged to visit https://grabarlaw.com/the-latest/integer-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Integer Holdings Corp. (NYSE: ITGR), through certain of its officers, made materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, it is alleged that the Company failed to disclose that: (1) Integer materially overstated its competitive position within the growing EP manufacturing market; (2) despite Integer's claims of strong visibility into customer demand, the Company was experiencing a sustained deterioration in sales relating to two of its EP devices; (3) in turn, Integer mischaracterized its EP devices as a long-term growth driver for the Company's C&V segment; and (4) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT YOU CAN DO NOW: If you purchased Integer Holdings Corp. (NYSE: ITGR), shares prior to July 25, 2024, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/integer-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** #ITGR $ITGR #IntegerHoldings

## Synopsys, Inc. (NASDAQ: SNPS):

Grabar Law Office is investigating claims on behalf of shareholders of Synopsys, Inc. (NASDAQ: SNPS). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call us at 267-507-6085.**

**WHY?** As alleged in a recently filed underlying securities fraud class action complaint, on March 14, 2024, Synopsys (NASDAQ: SNPS) filed with the SEC a registration statement for the acquisition of ANSYS Inc. which was declared effective on April 17, 2024. On April 17, 2024, Synopsys filed with the SEC a prospectus for the Acquisition of ANSYS. The Acquisition Materials stated that ANSYS shareholders would receive $197.00 in cash and 0.345 shares of

Synopsys common stock in exchange for each share of ANSYS they held at the time of the merger.    Unbeknownst to investors, leading up to and at the time of the Acquisition, Synopsys' historical revenue and profit growth as represented in their Acquisition Materials were artificially inflated by the Company's unsustainable business practices. Specifically, it is alleged that Defendants misled investors by failing to disclose the following adverse facts: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that when made were materially misleading and/or lacked a reasonable basis.

On September 9, 2025, Synopsys released its Q3 2025 results and acknowledged, for the first time that its Design IP business had "underperformed expectations," design IP revenue had fallen 8% year-over-year, and the Company would need to "pivot" its road map and IP resources toward stronger-growth areas. Synopsys also revealed that several anticipated IP deals had not materialized and that issues involving a major foundry customer had contributed to the shortfall. The market reacted swiftly on this news with the stock price plunging 35.8% overnight, falling from $604.37 to $387.78 per share, erasing billions in market capitalization.

**WHAT YOU CAN DO NOW: If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. common stock, you are encouraged to visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $SNPS #Synopsys #SNPS

Attorney Advertising Disclaimer

Contact:
Joshua H. Grabar, Esq.
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel:  267-507-6085
Email: jgrabar@grabarlaw.com



*Source:* *Grabar Law Office*

*December 30, 2025 09:57 ET*

# Notice to Long-Term Shareholders of Cytokinetics, Inc. (NASDAQ: CYTK); Molina Healthcare, Inc. (NYSE: MOH); Synopsys, Inc. (NASDAQ: SNPS); and WEBTOON Entertainment, Inc. (NASDAQ: WBTN): Grabar Law Office Investigates Claims on Your Behalf

PHILADELPHIA, Dec. 30, 2025 (GLOBE NEWSWIRE) --

**Cytokinetics, Inc. (NASDAQ: CYTK):**

Grabar Law Office is investigating claims on behalf of shareholders of Cytokinetics, Inc. (NASDAQ: CYTK). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY?** As alleged in a recently filed federal securities fraud class action complaint, Cytokinetics, Inc. (NASDAQ: CYTK), through certain of its officers made materially false and misleading statements on to the market, Specifically, on March 10, 2025, Cytokinetics disclosed that the U.S. Food and Drug Administration ("FDA") had decided not to convene an advisory committee meeting to review the Company's New Drug Application ("NDA") for aficamten. On May 1, 2025, Cytokinetics announced that the FDA had extended the Prescription Drug User Fee Act action date for aficamten's NDA from September 26, 2025 to December 26, 2025 in order to review a Risk Evaluation and Mitigation Strategy ("REMS") submitted at the FDA's request after the initial NDA filing, thereby disclosing that the Company had not included a REMS in the original NDA. Then, on May 6, 2025, Chief Executive Officer Robert I. Blum acknowledged that Cytokinetics had multiple pre-NDA meetings with the FDA to discuss safety monitoring and risk mitigation but chose to submit the NDA without a REMS, relying on labeling and voluntary education materials. These misleading statements and delayed disclosures caused the company and its shareholders significant harm.

**WHAT YOU CAN DO NOW: If you purchased Cytokinetics, Inc. (NASDAQ: CYTK) shares prior to December 27, 2023, and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/cytokinetics-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $CYTK #Cytokinetics #CYTK

**Molina Healthcare, Inc. (NYSE: MOH):**

Grabar Law Office is investigating claims on behalf of shareholders of Molina Healthcare, Inc. (NYSE: MOH). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025, and still hold shares today, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085 to learn more.**

**WHY?** As alleged in an underlying securities fraud class action complaint, Molina Healthcare, Inc. (NYSE: MOH), through certain of its officers, failed to disclose: (1) material, adverse facts concerning Molina Healthcare's "medical cost trend assumptions"; (2) that Molina Healthcare was experiencing a "dislocation between premium rates and medical cost trend"; (3) that Molina Healthcare's near term growth was dependent on a lack of "utilization of behavioral health, pharmacy, and inpatient and outpatient services"; and (4) as a result, Molina Healthcare's financial guidance for fiscal year 2025 was substantially likely to be cut.

**WHAT YOU CAN DO NOW: If you purchased Molina Healthcare, Inc. (NYSE: MOH), shares prior to February 5, 2025 and still hold shares today, you are encouraged to visit https://grabarlaw.com/the-latest/molina-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $MOH #Molina #MOH

**Synopsys, Inc. (NASDAQ: SNPS):**

Grabar Law Office is investigating claims on behalf of shareholders of Synopsys, Inc. (NASDAQ: SNPS). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. ("Ansys") common stock, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call us at 267-507-6085.**

**WHY?** As alleged in a recently filed underlying securities fraud class action complaint, on March 14, 2024, Synopsys (NASDAQ: SNPS) filed with the SEC a registration statement for the acquisition of ANSYS Inc. which was declared effective on April 17, 2024. On April 17, 2024, Synopsys filed with the

SEC a prospectus for the Acquisition of ANSYS. The Acquisition Materials stated that ANSYS shareholders would receive $197.00 in cash and 0.345 shares of Synopsys common stock in exchange for each share of ANSYS they held at the time of the merger. Unbeknownst to investors, leading up to and at the time of the Acquisition, Synopsys' historical revenue and profit growth as represented in their Acquisition Materials were artificially inflated by the Company's unsustainable business practices. Specifically, it is alleged that Defendants misled investors by failing to disclose the following adverse facts: (1) the Company's growing emphasis on artificial intelligence ("AI") customers, who require more customization, was weakening the economics of its Design IP business; (2) as a result, certain of the Company's road map and resource choices were unlikely to achieve their intended outcomes; (3) these issues were materially harming the Company's financial performance; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects that when made were materially misleading and/or lacked a reasonable basis.

On September 9, 2025, Synopsys released its Q3 2025 results and acknowledged, for the first time that its Design IP business had "underperformed expectations," design IP revenue had fallen 8% year-over-year, and the Company would need to "pivot" its road map and IP resources toward stronger-growth areas. Synopsys also revealed that several anticipated IP deals had not materialized and that issues involving a major foundry customer had contributed to the shortfall. The market reacted swiftly on this news with the stock price plunging 35.8% overnight, falling from $604.37 to $387.78 per share, erasing billions in market capitalization.

**WHAT YOU CAN DO NOW: If you purchased Synopsys (NASDAQ: SNPS) shares prior to December 4, 2024, or acquired Synopsys shares in exchange for shares of Ansys, Inc. common stock, you are encouraged to visit https://grabarlaw.com/the-latest/synopsys-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** $SNPS #Synopsys #SNPS

**WEBTOON Entertainment Inc. (NASDAQ: WBTN) – Shareholder Class Action Survives Motion to Dismiss:**

Grabar Law Office is investigating claims on behalf of shareholders of WEBTOON Entertainment Inc. (NASDAQ: WBTN). The investigation concerns whether certain officers and directors breached the fiduciary duties they owed to the company.

**If you purchased WEBTOON (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024, IPO, you can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever. Please visit https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085.**

**WHY? On November 14, 2025, the United States District Court for the Central District of California denied Defendants' attempt to dismiss an underlying securities fraud class action complaint.** In allowing the class action to proceed, the court determined that Plaintiff adequately alleged that WEBTOON misled investors about the condition of one of its most critical performance metrics— Monthly Active Users ("MAU")—at the time of its IPO. The Court also held that Plaintiff plausibly alleged that WEBTOON's risk disclosures and omission-based statements were misleading.

**WHAT YOU CAN DO NOW: If you purchased WEBTOON Entertainment Inc. (NASDAQ: WBTN) shares on or shortly after the Company's June 27, 2024 IPO, you are encouraged to visit https://grabarlaw.com/the-latest/webtoon-shareholder-investigation/, contact Joshua Grabar at jgrabar@grabarlaw.com, or call 267-507-6085. You can seek corporate reforms, the return of funds back to the company, and a court approved incentive award at no cost to you whatsoever.** #WBTN #WEBTOON $WBTN

Attorney Advertising Disclaimer

Contact:
Joshua H. Grabar, Esq.
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103

Tel: 267-507-6085
Email: jgrabar@grabarlaw.com