UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HYUNGJOON KIM, Individually and on Behalf of
All Others Similarly Situated,

Plaintiff(s),

v.

SYNOPSYS, INC., SASSINE GHAZI, and
SHELAGH GLASER,

Defendant(s).

Case No. 5:25-cv-09410-EKL

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Connor C. Boehme , an active member in good standing of the bar of

State of New York , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Boston Retirement System and New England Teamsters Pension Fund  in the

above-entitled action. My local co-counsel in this case is Lucas E. Gilmore , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 250893 .

Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
MY ADDRESS OF RECORD

Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 300
Berkeley, California 94710
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 907-0700
MY TELEPHONE # OF RECORD

(510) 725-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cboehme@labaton.com
MY EMAIL ADDRESS OF RECORD

lucasg@hbsslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5961867 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 7  times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/23/2026

Connor C. Boehme
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Connor C. Boehme  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   April 23, 2026

EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2